FILED BY _____ D.C.

DEC 1 2 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19 - 20 8 2 2**CR-WILLIAMS /TORRES

**18 U.S.C. § 242**
**18 U.S.C. § 924(d)(1)**

UNITED STATES OF AMERICA,

     v.

JESUS MANUEL MENOCAL, JR.,

     Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.    Defendant **JESUS MANUEL MENOCAL, JR.** was employed as a Hialeah Police Department officer.

2.    VICTIM 1 was a civilian living in Homestead, Florida, in the Southern District of Florida.

3.    VICTIM 2 was a civilian living in Hialeah, Florida, in the Southern District of Florida.

## COUNT 1
### (Deprivation of Rights Under Color of Law:  18 U.S.C. § 242)

1.    Paragraphs 1 and 2 of the General Allegations section of this Indictment are realleged and incorporated as though fully set forth herein.

2.      On or about June 13, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JESUS MANUEL MENOCAL, JR.,**

while acting under color of law, willfully deprived VICTIM 1 of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable searches and seizures by a person acting under color of law.  In so doing, **JESUS MANUEL MENOCAL, JR.**, for his own sexual gratification, directed VICTIM 1 to remove her shorts and underwear and turn around.

It is further alleged that the offense included kidnapping, and the use and threatened use of a dangerous weapon.

All in violation of Title 18, United States Code, Section 242.

## COUNT 2
### (Deprivation of Rights Under Color of Law:  18 U.S.C. § 242)

1.      Paragraphs 1 and 3 of the General Allegations section of this Indictment are realleged and incorporated as though fully set forth herein.

2.      From on or about January 1, 2015, through on or about March 31, 2015, the exact date being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JESUS MANUEL MENOCAL, JR.,**

while acting under color of law, willfully deprived VICTIM 2 of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable searches and seizures by a person acting under color of law.  In so doing, **JESUS MANUEL MENOCAL, JR.** exposed his bare penis to VICTIM 2, placed her hand on his penis, and kissed her.

It is further alleged that the offense included the use and threatened use of a dangerous weapon.

2

All in violation of Title 18, United States Code, Section 242.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JESUS MANUEL MENOCAL, JR.**, has an interest.

2.      Upon conviction of any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

ILHAM A. HOSSEINI
ASSISTANT U.S. ATTORNEY

EDWARD N. STAMM
ASSISTANT U.S. ATTORNEY

ERIC S. DREIBAND
ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION

SAMANTHA TREPEL
TRIAL ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

JESUS MANUEL MENOCAL, JR.,

Defendant.
_____ /    **Superseding Case Information:**

**Court Division**: (Select One)

X  Miami ____ Key West
____ FTL ____ WPB ____ FTP

New Defendant(s)              Yes      No
Number of New Defendants
Total number of counts

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)       No
    List language and/or dialect

4.  This case will take      6      days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)
    I    0  to  5 days
    II   6  to 10 days          X
    III  11 to 20 days
    IV   21 to 60 days
    V    61 days and over

    (Check only one)
    Petty
    Minor
    Misdem.
    Felony          X

6.  Has this case been previously filed in this District Court?  (Yes or No)      No
    If yes:
    Judge:                          Case No.
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)      No
    If yes:
    Magistrate Case No.
    Related Miscellaneous numbers:
    Defendant(s) in federal custody as of
    Defendant(s) in state custody as of
    Rule 20 from the District of
    Is this a potential death penalty case? (Yes or No)         No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      Yes _____      No  X

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?      Yes _____      No  X

ILHAM A. HOSSEINI
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5501904

*Penalty Sheet(s) attached                                            REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   JESUS MANUEL MENOCAL, JR.**

**Case No:**

Count #: 1

Deprivation of Rights Under Color of Law

Title 18, United States Code, Section 242

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Deprivation of Rights Under Color of Law

Title 18, United States Code, Section 242

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**