# MINUTE ORDER

Page 4

## Magistrate Judge Jacqueline Becerra

**King Building Courtroom 10-6**      Date: 12/13/2019   Time: 2:00 p.m.

Defendant: JESUS MANUEL MENOCAL, JR.  J#: 25966-104   Case #: 19-20822-CR-WILLIAMS  (SEALED)

AUSA: _Ilham Hosseini_    Attorney: _Michael Grieco_

Violation: DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF LAW   Surr/Arrest Date: 12/13/2019   YOB: 1987

Proceeding: _Initial Appearance_    CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: _____

Bond Set at: _Stip $250K 10%_    Co-signed by: _Father + Wife_

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as _directed_/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses, except through counsel
- [x] No firearms _or concealed weapons permit_
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [x] Other: _No employment in firearms training_

Language: _English_

Disposition:
- Deft advised rights
- Deft sworn
- Case unsealed
- Michael Grieco filed temp app
- Stip $250K 10% c/s by father + wife
- Court allows 72 hrs to post

**✳Released**

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 12/18 | 10a | Duty | MJA |
| PTD/Bond Hearing: | " | " | " | " |
| Prelim/Arraign or Removal: | " | " | " | " |
| Status Conference RE: | | | | |

D.A.R. _15:06:30_    Time in Court: _6 mins_

s/Jacqueline Becerra      Magistrate Judge