United States District Court

Southern District of Florida

CASE NO. 1:19-cr-20822-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS MENOCAL,

    Defendant.

_____/

## DEFENDANT'S SPEEDY TRIAL WAIVER

The Defendant, JESUS MENOCAL, hereby waives his right to a speedy trial pursuant to 18 U.S.C. § 3161.

-My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. I understand that if the Court grants the motion to continue upon Defense request, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

_____

JESUS MENOCAL

Personally known to me _____

or produced a Florida Drivers License

driver's license, numbered M524-433-87-429-0

_____.

SWORN TO and subscribed before me this 9 , of January 2020

*Tiffany Cisneros*

NOTARY PUBLIC
MY COMMISSION EXPIRES: 8/22/2022



TIFFANY CISNEROS
Commission # GG 251321
Expires August 22, 2022
Bonded Thru Budget Notary Services

I, Michael Grieco, Counsel of Record, have read the above declaration and discussed it with my client.

/s/ MICHAEL GRIECO

Attorney for Mr. MENOCAL

175 sw 7th street

#2410

Miami, FL 33130

michael@griecolaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of this Notice was filed electronically and/or sent via eE-File this 9th Day of January, 2020 to the Clerk of Courts, the Court, and Assistant US Attorneys.

By: /s/ MICHAEL GRIECO

Michael C. Grieco
Attorney for Defendant
FBN 255490

175 sw 7th Street
#2410
Miami, FL 33130
(305) 857-0034
(305) 856-7771 (fax)
Michael@GriecoLaw.com