

FILED BY _____ D.C.

MAY 27 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20822-CR-WILLIAMS/TORRES(s)

18 U.S.C. § 242

UNITED STATES OF AMERICA,

v.

JESUS MANUEL MENOCAL, JR.,

Defendant.

_____/

## SUPERSEDING INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Superseding Information:

1. Defendant **JESUS MANUEL MENOCAL, JR.** was employed as a Hialeah Police Department officer.

2. VICTIM 3 was a civilian living in Hialeah, Florida, in the Southern District of Florida.

## COUNT 1
### (Deprivation of Rights Under Color of Law: 18 U.S.C. § 242)

1. Paragraphs 1 and 2 of the General Allegations section of this Superseding Information are realleged and incorporated as though fully set forth herein.

2. On or about May 31, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JESUS MANUEL MENOCAL, JR.,**

while acting under color of law, willfully deprived VICTIM 3 of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable searches and seizures by a person acting under color of law. In so doing, **JESUS MANUEL MENOCAL, JR.** caused VICTIM 3's mouth to have contact with his penis.

All in violation of Title 18, United States Code, Section 242.

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

ERIC S. DREIBAND
ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION

_____
EDWARD N. STAMM
ASSISTANT UNITED STATES ATTORNEY

_____
SAMANTHA TREPEL
SPECIAL LITIGATION COUNSEL

_____
ILHAM HOSSEINI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JESUS MANUEL MENOCAL, JR.,

_____Defendant._____/

CASE NO. 19-20822-CR-KMW(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)  Yes ____  No ____
Number of new defendants
Total number of counts  1

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  No
   List language and/or dialect  _____

4. This case will take __6__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days       ____
   - II  6 to 10 days      ✓
   - III 11 to 20 days     ____
   - IV  21 to 60 days     ____
   - V   61 days and over  ____

   (Check only one)
   - Petty    ____
   - Minor    ____
   - Misdem.  ✓
   - Felony   ____

6. Has this case previously been filed in this District Court?  (Yes or No)  Yes
   If yes: Judge Kathleen M. Williams  Case No. 19-20822-CR-WILLIAMS/TORRES
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes: Magistrate Case No.
   Related miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  Yes ____  No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ____  No ✓

_Edward N. Stamm_
_____
EDWARD N. STAMM
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 373826

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JESUS MANUEL MENOCAL, JR.

Case No: 19-20822-CR-KMW(s)

Count #: 1

Deprivation of Rights Under Color of Law

Title 18, United States Code, Section 242

**\*Max. Penalty:** 1 year imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.