# MINUTE ORDER

Page 1

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 5th Floor     Date: 6/1/20     Time: 1:00 p.m.

Defendant: JESUS MANUEL MENOCAL, JR.    J#: ON BOND    Case #: 19-20822-CR-WILLIAMS

AUSA: Bertilla Fernandez    Attorney: Michael Grieco-Perm.

Violation: Deprivation of Rights Under Color of Law    Surr/Arrest Date:    YOB:

Proceeding: Waiver/Ind/Arraign/Superseding Information    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at: Stip. $250k w/10% Psb    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☑ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition: Bond modified to incl. add'l victim/witnesses.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

No waiver of ind — misdemeanor

Elizabeth Rodriguez, Obriend Jonathan Paredes, Lydia Herrera, Michelle Kilsman, Osvaldo Estrada, Jr., Alejandro Abreu-Castro, Efrain Vidal, Thomas Peluso, Juan Masso and ___

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place: ✓ Hector Cerruto

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 13:00:52     Time in Court: 5

s/John J. O'Sullivan     Chief Magistrate Judge