*U.S. v. Jesus Manuel Menocal, Jr., Case No. 19-20822-Cr-WILLIAMS(s)*

## JUROR QUESTIONNAIRE

### COURT INTRODUCTION

The purpose of this questionnaire is to provide information about your background and experience to assist the Court and to save time in jury selection. This questionnaire will not be used for any purpose other than to assist the Court, the attorneys, and their clients with the jury selection process.

Please answer each question below as completely and accurately as you reasonably can. Your complete written answers will save a great deal of time for the judge, for the lawyers, and for you.  If there is not sufficient space provided for you to complete your answers, please continue your answers on the last page, indicating the question number.  Do not write on the reverse side. Please write legibly and use a black pen.

You are expected to sign your questionnaire, and your answers will have the effect of a statement given to the court under oath.  We need your very best, honest effort to answer all of the questions.  The sole purpose of the questionnaire is to encourage your full expression and candor.  Your full cooperation is of vital importance.

Thank you in advance for your careful and honest response to the questionnaire.

**JUROR QUESTIONNAIRE**

**Juror #** _____

1. **Name:** _____
   Last                          First                          Middle Initial

2. **Gender:** _____

3. **Age:** _____

4. **Do you consider yourself:**   ❑ White/Caucasian      ❑ Black/African American

   ❑ Asian/Asian-American   ❑ Native American

   ❑ Hispanic/Latino        ❑ Other _____

5. **What city or area of the county do you live in, and how long have you lived there?**

   _____

6. **Do you own your home or rent?** _____

7. **How long have you been a resident of Florida?** _____

8. **What is your current marital status?**

   ❑ Married                ❑ Divorced        ❑ Widowed
   ❑ Single/Never Married   ❑ Separated       ❑ Domestic Partnership

9. **Do you have any children?** ❑ Yes    ❑ No

   **IF YES, please state the ages and occupations of your children:**

   | Child's Age | Occupation (if applicable) |
   | --- | --- |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

10. **Can you speak, read, and understand English easily?**   ❑ Yes ❑ No

11. **Have you served in the military?**   ❑ Yes  ❑ No

    **IF YES, please answer the following:**

    How long?_____
    When? _____
    What branch? _____

**Highest rank or grade attained** _____

**Did you receive an honorable discharge?** ❑ Yes  ❑ No

12.    **What is the highest level of education you have completed?**

_____

13.    **If you received any formal education after high school, please answer below for each school attended after high school:**

| School | Area of Study | Degree |
|--------|---------------|--------|
|        |               |        |
|        |               |        |
|        |               |        |

14.    **Have you earned any professional or vocational licenses or certificates?** ❑ Yes  ❑ No

**If YES, please state the type and year earned:** _____

15.    **Which of the following best describes your occupational status?**

❑ Self-Employed          ❑ Student
❑ Employed Full-time     ❑ Homemaker
❑ Employed Part-time     ❑ Temporarily Laid Off
❑ Retired                ❑ Unemployed
❑ Disabled               ❑ Other (describe):_____

**If currently employed, please list your employer (including self-employed), your job title, and describe your job responsibilities.**

_____

_____

**If retired, please indicate your last employer, job title, and prior job responsibilities**

_____

_____

16.    **Do you supervise anyone on your current job, or have you supervised anyone in the past?**

❑ Yes, current job     ❑ Yes, past job     ❑ No (IF NO, SKIP TO QUESTION 18)

**IF YES, please describe your supervisory responsibilities:**

_____

_____

17. **Have you ever had the responsibility for investigating an allegation of workplace misconduct?**  ❑ Yes ❑ No

   **IF YES, what were your impressions of that experience?** _____

   _____

   _____

18. **Which of the following best describes your spouse/partner or former spouse/partner's occupational status?**

   ❑ Self-Employed         ❑ Student
   ❑ Employed Full-time     ❑ Homemaker
   ❑ Employed Part-time     ❑ Temporarily Laid Off
   ❑ Retired               ❑ Unemployed
   ❑ Disabled              ❑ Other (describe):_____

   **If your spouse/partner is currently employed, please list their employer (including self-employed), their job title, and their job responsibilities:**

   _____

   _____

19. **Where do you most regularly get your news?** (check all that apply)

