United States District Court

Southern District of Florida

CASE NO. 1:19-cr-20822-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS MENOCAL,

    Defendant.

_____/

**UNOPPOSED MOTION FOR TRAVEL**

COMES NOW the Defendant, through his undersigned counsel(s), and respectfully requests of this Court to grant his Motion For Travel.

Mr. Menocal enjoys Pre-Trial release with standard conditions, currently limiting his travel to the Southern District of Florida. To date there have been no violations of said conditions nor have there been any requests for travel.

The Defendant desires to travel with his family, wife and children, to Bradenton, FL via automobile October 8-11 for a short vacation and automobile expo.

Counsel(s) for the government have no objection to this motion.

WHEREFORE, Mr. Menocal respectfully requests this Honorable Court grant the foregoing Motion to Travel conditional on the Defendant providing his specific itinerary to probation prior to departure.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above foregoing was e-filed on

this 15th day of September, 2020 and served electronically to all parties and the clerk.

Respectfully Submitted,

By: S/ MICHAEL C. GRIECO
**Michael C. Grieco, Esq.**
Florida Bar Number: 255490

175 SW 7th Street, Suite 2410
Miami, Florida 33130
1688 Meridian Avenue, #900
Miami Beach, FL 33139
Tel: (305) 857-0034
Fax: (305) 856-7771
Michael@griecolaw.com

United States District Court
Southern District of Florida

CASE NO. 1:19-cr-20822-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS MENOCAL,

    Defendant.

_____/

ORDER GRANTING UNOPPOSED MOTION TO TRAVEL

THIS CAUSE is before the Court upon the Defendant JESUS MENOCAL Unopposed Motion to Travel. The Court has considered the motion and is fully advised in the premises. It is

ORDERED AND ADJUDGED that the motion is GRANTED.

DONE AND ORDERED in

Chambers at Miami, Florida, this

____ day of _____, 20__.

_____
KATHLEEN M. WILLIAMS

UNITED STATES DISTRICT JUDGE