**United States District Court Southern District of Florida**

CASE NO. 1:19-cr-20822-KMW

UNITED STATES OF AMERICA,

Plaintiff,

v.
JESUS MENOCAL,

Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION TO TRAVEL**

     THIS CAUSE is before the Court upon the Defendant JESUS MENOCAL Unopposed Motion to Travel. The Court has considered the motion and is fully advised in the premises. It is

ORDERED AND ADJUDGED that the motion is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_\_\_ day of _____, 20\_\_.

_____

KATHLEEN M. WILLIAMS

UNITED STATES DISTRICT JUDGE