AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

____SOUTHERN____ District of ____FLORIDA____

| UNITED STATES OF AMERICA | CONSENT ORDER GRANTING |
| Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| JESUS MANUEL MENOCAL, JR. | CASE NUMBER: 1:19-cr-20822-KMW-1 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __JESUS MANUEL MENOCAL, JR.__ substitutes
(Party (s) Name)

__JUDE M. FACCIDOMO, ESQ. & MYCKI RATZAN, ESQ.__, State Bar No. __012554 / 915238__ as counsel of record in
(Name of New Attorney)

place of __MICHAEL C. GRIECO, ESQ. (FL Bar No.: 255490)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: RATZAN & FACCIDOMO, ESQ.
Address: 2850 TIGERTAIL AVENUE, SUITE 400, MIAMI, FL 33133
Telephone: (305) 374-5730    Facsimile _____
E-Mail (Optional): JUDE@RFLAWGROUP.COM / MYCKI@RFLAWGROUP.COM

I consent to the above substitution.
Date: 7/13/21
(Signature of Party (s))

I consent to being substituted.
Date: 7/15/2021
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 07/15/2021
s/ *Mycki Ratzan*
s/ *Jude M. Faccidomo*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]