AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

UNITED STATES OF AMERICA
    Plaintiff (s),
V.
JESUS MANUEL MENOCAL, JR.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-cr-20822-KMW-1

Notice is hereby given that, subject to approval by the court, JESUS MANUEL MENOCAL, JR. substitutes
(Party (s) Name)

JUDE M. FACCIDOMO, ESQ. & MYCKI RATZAN, ESQ. , State Bar No. 012554 / 915238 as counsel of record in
(Name of New Attorney)

place of MICHAEL C. GRIECO, ESQ. (FL Bar No.: 255490) .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: RATZAN & FACCIDOMO, ESQ.
    Address: 2850 TIGERTAIL AVENUE, SUITE 400, MIAMI, FL 33133
    Telephone: (305) 374-5730      Facsimile
    E-Mail (Optional): JUDE@RFLAWGROUP.COM / MYCKI@RFLAWGROUP.COM

I consent to the above substitution.
Date: 7/13/21
    (Signature of Party (s))

I consent to being substituted.
Date: 7/15/2021
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 07/15/2021
s/ *Mycki Ratzan*
s/ *Jude M. Faccidomo*
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/16/21
    Kathleen M. Williams
    United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]