**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | **CASE NO.: 1:19-cr-20822-KMW-1** |
| **vs.** | § | |
| **JESUS MENOCAL, JR.,** | § | **BEFORE THE HONORABLE KATHLEEN M. WILLIAMS** |
| **Defendant.** | § | |

_______________________________/

**UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL**

**COMES NOW,** the Defendant JESUS MENOCAL, JR. (hereinafter "Defendant"), by and through his undersigned counsel, and without objection from the United States (hereinafter the "Government"), and hereby respectfully moves this Honorable court for entry of an order continuing the current trial date set for October 25, 2021. In support of this motion undersigned counsel would state as follows:

1. On December 12, 2019, a two-count indictment was filed charging the defendant with deprivation of rights under color of law in violation of 18 U.S.C. Section 242 (DE. 3).
2. On May 27, 2020, a superseding information was filed charging the Defendant with an additional count of deprivation of rights under color of law in violation of 18 U.S.C. Section 242. (DE. 25).
3. This Court granted undersigned counsel's motion for substitution of counsel on July 16, 2021. (DE. 65).

4. Since undersigned counsel took over the case the United States Government has been working with undersigned counsel to provide complete discovery. There are five (5)





discovery productions (topping 159 gigabytes), and they are voluminous. Undersigned counsel is diligently working to review all discovery materials, but it has been a slow process partly because of problems with the hard drives provided by previous counsel and partly because of the sheer volume.

5. In accordance with Local Rule 88.9, counsel for the Defendant has conferred with the Government about the filing of this request for continuance. Understanding the circumstances, including COVID, the Government does not oppose our request for a continuance. In addition, all parties have worked together to provide this court with all counsel's availability in recommending dates.

6. Undersigned counsel has spoken with the Defendant, Jesus Menocal Jr., who understands and agrees to this request for a continuance of his trial. Attached to this motion is an executed speedy trial waiver.

**WHEREFORE,** in the interest of justice so that counsel can be fully prepared to provide the Defendant with effective representation, undersigned counsel respectfully requests this Honorable grant this motion and continue the trial date to a future date convenient with the court.

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**



RATZAN & FACCIDOMO LLC
2850 Tigertail Avenue, Suite 400, Miami, FL 33133
Tel. 305.374.5730
Fax. 305.374.6755
www.rflawgroup.com

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFY** that a true and correct copy of the foregoing was tendered via CM/ECF to the Clerk of the Court, this 24th day of August, 2021.

Respectfully submitted,

ATTORNEYS AT LAW
2850 Tigertail Avenue
Suite 400
Miami, Florida 33133
305 374-5730
305 374-6755 Fax
mycki@rflawgroup.com
jude@rflawgroup.com

By: s/ Mycki Ratzan
Mycki Ratzan, Esq.
FL. Bar: 915238

By: s/ Jude M. Faccidomo
Jude M. Faccidomo, Esq.
FL. Bar: 0012554

