UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20822-CR-WILLIAMS/TORRES(s)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JESUS MANUEL MENOCAL, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**GOVERNMENT'S NOTICE OF FILING TRANSCRIPT PAGES**

In the Response to the Defendant's Objections to the government's proposed Rule 413 and Rule 404(b) evidence (DE: 81 at 33 n.12), the government noted that it was awaiting the transcript of the August 23, 2021 status conference to confirm that contrary to the defendant's belief (*see* DE 76 at 32), the government never told the Court that this case would take at least six weeks to try. That transcript has now been received (although no formal docket entry has posted via CM/ECF regarding the transcript) and it confirms, at pages 5 and 6, that the government never stated that the trial would last six weeks. Rather, the government suggested that the trial would take two weeks but might go over to a third week due to COVID protocols and the jury selection method agreed to by all parties. A copy of the relevant pages has already been provided to defense counsel under separate cover, and those pages are attached hereto as Exhibit A.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*s/ Edward N. Stamm*
EDWARD N. STAMM
FL Bar No. 373826
Assistant United States Attorney

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL

*s/ Samantha Trepel*
SAMANTHA TREPEL
Court ID No. A5501689
Special Litigation Counsel

1

| | |
|---|---|
| United States Attorney's Office | Civil Rights Division |
| Southern District of Florida | U.S. Department of Justice |
| 99 NE 4th Street | 950 Pennsylvania Ave., NW |
| Miami, FL 33132 | Washington, DC  20530 |
| Tel: (305) 961-9164 | Tel: (202) 305-3204 |
| edward.stamm@usdoj.gov | samantha.trepel@usdoj.gov |

*s/ Ilham Hosseini*
ILHAM HOSSEINI
Court ID No. A5501904
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL  33132
Tel: (305) 961-9297
ilham.hosseini@usdoj.gov