FILED BY KS D.C.
Mar 2, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20822-CR-WILLIAMS/TORRES(s)(s)
18 U.S.C. § 242

UNITED STATES OF AMERICA,

v.

JESUS MANUEL MENOCAL, JR.,

Defendant.
_____/

## SECOND SUPERSEDING INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Second Superseding Information:

1. Defendant **JESUS MANUEL MENOCAL, JR.** was employed as a Hialeah Police Department officer.

2. VICTIM 2 was a civilian living in Hialeah, Florida, in the Southern District of Florida.

3. VICTIM 3 was a civilian living in Hialeah, Florida, in the Southern District of Florida.

4. VICTIM 5 was a civilian living in Hialeah, Florida, in the Southern District of Florida.

## COUNT 1
### (Deprivation of Rights Under Color of Law: 18 U.S.C. § 242)

1. Paragraphs 1 and 2 of the General Allegations section of this Second Superseding Information are realleged and incorporated as though fully set forth herein.

2. From on or about January 1, 2015, through on or about March 31, 2015, the exact date being unknown, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JESUS MANUEL MENOCAL, JR.,**

while acting under color of law, willfully deprived VICTIM 2 of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable searches and seizures by a person acting under color of law. In so doing, **JESUS MANUEL MENOCAL, JR.** exposed his bare penis to Victim 2, placed her hand on his penis, and kissed her.

All in violation of Title 18, United States Code, Section 242.

## COUNT 2
### (Deprivation of Rights Under Color of Law: 18 U.S.C. § 242)

1. Paragraphs 1 and 3 of the General Allegations section of this Second Superseding Information are realleged and incorporated as though fully set forth herein.

2. On or about May 31, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JESUS MANUEL MENOCAL, JR.,**

while acting under color of law, willfully deprived VICTIM 3 of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable searches and seizures by a person acting under color of law. In so doing, **JESUS MANUEL MENOCAL, JR.** caused VICTIM 3's mouth to have contact with his penis.

All in violation of Title 18, United States Code, Section 242.

## COUNT 3
### (Deprivation of Rights Under Color of Law: 18 U.S.C. § 242)

1. Paragraphs 1 and 4 of the General Allegations section of this Second Superseding Information are realleged and incorporated as though fully set forth herein.

2. On or about November 20, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JESUS MANUEL MENOCAL, JR.,**

while acting under color of law, willfully deprived VICTIM 5 of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable searches and seizures by a person acting under color of law. In so doing, **JESUS MANUEL MENOCAL, JR.** caused VICTIM 5's mouth to have contact with his penis and penetrated her vagina with his penis.

All in violation of Title 18, United States Code, Section 242.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION

EDWARD N. STAMM
ASSISTANT UNITED STATES ATTORNEY

KYLE BOYNTON
TRIAL ATTORNEY

MONICA K. CASTRO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JESUS MANUEL MENOCAL, JR.,

       Defendant.       /

CASE NO. 19-20822-CR-KMW(s)(s)

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [✓] Miami  [ ] Key West  [ ] FTL
- [ ] WPB  [ ] FTP

New defendant(s)  [ ] Yes  [✓] No
Number of new defendants _____
Total number of counts __3__

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days  [✓]
   - II  6 to 10 days  [ ]
   - III 11 to 20 days  [ ]
   - IV  21 to 60 days  [ ]
   - V   61 days and over  [ ]

   (Check only one)
   - Petty  [ ]
   - Minor  [ ]
   - Misdemeanor  [✓]
   - Felony  [ ]

6. Has this case previously been filed in this District Court? (Yes or No) **Yes**
   If yes: Judge **Kathleen M. Williams**  Case No. **19-20822-CR-KMW(s)**
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
EDWARD N. STAMM
Assistant United States Attorney
FLA Bar No.    373826

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JESUS MANUEL MENOCAL, JR.

**Case No:** 19-20822-CR-KMW(s)(s)

**Count 1**

Deprivation of Rights Under Color of Law

Title 18, United States Code, Section 242

**Max. Penalty:** One (1) year imprisonment.

**Count 2**

Deprivation of Rights Under Color of Law

Title 18, United States Code, Section 242

**Max. Penalty:** One (1) year imprisonment.

**Count 3**

Deprivation of Rights Under Color of Law

Title 18, United States Code, Section 242

**Max. Penalty:** One (1) year imprisonment.