UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20822-CR-WILLIAMS/TORRES(s)(s)

UNITED STATES OF AMERICA

v.

JESUS MANUEL MENOCAL, JR.
_____/

## STIPULATED FACTUAL BASIS

The United States of America and Jesus Manuel Menocal, Jr. hereby stipulate and agree that had this matter proceeded to trial, the United States would have offered evidence and testimony to establish the following factual basis beyond a reasonable doubt:

At all times relevant to the Second Superseding Information, JESUS MANUEL MENOCAL, JR. ("MENOCAL") was a police officer with the Hialeah, Florida Police Department; Victim 1 was a civilian living in Homestead, Florida; and Victim 2, Victim 3, and Victim 5 were civilians living in Hialeah, Florida. On June 13, 2015, MENOCAL was on duty as an officer with the Hialeah Police Department. While on duty, wearing his uniform, driving a marked police car, and acting under color of law, MENOCAL stopped a car being driven by Victim 1, a female with the initials M.D. MENOCAL did not know Victim 1. MENOCAL directed Victim 1 to sit in the backseat of his police car. MENOCAL then drove Victim 1 to his office at the Hialeah Police Department Substation 5. MENOCAL led Victim 1 to MENOCAL's office. Inside the office, MENOCAL subjected Victim 1 to an unreasonable search, in violation of the Fourth Amendment to the United States Constitution, by ordering Victim 1, under the threat of arrest, to remove her shorts and underwear and turn around, exposing her naked buttocks to him. Victim 1

complied with MENOCAL's order. MENOCAL took these actions willfully, without Victim 1's consent, and without a legitimate law enforcement purpose.

Sometime between January 1, 2015 and March 31, 2015, MENOCAL was on duty as an officer with the Hialeah Police Department. While on duty, wearing his uniform, driving a marked Hialeah Police Department vehicle, and acting under color of law, MENOCAL stopped a car containing Victim 2, a female with the initials C.R. MENOCAL ordered Victim 2 out of the car and eventually had her enter his police vehicle. Victim 2 complied with MENOCAL's order. MENOCAL then drove Victim 2 to a nearby alleyway. There, MENOCAL subjected Victim 2 to an unreasonable search, in violation of the Fourth Amendment to the United States Constitution, by exposing his bare penis, placing Victim 2's hand on his penis, and kissing Victim 2. MENOCAL took these actions willfully, without Victim 2's consent, and without a legitimate law enforcement purpose. MENOCAL told Victim 2 not to tell anyone about his sexual contact with her.

On May 31, 2015, MENOCAL was on duty as an officer with the Hialeah Police Department. While on duty, wearing his uniform, and acting under color of law, MENOCAL encountered Victim 3 at the Hialeah Police Department Substation 5. Victim 3 is a female with the initials E.R. MENOCAL did not know Victim 3. During his encounter with Victim 3, MENOCAL developed sufficient cause to believe that Victim 3 was in psychiatric crisis, and needed to be taken into custody and transported to a hospital for involuntary psychiatric evaluation. While Victim 3 had her hands cuffed behind her back, MENOCAL told Victim 3 that MENOCAL would release Victim 3 if she performed oral sex on him. Due to her mental condition, MENOCAL knew at the time that he could not release Victim 3. MENOCAL took Victim 3 into the entrance

to the women's bathroom inside Substation 5. MENOCAL removed Victim 3's handcuffs. MENOCAL then subjected Victim 3 to an unreasonable search, in violation of the Fourth Amendment to the United States Constitution, by penetrating her mouth with his penis. MENOCAL took this action willfully, without Victim 3's consent, and without a legitimate law enforcement purpose. Upon leaving the bathroom, MENOCAL re-handcuffed Victim 3, placed her into the backseat of another officer's police car, and ordered that officer to transport Victim 3 to a nearby hospital for involuntary psychiatric evaluation. MENOCAL told Victim 3 not to tell anyone about his sexual contact with her.

On November 20, 2014, MENOCAL was on duty as an officer with the Hialeah Police Department. While on duty, wearing his uniform, driving a marked police vehicle, and acting under color of law, MENOCAL came across Victim 5 walking along a roadway in Hialeah. Victim 5 is a woman with the initials L.C. MENOCAL did not know Victim 5. MENOCAL asked Victim 5 where she was going. Victim 5 stated that she was walking to the gym. MENOCAL told Victim 5 that it was not safe for her to be walking alone. MENOCAL told Victim 5 to get into his police vehicle. Victim 5 declined. MENOCAL insisted that Victim 5 had to get into his vehicle. Victim 5 complied. MENOCAL then drove Victim 5 to an empty alleyway. There, he subjected Victim 5 to an unreasonable search, in violation of the Fourth Amendment to the United States Constitution, by penetrating her mouth with his penis, and penetrating her vagina with his penis. MENOCAL took these actions willfully, without Victim 5's consent, and without a legitimate law enforcement purpose.

All of the above-described activities took place in the Southern District of Florida.

This Stipulated Factual Basis does not contain each and every fact known to the defendant

3

and to the United States concerning his involvement in the charges set forth in the Second Superseding Information, and is set forth for the limited purpose of establishing a factual basis for the defendant's guilty plea. The United States and the defendant agree that this Stipulated Factual Basis is sufficient to satisfy all the elements concerning the guilt of the defendant of the crimes charged in the Second Superseding Information.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

Date: 03/02/2022    By: *Edward N. Stamm*
Edward N. Stamm
Assistant United States Attorney
Southern District of Florida

Date: 03/02/2022    By: _____
Monica K. Castro
Assistant United States Attorney
Southern District of Florida

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

Date: 03/02/2022    By: *Kyle Boynton*
Kyle R. Boynton
Trial Attorney
Civil Rights Division, Criminal Section

Date: 3/2/2022    By: ─DocuSigned by:─
─67259EF4DF8A4F7...─
Jude Faccidomo
Attorney for Defendant

4

Date: 3/2/2022

By: *Mycki Ratzan*
—DocuSigned by—
819642174C82444...
Mycki Ratzan
Attorney for Defendant

Date: 3/2/22

By: *[signature]*
Jesus Manuel Menocal, Jr.
Defendant