   ❑ newspapers            Which one(s)?        _____
   ❑ local television news  Which station(s)?    _____
   ❑ cable news            Which network(s)?    _____
   ❑ social media/Internet  Which sites?         _____
   ❑ radio                 Which stations?      _____
   ❑ friends/word-of-mouth
   ❑ I don't follow the news

20. **Have you seen any media coverage about this case?**  ❑ Yes ❑ No

   **IF YES, what sort of coverage have you seen?** _____

   **Do you believe you will be able to put aside what you have seen or heard about this case in the media and make your decision solely on the evidence presented and the instructions you receive from the Court?**  ❑ Yes ❑ No

   **If selected as a juror, the Judge will instruct you to decide this case based solely on the evidence presented, and not to consider anything else, like news articles.  Can you follow the Court's instruction?**  ❑ Yes ❑ No

   **PLEASE DO <u>NOT</u> SEEK OUT OR RESEARCH ANY INFORMATION ABOUT THIS CASE, WHETHER IT BE FROM TELEVISION OR RADIO, THE INTERNET, SOCIAL MEDIA, OR ANY OTHER SOURCES.  IF SELECTED AS A JUROR YOU WILL BE REQUIRED TO DECIDE THIS CASE BASED SOLELY ON THE EVIDENCE PRESENTED AND THE INSTRUCTIONS YOU RECEIVE FROM THE COURT.**

21. a.   **Please list your favorite TV programs and/or those you watch most regularly**

   _____

b. **Do you ever watch TV programs that show real-life or fictionalized police activities, like the programs "COPS," "Law and Order", and "CSI"?**

❑ Yes        ❑ No        If yes, which one(s)?    _____

**If YES, how often do you watch these programs?**

❑ Daily                        ❑ Once a Week
❑ Several Times a Week        ❑ Less Than Once a Week

c. **TV programs such as these are entertainment and do not accurately portray how real-life criminal cases are handled.  The law does not require the government to present forensic evidence to prove its case.  Despite this, do you think you might hold it against the government if it did not present forensic evidence such as fingerprints or DNA like what you see on these TV shows?  Please explain any thoughts you have about this.**

_____

_____

d. **What newspapers and magazines, if any, do you read regularly?** _____

_____

e. **What books, if any, have you read recently?** _____

_____

f. **What web sites do you visit regularly?** _____

_____

g. **What social media do you use regularly?** _____

h. **What activities do you like to do in your spare time?** _____

_____

i. **Do you have any bumper stickers or magnets on your car?  ❑ Yes  ❑ No**

**If YES, what do they say or represent?**

_____

j. **What social, civic, political, religious, recreational, or volunteer organizations do you belong to?**

_____

_____

k. **Have you ever been an officer of any organization?  ❑ Yes  ❑ No**

**Please describe:** _____

_____

22. **Have you ever been a witness in a criminal case?      ❑ Yes ❑ No**

4

If YES, was your experience as a witness favorable or unfavorable, and if it was unfavorable, please explain: _____

_____

23.    **Have you ever served on a jury before?** ❑ Yes ❑ No (IF NO, SKIP TO QUESTION 23)

    a.    **IF YES, did you serve on a:**

        ❑ **Federal Criminal case?   How many times?** _____
        <u>**Without**</u> **telling what it was, did the jury reach a verdict each time?**

        ❑ Yes ❑ No

        ❑ **State Criminal case?   How many times?** _____
        <u>**Without**</u> **telling what it was, did the jury reach a verdict each time?**

        ❑ Yes ❑ No

        ❑ **Federal Civil case?   How many times?** _____
        <u>**Without**</u> **telling what it was, did the jury reach a verdict each time?**

        ❑ Yes ❑ No

        ❑ **State Civil case?   How many times?** _____
        <u>**Without**</u> **telling what it was, did the jury reach a verdict each time?**

        ❑ Yes ❑ No

    b.    **Have you ever served as Foreperson?** ❑ Yes ❑ No

        **How many times did you serve as Foreperson?** _____

    c.    **Have you ever served on a jury that deliberated but could not reach a verdict?**
        ❑ Yes ❑ No
        **IF YES, please explain how that trial ended:** _____

24.    **Have you ever served on a Federal or State grand jury before?** ❑ Yes ❑ No

    a.    **IF YES, was it Federal or State?** _____

    b.    **Were you the foreperson?** ❑ Yes ❑ No

25.    **Have you had any training or classes in the law enforcement or legal field, including criminal justice?** ❑ Yes ❑ No

    **IF YES, do you think you will be willing and able to follow the law given to you by the Judge as it applies to the evidence presented in this case, even if it is different from something you learned in another setting:** ❑ Yes ❑ No

**IF NO, please explain:** _____

_____

26.    In this case, the defendant, who was a Hialeah Police Department police officer, is accused of violating the constitutional rights of women in 2015 by using his official position and authority to obtain, or attempt to obtain, sexual gratification from them.  Will you hesitate to find the defendant guilty, even if the evidence proved the defendant's guilt beyond a reasonable doubt, simply because the defendant was a police officer?  ❑ Yes  ❑ No

**IF YES, please explain**: _____

_____

27.    The victims and witnesses will testify about events in 2015 that relate to these charges. Knowing this, do you think that you might disbelieve a victim or witness just because they are testifying about events that occurred five years ago? ❑ Yes   ❑ No

**IF YES, please explain:** _____

_____

28.    In this case, there will be certain incidents about which you will hear testimony and see video surveillance footage.  However, there also will be events about which you will hear testimony but no video was available.  Do you believe that you might reject or disbelieve a witness or the government's case about an incident simply because there is no video? ❑ Yes   ❑ No

**IF YES, please explain:** _____

_____

29.    In this case, the video surveillance footage you will see does not have sound or perfect, high-definition picture clarity.  Would anyone disregard this video evidence or the government's case relating to those incidents because the video lacks sound or perfect picture clarity? ❑ Yes  ❑ No

**IF YES, please explain:** _____

_____

30.    Do you think that the Federal government should NOT be involved in prosecuting police officers who violate individuals' civil rights, and that it should be left to the State to prosecute or to police departments to impose discipline?  ❑ Yes  ❑ No

**IF YES, please explain:** _____

_____

31.    The Judge will instruct you that the government is required to prove the defendant's guilt "beyond a reasonable doubt."

**Are you willing and able to follow this instruction?** ❑ Yes   ❑ No

**Despite the Judge's instruction, do you think that you might impose an even higher burden of proof on the government because the defendant was a police officer?** ❑ Yes   ❑ No

**IF YES, please explain:** _____

_____

32.    **Do you believe that the job of a police officer is so difficult, stressful, or important that the government or the courts should NOT second-guess or judge an officer by prosecuting him?** ❑ Yes   ❑ No

**IF YES, please explain:** _____

_____

33.    **Would you be inclined to give more weight to the testimony of a police officer over another witness just because that witness is a police officer?** ❑ Yes   ❑ No

34.    **Do you have any concern about the protections of our Constitution and our laws, including the civil rights laws, applying to people who may be involved in illegal activity?** ❑ Yes   ❑ No

**IF YES, please explain:** _____

_____

35.    *In this case, you may hear that one or more of the victims or witnesses was attempting to engage in illegal activity at the time they encountered the defendant.  Do you think you might disbelieve or disregard such a victim or witness's testimony just because they might have been involved in illegal activity?* ❑ *Yes*   ❑ *No*  <span style="color:red">*(Defense Objection)*</span>

**IF YES, please explain:** _____

_____

36.    *Even if the government proved its case beyond a reasonable doubt, would you hesitate to find the defendant guilty because a victim or witness was attempting to engage in illegal activity when they encountered the defendant?* ❑ *Yes*   ❑ *No*  <span style="color:red">*(Defense Objection)*</span>

**IF YES, please explain:** _____

_____

37.    *In this case, you will hear from victims and witnesses who may have criminal records or whose lifestyle or personal conduct you may not approve of.  Do you think you might disbelieve or disregard such a victim or witness's testimony just because they have a criminal record or you might disapprove of their lifestyle or personal conduct, such as drug usage?* ❑ *Yes*   ❑ *No*  <span style="color:red">*(Defense Objection)*</span>

**IF YES, please explain:** _____

_____

7

38.  *Even if the government proved its case beyond a reasonable doubt, would you hesitate to find the defendant guilty because a victim or witness has a criminal record or you might disapprove of that victim or witness' lifestyle or personal conduct?* ❑ Yes   ❑ No   *(Defense Objection)*

     *IF YES, please explain:* _____

_____

39.  **Do you have any concern about the protections of the Constitution and our laws, including the civil rights laws, applying to someone who has engaged in prostitution?** ❑ Yes   ❑ No

     **IF YES, please explain:** _____

_____

40.  *Do you think you might disbelieve or disregard a victim or witness' testimony simply because they had engaged in prostitution?* ❑ Yes   ❑ No   *(Defense Objection)*

     *IF YES, please explain:* _____

_____

41.  *Even if the government proved its case beyond a reasonable doubt, would you hesitate to find the defendant guilty because a victim or witness had in the past or was currently engaged in prostitution?* ❑ Yes   ❑ No   *(Defense Objection)*

     *IF YES, please explain:* _____

_____

42.  *You may hear that a victim has filed a lawsuit against the Hialeah Police Department and/or the defendant.  Do you think you might disbelieve or disregard that victim's testimony just because they have filed such a lawsuit?* ❑ Yes   ❑ No   *(Defense Objection)*

     *What is your view of this type of lawsuit filed by a victim?* _____

_____

43.  *Even if the government proved its case beyond a reasonable doubt, would you hesitate to find the defendant guilty because a victim had filed a lawsuit against the defendant and/or the Hialeah Police Department?* ❑ Yes   ❑ No *(Defense Objection)*

     *IF YES, please explain:* _____

_____

44.  **The government may call a victim or witness who currently does not have legal status in this country.  People without legal status are still entitled to the protections of the Constitution and our laws, including the civil rights laws.  Do you believe that these protections should NOT apply to someone who does not have legal status in the country?** ❑ Yes   ❑ No

     **IF YES, please explain:** _____

_____

45.     **Do you think you might disbelieve or disregard a victim or witness's testimony just because they did not have legal status in this country?** ❑ Yes   ❑ No

        **IF YES, please explain:** _____

        _____

46.     **Even if the government proved its case beyond a reasonable doubt, would you hesitate to find the defendant guilty just because a victim or witness did not have legal status in this country?** ❑ Yes   ❑ No

        **IF YES, please explain:** _____

        _____

47.     **Have you, your spouse, or any of your close relatives or friends, ever had any dealings or involvement with the Federal Bureau of Investigation (FBI), the Department of Justice, or the Hialeah Police Department?** ❑ Yes   ❑ No

        **IF YES, which agency were they with?** _____

        **Please describe them briefly, including whether they were they positive or negative?**

        _____

        _____

48.     **In general, what is your impression of the FBI?**

        ❑ Very Favorable   ❑ Somewhat Favorable   ❑ Somewhat Unfavorable   ❑ Very Unfavorable
        ❑ No Opinion

49.     **In general, what is your impression of the United States Department of Justice?**

        ❑ Very Favorable   ❑ Somewhat Favorable   ❑ Somewhat Unfavorable   ❑ Very Unfavorable
        ❑ No Opinion

50.     **In general, what is your impression of the Hialeah Police Department?**

        ❑ Very Favorable   ❑ Somewhat Favorable   ❑ Somewhat Unfavorable   ❑ Very Unfavorable
        ❑ No Opinion

51.     **Have you, your spouse, or any of your close relatives or friends, ever been employed by any police department or any other law enforcement agency, such as the Hialeah Police Department or the FBI?  This includes federal, state, or local law enforcement agencies and corrections department.** ❑ Yes   ❑ No

        **IF YES, please explain who, where they worked, and their position:** _____

        _____

**Do you think that this employment experience, or that of your relative, or close friend, might affect your ability to be fair to both sides in this case?** ❑ Yes ❑ No

**IF YES, please explain:** _____

_____

52. **If you, your spouse, or any of your close relatives or friends, have been employed by a police department or any other law enforcement agency, have you or they ever been accused of wrongdoing in the performance of their job, such as by a civilian or internal affairs-type complaint?** ❑ Yes ❑ No

**IF YES, please explain the accusation and how it was resolved:** _____

_____

**Do you believe that you or they were treated fairly?** ❑ Yes ❑ No

**IF NO, please explain:** _____

**Do you believe that your experience or the experience of your spouse or close friend or relative might affect your ability to be fair to both sides in this case?** ❑ Yes ❑ No

**IF YES, please explain:** _____

_____

53. **Have you, your spouse, or any of your close relatives or friends, ever been employed by any defense attorney, public defender's office, or private investigation firm?** ❑ Yes ❑ No

**IF YES, please explain who, where they worked, and their position:** _____

_____

**Do you think that this employment experience, or that of your relative, or close friend, might affect your ability to be fair to both sides in this case?** ❑ Yes ❑ No

**IF YES, please explain:** _____

_____

54. **Have you, your spouse, or any of your close relatives or friends, ever been employed by any prosecutor's office, such as the United States Attorney's Office or the State Attorney's Office?** ❑ Yes ❑ No

**IF YES, please explain who, where they worked, and their position:** _____

_____

**Do you think that this employment experience, or that of your relative, or close friend, might affect your ability to be fair to both sides in this case?** ❑ Yes ❑ No

**IF YES, please explain:** _____

_____

55.     In recent times, there has been extensive media coverage of allegations and accusations that various law enforcement officers have engaged in criminal misconduct against, and mistreatment of, civilians in various communities across the country and the corresponding firings, prosecutions, and protests in response thereto.  Have you seen any of this media coverage?  ❑ Yes  ❑ No

IF YES, what have you seen and where have you seen it? _____

_____

Do you believe that some or all police officers are being unfairly accused of crimes or misconduct, or are being blamed for problems they have not caused?  ❑ Yes  ❑ No

IF YES, please explain: _____

_____

Do you believe that some or all police officers are being treated too leniently or are not being held sufficiently responsible for mistreatment of, or criminal misconduct against, civilians? ❑ Yes  ❑ No

IF YES, please explain: _____

_____

56.     Do you believe that you will be able to put aside whatever you may have seen or heard about other instances of police misconduct and the resulting prosecutions, firings, and protests, and base your verdict in this case solely on the evidence presented and the instructions you receive from the Court?  ❑ Yes  ❑ No

Please explain any concerns you may have: _____

_____

57.     In recent times, there has been media coverage of accusations of people misusing their position, power, and influence to sexually abuse or sexual harass those within their authority, including references to the "Me Too" movement.  Have you seen any of this media coverage? ❑ Yes  ❑ No

IF YES, what have you seen and where have you seen it? _____

Do you believe that people are often falsely accused of this type of sexual abuse or harassment?  ❑ Yes  ❑ No

IF YES, please explain: _____

_____

Do you believe that people complaining of sexual abuse or sexual harassment are often treated unfairly or their accusations are not given the consideration they deserve? ❑ Yes  ❑ No

**IF YES, please explain:** _____

_____

58.   Do you believe that you will be able to put aside whatever you may have seen or heard about other instances of sexual abuse or sexual harassment, and base your verdict in this case solely on the evidence presented and the instructions you receive from the Court? ❏ Yes ❏ No

Please explain any concerns you might have: _____

_____

59.   Have you, your spouse, or any of your close relatives or friends, ever been accused, even if it was unjustly, of sexual harassment, sexual misconduct, or sexual abuse?  ❏ Yes ❏ No

IF YES, please explain: _____

_____

Did the accusation result in any type of investigation or legal action, and if it did, what was the result? _____

Did you, or they, suffer any adverse consequences because of that accusation? ❏ Yes ❏ No

IF YES, please explain what consequences: _____

_____

Do you believe that you, your spouse, or your close friend or relative was treated fairly? ❏ Yes ❏ No

IF NO, please explain: _____

_____

Do you believe that your experience or that of your spouse or friend or relative might make it difficult for you to be a fair juror to both sides in this case?  ❏ Yes ❏ No

60.   Have you, your spouse, or any of your close relatives or friends, ever been the victim of sexual harassment, sexual misconduct, or sexual abuse?  ❏ Yes ❏ No

IF YES, please explain what consequences: _____

_____

Was the matter reported to authorities, and if it was, did it result in any type of investigation or legal action?  ❏ Yes ❏ No

IF YES, please explain what type of investigation or legal action, and what the result was:

_____

_____

**Do you believe the matter was handled appropriately and that you or your spouse, relative or close friend was treated fairly?** ❑ Yes ❑ No

**IF NO, please explain:** _____

_____

**Do you believe that your experience or that of your spouse or friend or relative might make it difficult for you to be a fair juror to both sides in this case?** ❑ Yes ❑ No

61.   **Have you, your spouse, or any close relatives or friends, had any experiences with any local, state, or federal law enforcement officers that left you with strong feelings, good or bad, about law enforcement officers?** ❑ Yes ❑ No

**If YES, please explain:** _____

_____

_____

62.   **Have you, a family member, or close friend of yours ever had a dispute or problem of any type with any agency of the federal government, including the IRS, Immigration and Customs Enforcement, the Social Security Administration, or a federal prosecutor?** ❑ Yes ❑ No

**If YES, please explain the nature of the problem and how it was resolved:**

_____

_____

63.   **Have you, your spouse, or any of your close relatives or friends, ever been arrested, charged, convicted, or otherwise accused of any crime?** ❑ Yes ❑ No

**If YES, please give details (who, when, where, what, and outcome):** _____

_____

_____

**Do you believe you or they were treated fairly?** ❑ Yes ❑ No

**IF NO, please explain:** _____

_____

**Do you believe that your experience or that of your spouse or friend or relative might make it difficult for you to be a fair juror to both sides in this case?** ❑ Yes ❑ No

64.   **Have you, your spouse, or any of your close relatives or friends, ever been the victim of a crime?** ❑ Yes ❑ No

**If YES, please explain who, the crime, and when:** _____

_____

**Were you satisfied with the way the matter was handled by law enforcement?** ❑ Yes ❑ No

**IF NO, please explain:** _____

13

_____

Do you believe that your experience or that of your spouse or friend or relative might make it difficult for you to be a fair juror to both sides in this case?  ❑ Yes  ❑ No

65.   **Have you done business with, do you know, or do you know of, any of these lawyers?**

| | YES | NO |
|---|---|---|
| Samantha Trepel | ❑ | ❑ |
| Ilham Hosseini | ❑ | ❑ |
| Edward Stamm | ❑ | ❑ |
| Michael Grieco | ❑ | ❑ |

**IF YES, please explain:**

_____
_____
_____

66.   **Are you familiar in any way with any of the following individuals?**   (Check all that apply)

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Maley Dacosta | ❑ | ❑ | Lydia Herrera | ❑ | ❑ |
| Nicole Nuñez | ❑ | ❑ | Michelle Kilsman | ❑ | ❑ |
| Jessica Ortega | ❑ | ❑ | Osvaldo Estrada, Jr. | ❑ | ❑ |
| Christina Rivera | ❑ | ❑ | Alexander Abreu-Castro | ❑ | ❑ |
| Jairo Escobedo | ❑ | ❑ | Efrain Vidal | ❑ | ❑ |
| Tatiana Gonzalez | ❑ | ❑ | Thomas Peluso | ❑ | ❑ |
| Elizabeth Rodriguez | ❑ | ❑ | Juan Masso | ❑ | ❑ |
| Obriend Jonathan Paredes | ❑ | ❑ | Hector Cerruto | ❑ | ❑ |

**IF YES, please explain:**

_____
_____
_____

67.   **Do you have medical problems (for example, problems with your vision or hearing) that may prevent you from serving as a juror?**  ❑ Yes  ❑ No

**If YES, please explain:** _____

_____
_____

68.   **Are you currently taking any medications that might make it difficult to sit as a juror?**
❑ Yes  ❑ No

**If YES, please describe:**_____

_____

_____

69.     **Have you had COVID-19?**  ❏ Yes  ❏ No

      **IF YES, when did this take place and did it result in you being hospitalized?** _____

_____

70.     **If you had COVID-19, are you still having any after-effects or other health issues that would make it difficult for you to serve as a juror at this time?**  ❏ Yes  ❏ No

      **If YES, please explain:** _____

_____

71.     **Do you have a family member or close friend who had COVID-19?**  ❏ Yes  ❏ No

      **IF YES, did it result in you having to self-isolate or self-quarantine for any period of time?**

_____

72.     **Do you feel, based on your experience of having had COVID-19 or having had a family member or close friend who had it, that you would not be able, or would find it difficult, to serve as a juror at this time?**  ❏ Yes  ❏ No

      **IF YES, please explain:** _____

_____

73.     **If you have not had COVID-19, have you received a test for COVID- 19?**  ❏ Yes  ❏ No

      **IF YES, when and what was the result?** _____

74.     **Have you wanted, but been unable, to be tested for COVID-19?**  ❏ Yes  ❏ No

      **IF YES, please explain:** _____

_____

75.     **Have you received a test for COVID-19 antibodies?**  ❏ Yes  ❏ No

      **IF YES, when, and what was the result?** _____

76.     **Have you wanted, but been unable, to be tested for COVID-19 antibodies?**  ❏ Yes  ❏ No

**IF YES, please explain:** _____

77. **Are you or any member of your household a healthcare worker directly involved with the treatment of COVID-19?** ❑ Yes  ❑ No

   **IF YES, please describe who it is, their job and where they work:** _____

   _____

78. **Do you or any member of your household work at a nursing home or assisted living facility (ALF)?** ❑ Yes  ❑ No

   **IF YES, please describe who it is and where they work:** _____

79. **Are you or any member of household considered to be at high risk from COVID-19 because a preexisting condition, age, or other characteristic?** ❑ Yes  ❑ No

   **IF YES, please explain:** _____

80. **Do you have significant childcare or eldercare issues or concerns because of COVID-19 that would make it difficult for you to serve as a juror at this time?** ❑ Yes  ❑ No

   **IF YES, please explain:** _____

81. **Will you be using public transportation to come to the courthouse for jury selection and jury service if chosen?** ❑ Yes  ❑ No

   **IF YES, what mode of public transportation?** _____

82. **If you are selected, the Court may establish certain social distancing rules for jurors and other trial participants to protect the health of all trial participants, including you and the other jurors.  These rules might include wearing a mask at all times, using hand sanitizer upon arrival, not leaving the Courthouse during the lunch break, or other rules deemed necessary to protect your health and the health of others around you.  Are you willing to follow the Court's rules regarding social distancing during trial, even if you might think they are not necessary or you disagree with them?** ❑ Yes  ❑ No

83. **Do you think that it is wrong or unfair for the Court to require people to comply with these types of social distancing rules, such as wearing a mask or using hand sanitizer upon entry, in connection with jury service?** ❑ Yes  ❑ No

   **Please explain any strong feelings, concerns, or issues you might have with following social distancing rules such as these:** _____

   _____

84. **Do you have any specific COVID-19-related social distancing measures that you believe the Court should take or require in connection with jury service during this time?** ❏ Yes   ❏ No

    **IF YES, please list them:** _____

    _____

85. **If the Court did not require all of the social distancing measures that you want, would you still be willing and able to serve as a juror at this time?** ❏ Yes   ❏ No

86. **Are you willing to notify the Court immediately if, during trial, you feel ill or are exposed to anyone feeling ill or anyone who tests positive for COVID-19?** ❏ Yes   ❏ No

87. **Do you have any personal, moral, or religious beliefs or convictions that would prevent you from sitting in judgment of another individual, or that would prevent you from being a fair juror or that would make it difficult for you to reach a verdict based solely on the evidence and the law as it applies to the evidence?** ❏ Yes   ❏ No

    **If YES, please explain:** _____

    _____

88. **The law provides that the jury may not be governed by sympathy, prejudice, or public opinion. With this in mind, do you know any reason why you would be unable to give either the United States or the defendant a fair trial based solely on the evidence submitted at trial and the instructions given by the Court?** ❏ Yes   ❏ No

    **If YES, please explain:** _____

    _____

89. **Is there any matter not covered by this questionnaire that would affect your ability to be a fair juror?** ❏ Yes   ❏ No

    **If YES, please explain:** _____

    _____

    _____

90. **List here any reason why you cannot serve or why you should not serve:**

    _____

    _____

    _____

    _____

## EXPLANATION PAGE

**If you were unable to sufficiently answer any particular question in the spaces provided, please use this area to provide that additional information.  Please write the question number and your response in the following area.  Thank you very much for your cooperation.**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Under penalty of perjury, I swear or affirm that the answers provided here are truthful to the best of my knowledge.**

Dated the _____ day of _____, 2020


Signed: _____

Please print your name here: _____

**Thank you.**