# UNITED STATES OF AMERICA
# V.
# JESUS MANUEL MENOCAL, JR.

## CASE NO.: 19-CR-20822-KMW

## <u>"COMPOSITE EXHIBIT A"</u>

- (73) Character Letters

Honorable Kathleen Williams
United States District Court Judge
Southern District of Florida

April 4, 2022

Re:     United States of America vs. Jesus Manuel Menocal Jr.

Via:    Ratzan & Faccidomo, LLC
        2850 Tigertail Avenue Suite #400
        Miami, Fl. 33133

        "People, even more than things, have to be restored, renewed, revived, reclaimed, and
redeemed; never throw out anyone." – Audrey Hepburn

Throughout the early and even mid-stages of my 28 year career in law enforcement and County
Government, I struggled with the propensity to view those that I arrested with myopic lens. I felt
comfortable and a sense of simplicity in judging the merits and value of a person based solely on the
information I gathered throughout my investigations. As I gained tenure and began supervising complex
and sensitive investigations, I learned that the true essence of all individuals was defined by a lifetime of
actions – good and bad - and not just one single occurrence.

Perhaps, my greatest lessons in human dynamics came from my exposure and experience in
interviewing incarcerated individuals. I came to understand that actions yield consequences and the
missteps of life can darken your path. I also came to realize that, more often than not, the human being
capable of those missteps could simultaneously possess an identifiable and inarguable fabric of good
and decent qualities that can be overshadowed by momentary lapses in judgement.

On this predicate, I state to you that I have known Jesus Manuel Menocal Jr. (Jesse) since he was a
toddler. I didn't meet him as a seasoned Police Officer or Sergeant. I didn't meet him as a grown adult
or even a high school student. I met Jesse as a child that could barely distinguish between his right and
left shoe. I witnessed first-hand the positive effects of his nurturing parents and grandparents. I
observed his transition from childhood through adolescence and onto adulthood fortified by core family
values rooted in respect, integrity, honesty and hard work. Jesse's character was formed in a law-
enforcement home where he witnessed his father, uncles, and close family friends all demonstrate
sacrifice and service for the betterment of the community. Jesse is the byproduct of a home that formed
a young man of such character that he chose to follow in the law enforcement footsteps of his male role
models. Jesse demonstrated that he possessed the ability to follow the strict moral compass calibrated
by his mother and father.

For decades – not just months or a few years - Jesse displayed his willingness to live a life dedicated to
serving his community. He illustrated – through actions – his willingness to sacrifice his life in defense of
others. Jesse is no doubt aware that a career he cherished is now terminated. Jesse recognizes that
years of service and sacrifice are now extinguished. Jesse's greatest challenge remains ahead, as he
must demonstrate the character and resolve to pick up the broken pieces and in a new capacity
illustrate his will to continue being a productive, positive and impactful member of his family and his
community. I have great confidence in his ability to achieve redemption as he is accompanied by the
love, support and guidance of his family and friends.

I pray that the Honorable Kathleen Williams will grant due weight to the positive contributions that
Jesse has made to serve his community, as the decision on sentencing is made in pursuit of due justice.

I am beyond saddened to see Jesse's law enforcement career terminated under such regrettable
circumstances. I know that Jesse is heart-broken in recognition that so many lives have been adversely
affected. Jesse, his family, and friends pray that all those impacted will have the strength and resolve to
move forward and live prosperous and productive lives surrounded and supported by their family and
loved ones.

Sincerely,

Denis Morales

Denis Morales
Retired Detective Sergeant
Miami-Dade Police Department

March 18, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
C/O Ratzan & Faccidomo, LLC,
2850 Tigertail Ave. Suite 400
Miami, Fl. 33133

Your Honor,

My name is Harold Garzon. I was employed as a sworn Police Officer for the City of Hialeah, for almost 25 years, having retired in 2019. During my tenure as a law enforcement officer, I spent over 15 years in our K-9 Unit; with the majority of it spent as the Head Trainer (FDLE Certified), Departmental and FDLE In-Service Trainer, Trainer at the Miami Dade College Police Academy, Dispatcher/Call Taker, Explosives Detection Handler, Narcotics Detection Handler, Department Coordinator and Speaker/Presenter for over 60+ departmental and K9 demonstrations given at local schools and for the public at events throughout the year, and as a court recognized drug expert established by Honorable Circuit Court Judge Slom. Throughout this time, I personally trained and certified over 60 different K-9 Teams in Miami-Dade and Broward Counties. I also spent many years as a Detective for the TPF Unit (a tactical squad tasked with fugitive apprehension and major case support) and of course, in the patrol division.

While working in the late 90's, I began to work alongside many law enforcement professionals throughout our county (as I was detached to different agencies during my tenure), including the Menocal twins, Jesus and Ignacio with the Sweetwater Police Department. During our many encounters/training sessions, I also had a chance to meet a young man (their son/nephew), Jesus "Jesse" Menocal Jr. Over the years I saw him grow into a responsible man and eventually, a police officer. He joined the City of Hialeah Police Department and demonstrated a fantastic work ethic since day 1, earning high marks from Field Training Officers and fellow Officers alike.

With lots of hard work, Jesse established himself as a solid street cop, and then a SWAT Operator. I worked side by side with Jesse for many years while we were deployed for area and building searches. He was my backup/protector while I used my K-9 partner(s) to help track and apprehend some of the most dangerous and violent criminals in the State. Working some of the most high-profile and notorious cases throughout the latter part of my career I routinely observed Jesse's superior tactical training shine during car chases, riots, hostage situations, shootings, and everything in between. My family and I were always comforted in knowing that Jesse 'had my back' and would do everything in his power to ensure I would return home after every shift or emergency call-out.

I also had a chance to see Jesse in a softer light, during encounters with the general public and as a fellow presenter (for the SWAT Team) at the many school and event demonstrations we did together throughout the years. He loved to interact with the children and despite his large physical presence, always made everyone around him happy and went out of his way to not be intimidating at all.

Jesse eventually became a Sergeant at the City of Hialeah Police Department, where I worked as a member of his squad during my final years in the patrol division. I was very impressed by his maturity and how well he dealt with the public and subordinate officers alike. He always went out of his way to

ensure that public requests were handled immediately to their satisfaction, while also taking the lead on all "hot" calls where the danger was very apparent to responding officers. While involved in my last shooting of an armed male (cleared by the Miami-Dade State Attorneys Office), Jesse was 'assigned' to watch and take care of me immediately afterwards (as per departmental policy). He went above and beyond, making sure I was mentally, physically, and emotionally ok after this life changing encounter. He was very comforting and via his own experiences, was able to keep me calm and focused for the subsequent procedures and investigation that followed.

Unfortunately, it appears that Jesse overstepped his bounds in regards to this case that has been brought in front of you. I can honestly say that I don't know what happened, nor any details of the investigation that has lead us to today. I can only attest to my direct dealings and observations of Jesse Menocal Jr. as I saw them. While I know that he must be punished for his wrong doings, I have written this letter in hopes that it will give you a better idea of who this young man is, in order to help you render a just decision. I endorse Jesse's character and request that the many selfless acts done by him which directly saved officer's and citizen's lives or at the least danger of bodily injury to them, please be taken into account come sentencing.

I leave you with a quick insight that is often overlooked: A law enforcement officer's life is generally a solitary one. Most friends/associates don't want to be known as a "cop's friend", the public usually hates you until they need you, evil lurks in the shadows constantly for us, and you leave your loved ones every day not knowing if you will ever return to them. Add to this, the incredible stress that comes with the horrors we have seen or even been involved in, lack of sleep due to the amount of hours we put in everyday (including hours after our shifts attending court functions), the sometimes unjust and undeserved pressures put on us by unqualified command staff/City Leaders, and still balancing a home life and it's a wonder why anyone would truly want to go into this profession, except for the true desire to protect and serve the public. While the above-mentioned facts certainly don't excuse anyone from breaking the law, it certainly does change every person who has ever worn a badge. Some people are better equipped to deal with this life choice, but we all do eventually fall at one point or another. After all, we are human.

Thank you for your time in reading this letter. Should you need any clarification about this letter or more information on my dealings and support for Jesse Menocal Jr, please do not hesitate to call me directly at ▮▮▮▮▮▮▮▮

Sincerely,

Harold D. Garzon



LEWIS J. MERTZ, JR.
RAUL ASPURU, JR.

4970 SW 72ⁿᵈ AVENUE
SUITE 109
TELEPHONE
MIAMI: (305) 821-4581
FAX: (305) 821-3738

May 4, 2022

The Honorable Judge Kathleen Williams
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr., United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, Florida 33128

Re:    Jesus "Jesse" Manual Menocal, Jr.

Dear Judge Williams,

Jesus "Jessie" Manuel Menocal, Jr. has asked me to provide this Honorable Court a letter regarding his character and I do so without reservation. My name is Lewis Mertz. I have been a Police Officer in Miami Dade County since 1992. I have also been a licensed and practicing attorney in the State of Florida since 2001.

Jessie's father is a legend in the Miami-Dade law enforcement community. I first met his father circa 1993-1994 when he was a Sweetwater police officer. I was a young officer trying to earn a SWAT certificate and Jessie Sr. was putting on a SWAT school with the City of Sweetwater and some Miami Police cadres. I was not ready, and dropped out of the school. After I dropped out, Jessie Sr. was extremely supportive and encouraging. His words of encouragement led me to undertake every bit of training I could possibly attend and led to the culmination of my dream of completing a SWAT school later on in life. Jessie's father was a mentor of mine as a young police officer and I will always be thankful to him for that.

Later in my career, circa 2009-2010, I was pursuing my Firearms Instructor Training Workshop (FITW) certificate. This, in essence, is training in order to be able to train police officers how to shoot. By this time in my career, I had completed several tactical courses regarding the use of firearms, both governmental and private and I wanted to share and apply what I had learned in the law enforcement community. In order to do this I needed to pass FITW. The first day of class prospective students are expected to qualify with their respective sidearm, which, generally speaking is no big deal. The standard, however, is far higher than the typical officer qualification and folks were nervous. The instructors called all of us out to the firing line for the qualification in alphabetical order. Jessie Jr.,

was stationed to the target right next to me. We exchanged glances and introduced ourselves. I was immediately pleased to meet Jessie Sr.'s son. I told Jessie Jr. about my relationship with his dad and the respect I had for him. I then quietly reminded Jessie Jr. how disappointed his dad would be with him if he failed. Jessie, Jr. responded with a huge grin and shook his head knowingly at my statement. He humbly and respectfully said, "I'll do my best." There, on that flat range deck began a friendship that has continued to this day. Separate and apart from his father, I found Jessie to be humble, kind and a person who would go out of his way to help someone, as we both did in that class. I, honestly, had nothing to lose. By this time I was a successful attorney trying to contribute to the law enforcement community in a volunteer capacity. Jessie, on the other hand, was assigned full time to a crime suppression squad at the Hialeah Police Department, and made his living as a police officer. Notwithstanding the risk of failure from the distraction of helping others, Jessie Jr. did so without hesitation. He, again, independently of his father, earned my respect during that week of class. He, of course, never outshot me, but according to him he didn't want to embarrass me.

After FITW Jessie Jr. and I stayed in touch. During FITW, and aside from our mutual attention to the class, we spoke about his career. When we spoke, I suggested, strongly, that he study to be a Sergeant and to continue to climb the ranks. Generally speaking, young officers like Jessie, assigned to specialized units like SWAT and crime suppression, are hesitant to promote as doing so means being removed from those units. Jessie was open to the idea and mature enough to realize that his rising in the ranks was the best option for him. Later, in 2013 Jessie Jr. became a Sergeant with the Hialeah Police Department.

Jessie Jr., in addition to his Hialeah Police career, was actively involved in the family business, Menocal International Training (MIT). MIT, with over 50 years of combined law enforcement experience, is a private firearms training company that teaches firearms safety and tactics to a wide variety of individuals and organizations. As a private business, MIT would charge organizations and individual citizens for training.   "Tactical Tuesdays" was an affordable option for many law enforcement officers who wanted to pursue training on top of that offered by their department, which admittedly, is not enough. Jessie, Jr. and MIT made sure to keep their prices reasonable to insure the training was accessible to as many as possible. Countless law enforcement officers would attend and, frankly, this made our community safer. Jessie Jr. made the conscious choice to forego the money in exchange for accessibility. Further, Jessie Jr. would routinely put on training, free of charge, for law enforcement officers by contacting private businesses to "sponsor" the range. Jessie Jr. would use fundraising from private entities to put on relevant and crucial free training for law enforcement officers. Jessie Jr., in addition to the tactical firearms training, would have an attorney come to the class and discuss the legal ramifications of using deadly force. Most firearms trainers do not do this. To most it's all about "trigger time", however, Jessie Jr., knowing the absolute responsibility a citizen or officer has when carrying a gun, made sure that the legal aspect was covered as much as the tactical aspect was. Again, earning my respect.

In addition to the above training held by Jessie Jr. and his team at MIT, Jessie Jr. would hold fundraisers for officers who were injured either on or off duty. There are at least two instances of this I can recall. The first involved a City of Miami Police Officer who tragically lost both legs in an off-duty motorcycle accident. Jessie Jr., upon learning of this, put on a range day fundraiser and donated all of the proceeds to the officer and his family. The second of these fundraisers involved a Village of Pinecrest Officer who was struck by a vehicle on his way home from work on July 18, 2019. I remember getting a call from Jessie Jr. when I was at the hospital for this officer, who happened to be a close friend of mine. The officer's health is touch and go and he was resuscitated at least once as a result of this crash. Jessie Jr. knew I had a close relationship with the Pinecrest Police officers and was calling to see how he could assist. I advised that I did not know, that the officers chances were slim and that I had no idea how to help. Understanding the situation and being the positive, never quit kind of person he is, he suggested a fundraiser. I agreed with him and Jessie Jr. set the entire thing up. It was a great

success and we raised over $2,000 for this injured officer. Jessie Jr. did this for free and expected nothing in return for this. Again, earning my respect.

Notwithstanding the foregoing, I am painfully aware of the charges levied against Jessie Jr. and his subsequent plea of guilty to three charges. It is difficult for me to reconcile the man I know with these charges. I can say unequivocally that Jessie Jr. was and is embarrassed by these charges. I can further say that he is remorseful for his behavior. Despite the charges and his plea, it is my respectful and deferential opinion that justice would not be served by Jessie Jr. serving jail time. I would further respectfully request that this Honorable Court to consider all aspects of Jessie Jr.'s life and not this specific moment in time, he has done good, he has helped people, he has it within him to do more of that. I absolutely understand and accept that punishment is a necessary part of our judicial system, however, jail time is not the only way to accomplish punishment. I respectfully ask for leniency for Jessie, Jr., if not for him, for his son, daughter and wife.

In closing I would like to thank this Honorable Court for reading this letter and for its work on countless other matters. Please contact me if anything further is needed regarding Jessie Jr.

Sincerely,

Lewis J. Mertz, Jr., Esq.

# *Alberto Dominguez - Bali* M.D., M.P.H.

## Obstetrics, Gynecology and Sexology
## Pediatric Gynecology, Menopause, Sex Therapy

April 21, 2022

The Honorable Kathleen Williams
United States District Court Judge of Southern District of Florida

Your Honor:

I would like to introduce myself and sincerely thank-you for your time and considerations as you read my plea regarding Jessie Menocal Jr.

Throughout all my life of migration and struggles for my family and myself, never giving up was a constant. As we moved from the little Gaspar, Cuba to Bogota, Colombia in the early 60's, leaving everything behind, I grew and matured. At the age of 13, nothing was easy, but I discovered there wasn't anything with perseverance that I could not achieve. At one point, I had seven jobs in Bogota, running around the city with no transportation but earnestly strove to acquire knowledge to become a medical doctor and help human lives proliferate.

Accomplishing a degree in medicine and then pediatrics wasn't enough to obtain a job in Colombia due to the prejudices and bureaucracy, so I went to Mexico. I studied for 2 more years the specialty of pediatric infectious disease, then moved back and found work in Bogota, but the USA was the goal for my family and myself. Moving in the 80's to Miami, I started again at the University of Miami in the OB/GYN field. I worked at the trauma rape center for Jackson Memorial Hospital and was instrumental in assisting the rape victims and facilitated in the arrests of rapists. Now, I have 2 clinics and am the founder of the Miami Center for Obstetrics, Gynecology and Human Sexuality, a not-for-profit center. I have a radio program two times a week and free education conferences for healthcare providers and women regarding aging and hormones, etc.

Knowing Jesse Menocal, Jr for some time now. I have watched him grow, develop a family, and become an instrumental part of our society, assisting in our safety and security. He has been the stabilizer for his family and has dedicated his life to family and community protective services. He has also dedicated time to assist in the development and performance of education classes for various corporate entities. Jesse willingly responds to the call of the community members that need his aid.

Watching him develop his family and be the dedicated father of two children, a stable husband, an incredible son and friend, I have witnessed his growth and fortitude throughout this most unfortunate time. His functional status in our community has frozen in the past years due to this situation; however, he has certainly shown a determination for personal growth and perseverance with honor. He has an immense capacity to serve the community, to protect and educate with outstanding ethical standards.

Through life, it is the getting up when you are down and the vision of future goals that keeps one alive. When practicing long distance running, you do not watch the ground, but look forward into the path ahead. This is what Jessie Menocal Jr. is doing.

I would plead for your mercy as you consider Jessie's sentencing. Please consider crediting this time of severe suffering to prison time and assist in the positive future of this man.

Respectfully,

Alberto Dominguez-Bali, MD, PhD

### 777 East 25th Street, Suite 203
### Hialeah Medical Plaza
### Hialeah, FL 33013
### Phone: 305.693.3535 • Fax: 305.693.3565

Sent in care of:                                    March 12, 2022
Ratzan & Faccidomo, LLC
2850 Tigertail Avenue
Suite 400
Miami, Fl. 33133

The Honorable Kathleen Williams
United States Court Judge of the Southern District of Florida

Thank you for taking the time to read my letter. I am writing on behalf of Jesus Menocal.

I am a Registered Nurse who is a Forensic Nurse Specialist, Certified. I have been a Registered Nurse for over 34 years and have been working in the Security and Emergency Management field for the last 16 years and became Forensic Certified three years ago. I have been both instructor and pupil for topics such as Healthcare Workplace Violence Prevention and my greatest passion, anti-human trafficking education for healthcare settings. I have been fortunate enough to provide anti-human trafficking awareness education to large audiences such as the Miami Dade Hospital Consortium Symposium and to Special Agents at our local FBI office in Miramar.

I met Jesus Menocal on the gun range as an instructor. He is a skilled instructor, strong communicator, and committed to ensuring all students exercise their 2nd amendment rights in a safe manner. Jesse assessed students constantly, provided ongoing support with skills improvement while ensuring that their technique was above all, safe. He connected with students authentically without sacrificing safety. His extensive knowledge of firearms and exceptional teaching abilities has contributed significantly to his students, many of whom are healthcare providers.

During the course of training, Jesse has always been inclusive, polite and respectful to all students. You instantly knew when you met him that his passion was sharing the knowledge and skill he has with others. When students would finally learn and master skills, his enthusiasm was almost greater than his students were! He was an avid learner as well. When other instructors would share their techniques and experiences, Jesse would listen with respect and reverence for their experience and collaboration.

Jesse is quiet and private, however, he was never shy on speaking highly and lovingly of his family and young, minor children. His two children, a little boy and girl, are the focal point of his life and his family. His family is present, supportive and positive, grounding anchor for him. It would be easy for his family to abandon him, yet they remain steadfast and united. These traits that have been engrained in him by his family, enable Jesse to seek redemption.

My path has crossed with Jesse's family on multiple occasions, as I am part of a law enforcement family myself. Family is everything to us. While I understand Jesse plead guilty to his charges, he has accepted responsibility and the embarrassment he has caused his family. The qualities I mentioned above, serve him well in establishing that he demonstrates remorsefulness and that he has held himself accountable.

1

Please accept my letter as a character reference that Jesse has outstanding qualities and the ability to contribute to society in a positive and productive manner.

Sincerely,
Ellen Sordo

March 21, 2022

Dear Honarable Kathleen Williams,

My name is Jose Ramirez, I am a Police Sergeant with the Florida International University Police Department (FIUPD). I have been employed by the FIUPD for the past 6 years and I retired as a Police Sergeant from the Miami-Dade Police Department (MDPD) in 2015, after 25 years of service.

I'm writing this letter for your consideration during the sentencing of Jesus "Jesse" Menocal Jr.   I have known his father, Jesus Menocal Sr. and uncle Ignacio Menocal for the past 31 years. I have also had the pleasure of dealing with his mother Elizabeth Menocal, brother Jonathan Menocal, and his sister Jessica.

I first met Jesse Menocal when he became a police officer in 2007, following in the footsteps of his father and uncle. He has always been a respectful, motivated young man, eager to serve and protect the citizens of Hialeah. In 2012, I started interacting with him more on a professional and personal level, as we both share a passion for police training.

We have together instructed a number of courses locally and abroad, which gave me the opportunity to spend time with Jesse. I can say that he is passionate about his family. He deeply cares about his wife, Jescenia and his two children, Jaiden & Jainnelli. Jesse is always looking for ways to spend time with them, and takes pride in raising his son and daughter. He enjoys taking his son to soccer practice and his daughter to dance class. Jesse was equally passionate about his law enforcement profession, and always thinking of ways to innovate training for police officers to keep them safe and provide better quality of service to the community. He even conducted free training sessions for law enforcement officers. Jesse has always displayed a great deal of respect for everyone that he comes in contact with, and conducted himself in a professional matter. He was well liked by his students and considered a very good instructor due to his knowledge, passion and professionalism.

I understand that Jesse has pleaded guilty to charges of Civil Rights Violation Under the Color of Law. After speaking to Jesse at length about this situation, I can assure you that he feels great remorse for his actions. He is extremely embarrassed because he feels that he conducted himself in a manner that not only betrayed the badge, but also caused great pain to his family and everyone involved.

I ask that you please consider my personal and professional opinion of Jesse Menocal. Please don't hesitate to contact me if you have any questions.

Sincerely,

Sgt. Jose R. Ramirez



CARLOS AVILA
Chief of Police

March 10, 2022

The Honorable Kathleen Williams
United States District Court Judge
Of the Southern District of Florida

Honorable Judge Kathleen Williams:

My name is Carlos Avila and I am the Chief of Police for the City of West Miami Police Department. I have been a law enforcement officer for the past forty-one years. I have known the Menocal family for forty years, to include his father, his two uncles and his grandparents. I also know Jesus Manuel Menocal Jr. since he was a child.

This family is made up of law enforcement officers and I remember Jesse Jr. as a child, always wanted to be like his father and his uncles, a police officer. He is a very caring, respectful, and has always shown concern for others. As a law enforcement officer, he was also very well respected and enjoyed an excellent reputation as a police officer.

Jesse Jr., is also a father of two beautiful minor children, one seven years old and the other four years old. I have personally spoken to Jesse Jr., and can honestly state that he is remorseful and embarrassed as a result of his actions. Jesse Jr., as a husband and father, is devastated with the prospect of being away from his two minor children and his wife. Jesse Jr., has always been a hard-working family man who provides for his family.

Jesse Jr. has lost his reputation, his career, along with his dignity. In my humble opinion Jesse Jr., who dedicated his life to protecting and serving this community honorably, should receive the lightest sentence possible. Jesse Jr., has already endured and suffered the loss of his career and the possibility of not being there for his children is already in itself a sentence being served.

Sincerely,

Carlos Avila
Chief of Police

**CITY OF WEST MIAMI POLICE DEPARTMENT**

901 S.W. 62nd Avenue • West Miami, FL 33144 • Phone: (305) 266-0530 • Fax: (305) 266-0970
E-mail: chiefavila@westmiamipolice.org

# Officer David Palma



April 24, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida

To The Honorable Kathleen Williams

My name is David Palma, I've been full-time Police Officer with the Miami-Dade Police Department for the past three and a half years and currently assigned to its Priority Response Team (PRT). Before venturing into the world of law enforcement which ultimately lead me to crossing paths with Jesus "Jesse" Menocal, my prior career was something quite different.

I was born and raised here in Miami, Florida to parents who were both teachers for the Miami-Dade Public School system, my father being a Band Director and professional musician at night. Naturally, mimicking my father, I gravitated towards music at a young age and took on studying the saxophone at the age of 12 with the dream of becoming a professional touring musician. My father seeing that I showed a serious interest in the instrument immediately placed me to study privately with a local professional saxophonist weekly. This intense regime of study prepared me to go on and be selected to attend the New World School of the Arts for my high school years and go on to study Studio Music and Jazz at the Frost School Of Music at the University of Miami. Straight out of the University Of Miami I was asked to audition for and subsequently selected to join "KC & The Sunshine Band" which would official start my touring career for the next 10 years, going on to tour and recording with artist such as Pitbull, Barry Manilow, Mark Anthony, J-Lo, Enrique Iglesias, Luis Enrique, Ne-Yo, Lenny Kravitz, Gente de Zona, Elvis Crespo, Victor Manuelle, and countless others. This life as a professional touring and recording musician would have never been possible if I did not learn what dedication and hard work meant.

Throughout the years of being a professional musician I always kept the idea of a career law enforcement in the back of my mind, having friends who's family members were officers themselves. After finishing several tours with Pitbull, I decided I wanted

to finally pursue a career in law enforcement, now at the age of 29. Applying the same methodology of study from my musical path, I thought it would be in my best interest to becoming familiar with firearms and seek private instruction, being that I did not come from a military or law enforcement background. Upon asking a few friends in law enforcement for recommendations I was immediately turned to the Menocal family, being told they were the best firearms instructors in South Florida.

Upon reaching out to the Menocals and then speaking with Jesse I could instantly see how committed the family and Jesse were to the betterment of those they were tasked with training. People from all walks of life would come to the Menocal family for firearms training, and no matter if they were law enforcement officers or civilians, the quality of instruction did not waver. Jesse's father began the company but at the time that I met Jesse in 2014, he was at the helm of programming training and building the company into what it has become. Jesse saw my general interest in learning and becoming more proficient as I was pursuing a career in law enforcement and took it upon himself to facilitate whatever training opportunities he could to help me. Make no mistake, aside from his full-time career as a Sergeant with the Hialeah Police Department and running a firearms training company Jesse would still find time to train himself and make sure he was overly proficient in the respective techniques he would be teaching. Countless times I recall Jesse working through the night to only get off in the morning and go straight to the range to get his training in before even going home to sleep.

From the time of meeting Jesse in 2014 I could see that he always maintained a concern for those in need of help. Jesse would regularly host free training for law enforcement officers and in the unfortunate event that an officer was seriously injured on or off duty, Jesse would immediately host a fundraising event donating all proceeds to that family, even having no prior relationship to that officer. Jesse's dedication to the betterment of others is unwavering, even during his time away from being able to teach others during this case. Because of Jesse's hard work and dedication throughout his career he has carved out a position as one of the premier firearms instructors in the country, always leading from the front. This style of leadership was contagious and would draw crowds of people to want to learn from Jesse. His selflessness was always apparent as he would help anyone in need even if it required him taking time away from his family, no matter the case.

I speak for countless others when I say that a void will be filled when Jesse is able to return to his place helping those in need, after this case is behind him. Jessie has proved himself to be an honest and selfless person time and time again, always

demonstrating professionalism and compassion for others. If it were not for the training and mentoring I received from Jesse throughout the years, I would no be where I am today. I joined the Miami-Dade Police Department with the sole purpose of making it to the Special Response Team(SRT), one of the few full-time SWAT teams in the country. Due to Jesse's on going case he was obviously not able to personally train with me leading up to the school, but he missed no opportunity to give me advice and guidance leading up to what would be a grueling 12 week selection process. During that process Jesse always made it a point to check in with me to make sure I stayed motivated and focused on the goal, no matter what time it was. Following the example set by Jesse I passed the SRT selection process and am in the process of being transferred to the team. Jesse's work ethic and mindset towards training and life is something I try to always keep at the forefront my training. Always lead from the front and help those in need.

We all look forward to Jesse returning to his community and filling the void he left during the course of his case.

Respectfully,

David Palma

Matthew Williams



April 24, 2022

To Honorable Judge Kathleen Williams,

My name is Matthew Williams and I am a police officer and instructor for the City of Miami Police Department. My greatest accomplishments however isn't about my career, it's about my family. I married my high school sweetheart that I've been with for 19 years. We have 2 beautiful children, Madison Marie (8 years old) and Matthew Lukas (1 year, 2 months).

I am writing this letter on behalf of my friend, Jesus (Jesse) Menocal.  Jesse and I met approximately 7 years ago. We were both taking a "real world tactical pistol course". He was probably the best shooter in the class and I probably looked like the worst because of my weight. I was roughly 275 pounds around this time. Jesse, as a student, paired himself with me every chance he got so he could motivate me and make sure I finished each physically demanding exercise this course threw at us that weekend. I'd like to think Jesse was so impressed with the amount of effort, determination, and heart I gave that weekend that he gave me his number to keep in touch, but it was really because he saw some of the same characteristics in me that he has in himself.

I've spent hundreds of hours with Jesse. We've taken several classes as students together. I've taken several classes that his family company has put on. He has demonstrated proficiency with his craft and displayed self confidence in everything he does. I'd say he comes across very humble with no ego. We've taken several instructor trainer courses together. He's always willing to learn. I've even taught classes for him. Most importantly, I've gone on family outings and vacations with him and spent countless hours with him, his family and his wife and children. He is a family man and adores his wife and two young children.  They are his world and he is theirs.

Jesse is an awesome instructor. He's an excellent mentor. I've seen Jesse show great patience with students where he's taken several people from never shooting a gun to experts in a short amount of time. Jesse is an exceptional listener. He's respectful, courteous, a gentleman. He was raised right by a great father with discipline and strong family values and morals. He comes from a great family. He has a beautiful wife that supports him and has the support from a very loving extended family.

One of the biggest qualities Jesse has is a huge heart. I've witnessed several selfless acts by him. Instead of making money from his family company, he'd often donate all the profits to a charity or police officer or their families after a tragic accident – most of them are people he has never met. Jesse has also offered classes for free to law enforcement, health care workers and teachers in our community.  In my opinion this shows his kindness, how caring he is, his empathy, his compassion and how thoughtful, generous, and supportive he is and his love for our community.

I not only trust Jesse with my life, but if God forbid something happened to myself or my wife, I trust him unequivocally with my children's lives. That is why my wife and I chose Jesse as the God-father to our son.  This shows the level of trust, faith and respect that I have for Jesse, the man I call my friend.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

Matthew Williams

To the Honorable Kathleen Williams,

My name is Detective Rey Hernandez, and I have been a Police Instructor at the Miami-Dade School of Justice Police Academy for over twenty (20) years. My duties as a Police Instructor at the Miami Dade School of Justice have consisted of training new police recruits and veteran police officers in the proper use of force, emphasizing defensive tactics, firearms training, and active shooter response tactics.

During my tenure as a Police Instructor, I have had the honor and privilege to work with retired Police Chief Jesse Menocal and his brother Ignacio Menocal for over twenty years (20). We taught active shooter, De-Escalation, and defensive tactics courses at the Miami Dade School of Justice Police Academy.

A few years ago, while I was teaching at one of my active shooter classes, I met the young Jesse Menocal (JR). He was approximately thirteen years old, but at this young age, I could already see that he wanted nothing more than to become a police officer like his father and uncle.

Jesse (JR) was always extremely polite and respectful and happy to be around police and SWAT officers. JR would always be quick to jump at the opportunity to volunteer and assist the instructors with whatever training we were covering.

A few years later, JR became a Hialeah Police Officer and followed his dream to become a SWAT operator shortly after becoming a police officer. I continued to train with the Menocal brothers at the police academy, and JR quickly joined our team of cadre Police Instructors.

I worked with JR on various occasions during our tactical classes. I always observed him maintain a high-level of dedication, hard work, professionalism, and respect towards students and other instructors.

A few years ago, I heard some concerning rumors regarding Jesse Junior and was extremely shocked and surprised as I never observed any unethical behavior in my presence.

Your honor, it is my humble opinion that although Jesse may have made some bad choices as a police sergeant in Hialeah leading up to his termination, I believe that his removal from his passion and lifelong dream of being a police officer has already been extremely difficult for him and his family to work through. I would respectfully ask that you provide some leniency on his sentencing as he and his family have already endured so much pain and suffering as a result of this incident and his prolonged absence will be extremely difficult on his young children.

Jesse Menocal Junior, is a good person and friend to many, a loving son to his parents and a great father to his children.

Respectfully,
Rey Hernandez



March 14th, 2022

Sent in Care Of: Ratzan & Faccidomo, LLC

2850 Tigertail Avenue, Suite 400

Miami Fl 33133

To: The Honorable Kathleen Williams, United States District Court Judge of the Southern District of Florida.

I'd like to take this opportunity to introduce myself, and explain in detail the reason I am speaking on behalf of my friend Jesse. My name is Ruben Miguel. First and foremost, I am a father of three and husband to a wonderful woman. I have had many titles and have played many roles in my life. I was a Military Police Sergeant with the US Army and deployed to Iraq. There I was tasked with teaching the Iraqi National Police how to conduct special operations. I am proud to say I served with distinction. I've also had the privilege to retire from the City of Hialeah Police Department where I served as a Patrol Sergeant. Now I dedicate myself to developing homes in the great State of Florida and taking my kids to swim practice!

I've had the true pleasure of knowing Jesse since 2007. We met in the police academy. I remember Jesse being one of the youngest guys in our group. He stood out from day one because it was obvious police work was in his blood. He stood tall and proud. I immediately took a liking to him. He and I were very competitive and my goal was to beat him in the physical fitness category award. Nevertheless, I took home the silver. We started our careers together and again he immediately excelled in our department. Very first guy to join the swat team from our vast academy class. He is honestly one of the most dedicated people I know. He is dedicated to his community and devoted to his calling. Always went above and beyond for his fellow officer, his fellow citizen or anyone in need for that matter. I will never forget that while I traversed hard times, Jesse was one of the few people who continuously called me to make sure I was ok. He did this simply because he is a good person. There is no malice in his heart.

I've seen Jesse become a man these past 15 years. From being a kid, to being married to a loving wife and having kids himself.



I'm writing because I would like to appeal to the courts and the just lawmakers on his behalf. I ask the courts to take into consideration all the good Jesse has done for those around him. The lives he's saved, the sleepless nights he's endured and all the hardships his loving family have withstood. As a father myself, I could not imagine being away from my children. I implore the courts, when you render punishment keep in mind you're also sentencing his beautiful children to growing up without a father. The Menocal's are a good family who have suffered enough.

I truly hope this letter serves its purpose and helps my friend Jesus Menocal because he deserves it. If you have any questions please feel free to call me at any time.

Sincerely

Ruben Miguel

CEO

Crusader Capital Group LLC

# *Miami-Dade County Public Schools*

### *giving our students the world*

**Superintendent of Schools**
Alberto M. Carvalho

**Miami-Dade County School Board**
Perla Tabares Hantman, Chair
Dr. Steve Gallon III, Vice Chair
Lucia Baez-Geller
Dr. Dorothy Bendross-Mindingall
Christi Fraga
Dr. Lubby Navarro
Dr. Marta Pérez
Mari Tere Rojas
Luisa Santos

From:
Manuel Arrebola

April 13, 2022

To:
Honorable Kathleen Williams,
United States District Court Judge of the Southern District of
Florida

Dear Judge Kathleen Williams,

I am respectfully writing to you on behalf of Jesus Manuel Menocal Jr. My name is Manuel Arrebola, I am a Police major with the Miami-Dade Schools Police Department. I have been a police officer in several South Florida police departments since 1986. During that time, I have also served as a Police Instructor at Miami-Dade College since 1989.

I have known Jesus Menocal Sr and his twin brother Iggy since I was 15 years old. Little did we know then that we shared the same passion for policing and police instruction. We have all served together honorably over three decades. Over the years we have had the honor of sharing our knowledge locally, nationally, and even internationally. We often joke with students and say we are triplets and not twins, keeping in mind that I am 5'5" and the Menocal brothers are well over 6 feet, it makes for quick laughs. I consider this family an extension of my family, my mother and sister are also good friends with them, and Jesse's grandparents treat me as their own.

I got to know Jesse Menocal Jr. when he was a child and saw him grow into a man. I saw him become a police officer and later a sergeant on the S.W.A.T. team. I have been there as he married his beautiful and kind wife Jescenia. Together they have two wonderful, energetic, and smart children. Mostly I interact with Jesse on a professional level. I know he makes his father proud for all his accomplishments. First and foremost, how he is as a husband and a father. For such a young man to become a loving husband and phenomenal father, I think makes his mother and father extremely proud. The fact that Jesse chose law enforcement as a career I know also gave his father a great since of pride and his mother much concern about his safety. No one can deny that Jesse was born and brought up to be a dedicated and honest servant. I have watched many instructors during my time as an instructor. Without hesitation I can attest



# Miami-Dade County *Public Schools*

*giving our students the world*

**Superintendent of Schools**
Alberto M. Carvalho

*Miami-Dade County School Board*
Perla Tabares Hantman, Chair
Dr. Steve Gallon III, Vice Chair
Lucia Baez-Geller
Dr. Dorothy Bendross-Mindingall
Christi Fraga
Dr. Lubby Navarro
Dr. Marta Pérez
Mari Tere Rojas
Luisa Santos

that Jesse Menocal Jr. is the very best instructor I have ever met. He truly studies not just how to do something, but more importantly how to explain it to someone else. I now use some of the methods I learned from this very energetic young man. He uses terms such as "get comfortable in uncomfortable positions". Those types of examples explain to a learner at the firearms range that it is necessary to get on the ground and shoot from uncomfortable positions.

It is because I know Jesse so well that I can clearly state that I know his character and his integrity and honesty. I have seen him making decisions about who passes or fails courses, including tactical classes. His integrity and honesty have always been beyond reproach, especially when no one is watching. People naturally gravitate to Jesse because of his knowledge and his ability to get along with others.

I have been following this case with the family and I know the toll it has taken, not only on Jesse Jr., but his entire family. I am aware that he has plead guilty and is extremely remorseful for everything. With that said, I know you now have the unenviable task of deciding what comes next. In my most humble opinion, I know that this young man is much more valuable within our society than anywhere else.

Manuel Arrebola
Major, Administrative Division
Miami-Dade Schools Police Department

Julio C. Acosta



To Honorable Judge Kathleen Williams,

It is an absolute pleasure and honor to write this character letter for Jesus M. Menocal Jr. through his legal representative Ratzan & Faccidome LLC.

My name is Julio C. Acosta. I have been a Law Enforcement Officer for approximately eight years. I am currently employed by a south Florida Sheriff's Office where I have worked for the past five years. I am currently assigned to an undercover investigative unit that focuses on serial Burglary & Auto Theft cases. I am also assigned to the SWAT Team with the primary responsibility of a Sniper and Entry Operator. Prior to my transfer of departments, I worked for the City of Hialeah Police Department for approximately three years where I met Jesus Menocal Jr. (Jesse). I was born in Cuba and migrated to this blessing of Country approximately eighteen years ago. Why does this matter you may ask? Well, growing up in a third-world county, I was forced to mature at an early age and through the struggles of growing up in this environment, I became a slightly good judge of character. Working in the Law Enforcement field as I am sure you know, has only solidified this skill. In my personal life, I maintain a small/scrutinized circle of friends and entrusted individuals one of which happens to be Jesus Menocal Jr. Given the current circumstances for which I write to you, I could understand why one might be skeptical of Jesse's character and decision-making capabilities. My only hope is that with this short letter I can paint a clearer picture as to Jesse's true character and the type of person he really is while setting aside the negativity brought out by this mistake.

I have known Jesse on both a personal and professional level since 2014. As previously mentioned, I met Jesse while working for the city of Hialeah where he was employed as a supervisor. Reflecting back on those days I remember how much I looked up to him not only because of his knowledge and experience on the job but the way he conducted himself. Jesse was always extremely professional and treated everyone with the utmost respect. His respect and professionalism toward everyone he encountered was a tool many of his subordinates depended on when attempting to verbally deescalate even the most aggressive criminals. I remember as if yesterday the challenges presented by a simple walk alongside Jesse through the narrow halls of the Police Department. Jesse stopped to greet every single person we encountered in the hallway no matter what rank or position they held, even the cleaning personnel. Five years later, this virtue I acquired from Jesse is a direct reflection of the success I have had in my career. When it came to his work ethic, Jesse's was unmatched. His devotion to the profession and the citizens which he served was a true example of what every police officer should aspire to be. Everything he did was done with 110% effort while always putting first the interest of the public and the officer working for him. In the workforce, Jesse was a true motivation for me and the other officers which whom I worked with. It was not until approximately a year into my career that I became a lot closer to Jesse as I chose to become a member of the City of Hialeah Police Department's Special Weapons and Tactics (SWAT) team, in which Jesse was a Squad Leader at the time. This position is not one that is easily obtained. This position must be earned and from my eight years of experience, only

those who demonstrate exemplary qualities and characteristics, are afforded the opportunity to be a SWAT Squad Leader. Throughout my time as a new member of the team, Jesse never seized the opportunity to be a mentor while always leading by example. While working with Jesse I never witnessed him involved in any misconduct or immoral behavior. It is for this reason that I am certain that the matter presented before your court was a poor judgment call on his behalf and It is without a doubt in my mind not a reflection of who he really is.

On a personal note, throughout the past eight years, I have had the pleasure of witnessing firsthand what a great job Jesse, his wife, and his amazing family have done raising his two beautiful children. Their exceptional success in school, sports, and extracurricular activities is a direct reflection of his parenting skills and good character. Jesse is extremely involved and devoted to everything his children are involved in and his love for them is at full display every time he is with them. He and his wife have done an amazing job at preparing them to be role models in their community just as Jesse and his wife are.

Finally, I know Jesse to be someone who is far more than the offenses presented before your court. I know he is not a man who underestimates his wrongs and I know he takes them more seriously than his rights. It is for this reason that I respectfully request your leniency and discretion when sentencing Jesus M. Menocal Jr. I thank you for taking the time to learn a little bit more about Jesse and I want you to know that I am available to confirm the above described via phone or email upon your request.

Sincerely,

Julio C. Acosta.



March 25, 2022

RE: Jesus Menocal

To The Honorable Kathleen Williams, United States District Court Judge of the Southern District of Florida:

I am writing in reference to Jesus Menocal, who is all appearing before you in court. I was asked to write this character reference letter by his wife, Jescenia Menocal, who is a longtime friend of mine. The truth is that I was not only asked, but I feel compelled to write on his behalf. I feel strongly about Jesus Menocal's future and his family. I want to try to make you feel the same way. My name is Jennifer Kidder and I am currently serving my country in the Air Force.

I have known Jesus Menocal to be a man of respect, good moral character, and family values. I realize this may be hard to believe, given the circumstances, but it's what I have observed in him. I have known Jesus for over two years now. I have seen him go through these difficult times with the love and support of his family. He has never changed his character or gone down a destructive path like most would in a situation like this. On the contrary, he has been the same loving father, husband, son and friend as he always has been. He never hesitates to help a person in need.

I met Jesus through his wife, Jescenia, whom I have been friends with for about thirteen years. Jescenia too comes from a loving family. I have gone to their children's birthday parties with my daughter who is two years old and my five year old niece. The Menocal family has also attended my daughter's first birthday party. This may seem like something small in the grand scheme of things, but I am single mother and any time I would attend these events, Jesus is always the one making sure the children are safe. Being a single mother, I am very vigilant when it comes to my daughter's safety and these are the things that I observe in people that I expose my daughter to. I know that he is a decent person to the core.

One example of his character that comes to mind is one day when I was invited to Jesus and Jescenia Menocal's home after their son Jaiden's birthday party. As I mentioned before, I'd attend these parties with my daughter and my niece. On this particular day, my niece, Annelise, was playing with a soccer ball with Jaiden in the backyard. We had told the children to be careful playing with the ball because their backyard faces a busy street. As the kids were playing, they kicked the ball hard enough to go over the fence and into that busy street. Our concern as parents was because of their horseplay, the ball could cause a car accident. This was clearly a teachable moment. I proceeded to speak with my niece in a stern voice, as I wanted her to understand the seriousness of her actions and the potential for a dangerous situation. I'll never forget that Jaiden turned away to allow me to discipline my niece. Jesus stopped Jaiden and said "Jaiden, you need to listen. When an adult is talking you need to show respect and she is saying something important". Jesus stepped in and handled this situation appropriately and as a caring parent. This is one example of many where I have seen him try to mold his children into good, respectful human beings. Again, these are things that I observe as a single mother, because raising a child on your own means you are solely responsible for your child's behaviors and interactions with others.

I am going on my eleventh year in the military. I am currently serving my country as a Crew Chief in the Air Force. Every day I am exposed to men and women who make sacrifices for their families and this country, people who I consider selfless and show integrity. This is how I have known Jesus Menocal to be.

Jesus has made mistakes. The specifics of what those mistakes are, I couldn't tell you. I believe we all make mistakes as humans. It is how we take responsibility for our actions and try to move past our mistakes with humility that make us who we are. These moments are what build our character. I cannot speak of Jesus' mistakes, I can only speak of the things he's done right. He has always shown me that he absolutely adores and respects his wife, my friend, Jescenia. He has shown me how much he loves his children and is making sure they have the proper guidance to excel and be kind and respectful to others in this sometimes harsh world. He is a respectable family man.

I know Jesus is incredibly remorseful and is willing to do whatever it takes to make the appropriate reparations. It will only be possible for him to do this if you give him an opportunity to get a second chance. I am not saying Jesus is above the law, as nobody is. The power you yield in this situation is one which directly affects his future and the future of his family. I have faith in your abilities and hope you will proceed fairly and with an open heart. Thank you for your time.

Very respectfully,

Jennifer Anne Kidder

March 14, 2022

Dear Honorable Judge Kathleen Williams,

My name is Anthony Hernandez, I am a Firefighter with the City and County of Denver, I have been in my current position for over 2 years. I have also worked 12 years as a Corrections Officer for both the Florida Department of Corrections and Immigrations Customs Enforcement.

I met "Jessie" Jesus Menocal JR 17 years ago at Christopher Columbus High School in history class in 2005. Throughout our time together in High School, I helped him study for difficult exams, and he helped me physically train in the gym. We grew to know each other and look out for each other throughout high school, we went out to school events and got to know each other's families. The Menocal Family took me in as one of their own, I spent a good majority of my time in both High School and College at the Menocal home. Jessie would accompany me to photoshoots while I was doing photography, I would have breakfast, lunch or dinner with his family, and we would go to the gym together on a regular basis.

After High School we began to help each other with our career tracks. I remember the day Jessie told me he was going to apply for the City of Hialeah Police Department right out of High School. Jessie never hesitated to start a career track to follow in his father's footsteps, he always had the courage to act and strive to help others. He has always been resilient and had a strong work ethic. In 2008 Jessie helped me start my career in Public Safety as a Corrections Officer for the State of Florida. He helped guide me through my career track, helped me meet the right people, take the right courses and exams to excel. Jessie has always been there to mentor and guide through life's big lessons. He never sugar coats

anything and will always tell you things the way they are, black and white. I have grown over the years to respect that trait in him because it built a lot of trust. Jessie has always been mature, safe and controlled. He started his career at an early age, bought his first house in his early 20s, and always made smart financial decision.

Throughout Jessie's career with Hialeah PD, he has always been very dedicated and driven with his career, he never took it as a joke and instead I always found him to be working on himself to further his career. Every time I would call him and ask him "how's work" he'd tell me, either he was training for SWAT, studying for the Sergeants exam, working an off duty or teaching at the academy because he wanted to mentor and train future police officers to succeed. And I can completely see Jessie's motivation in his career because it is exactly how he mentored me to be in my career, always striving for more and staying focused. Jessie also mentored me to never drink, always be able to justify your actions and, never hang out with the wrong people because you are who you hang out with, and it could cost you your career.

In my experiencing, knowing Jessie the many years I have, I have seen him at his worse and his best. Through tough loss of friends, heartbreaks, to career highs, meeting his wife and seeing him grow as a father. Jessie has a good instinct to read people and tell if they have good or mal intentions, and I am sure his instincts have helped him, and others stay safe while acting as a Police Officer protecting the public. Jessie has always been there for me when I have needed him, even now living 2000 miles away, he never brushes me off or not call me back when I show that I am in need or in trouble. I have to say after 17 years I have had many so-called friends, but non as loyal as Jessie.

I know that since Jessie was first accused of these allegations, it has taken a toll on him, and his family. He has lost many friends and people around him that he once could turn to. Jessie has always been the one to mentor others through life's lessons, and I do believe that this is Jessies life lesson. He has learned from it and has seen how over the years of dealing with this in the public eye his family has had to emotionally and psychologically endure the backlash. I think Jessie has learned a great life lesson here.

Thank you for taking the time to read my letter,

Anthony Hernandez



Honorable Kathleen Williams,

My name is Michael Arana, I am a son, a father and former police officer. I met Jesus Menocal Jr. in 2016 via his father who was one of my instructors in the police academy in 2007.

I am now in the private sector, I own and operate a successful security agency Arsec Group. In 2016, we implemented training to all of our staff and it is then, when Menocal Jr and I became acquainted.

Jesus consulted Arsec Group, wrote curriculums for training and development of our officers and was also lead instructor for many in service trainings. At this point, it was a professional relationship which I knew very little of Jesus. With time that changed.

I noticed Jesus was alway multi-tasking, taking multiple phone calls from colleagues in law enforcement seeking advice on calls for service, equipment, training, and so many other issues. Jesus was always, and I mean always helping someone, whether it was on a phone call or in person while instructing a class or going out of his way to meet up.

Jesus is both talented and passionate in what he does, he lives and breathes training in order to master his instructor skills. Many things stood out from Jesus to me. For one, he never judged anyone. In our field which is very ego driven, that was very admirable, professional and indicative of Jesus personality. Always willing to help.

Eventually, one day I heard Jesus pick up a call which seemed very urgent that he quickly put everything away, dropped what

ever he was doing and sorta tuned everything and everyone out to receive this phone call. Jesus picked up the call via speaker since he was still putting things away, and I heard a little girls voice… his daughter was on the line calling.

That's when I immediately related to Jesus. A business owner always on the go but also and more importantly, a family man. We began talking about our daughters and family and began a friendship which has lasted through out the years.

Jesus is extremely family oriented, he is a devout husband and father and a good son. Always juggling work, training, helping people get better and attending his son and daughter events , school activities and family events.

I do not take the situation that transpired with Jesus lightly, but I do see any fault or flaw as an opportunity for redemption.

I brought up Jesus passion and talent in training and work ethic because I would like to think that the reason he is so talented and passionate about his ability to instruct, is because he has helped to prepare many professionals to one day save their lives or the lives of others through his talent and passion to train, teach and help.

God works in mysterious ways and the reason God uses even the flawed and imperfect is to achieve His perfect will.

I attest to Jesus Menocal Jr's commitment to always be willing to help and be there for others and this why I write this letter to help him in return.


Sincerely,

Michael Arana



**Sweetwater City Hall**
500 SW 109th Avenue
Sweetwater, Florida, 33174

March 15, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, Florida 33133

RE: *United States of America vs. Jesus Manuel Menocal Jr.*

Dear Honorable Judge Kathleen W illiams

Allow me to introduce myself, my name is Orlando Lopez and I am currently the Mayor of the City of Sweetwater. Today, I write this humble letter in my capacity as both the Mayor of the City of Sweetwater and as a personal friend of Jesus "Jessie" Menocal, Jr. I am a native of Miami, born in Miami Beach, the son of Cuban immigrants. I have always had a passion for public service which led me to run for city commission in 2001, and eventually I was elected Mayor of Sweetwater in May of 2015 and subsequently re-elected in May of 2019. I have always focused my efforts on transparency and accountability.

I came to know Jessie Menocal Jr. when he was a very young boy through my friendship with his father, Menocal Sr. and our bond over the great outdoors. Our relationship continued over the past 25 years as I watched Menocal Jr. developed into the man he is today. W e enjoyed plenty of good times together as our families would come together on weekends, birthdays, holiday celebrations and hunting excursions. Menocal Jr. was always by his father's side and they have enjoyed a very close relationship throughout his upbringing. Menocal Jr. is surrounded by a close family of loving, nurturing and caring individuals and they instilled in him a sense of moral obligation, integrity, honesty and strong work ethic. In his teenage years, Menocal Jr. played baseball on the police athletic league team where his father coached and he was always the leader in the group and well-liked by the other team mates and parents alike. He was raised to be a leader with discipline, family values and a deep respect for religion, family and the law. Our relationship continued throughout his adulthood when he eventually joined the police force and rose to the rank of Sergeant and has also had the opportunity to work as an instructor in both the City of Hialeah as well as Miami Dade College. He is a family man with a loving wife and two beautiful young children that depend on him and love him deeply.

I hope the above helps to shed light on the person that Menocal Jr. truly is and that the court may have leniency on him. Thank you for your consideration.

Sincerely,

Mayor Orlando Lopez

April 20, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Ave, Suite 400
Miami, Florida 33133

RE: United States of America vs Jesus Manuel Menocal Jr.

Dear Honorable Judge Williams:

My name is Christine Reigadas. I am a wife, mother and grandmother, currently retired, having previously worked in South Florida at two local hospitals in an administrative role for over 30 Years.

I am writing this letter on behalf of Jesus "Jessie" Menocal, Jr. who I have known from the time he was a very young boy.

I first came to know Jessie as a young child when we were neighbors living across the street from one another. My children would often spend time at the Menocal house and play with the Menocal children, including Jessie. Jessie was a well-rounded, healthy, active child. He was likable and friendly. I never knew or heard of any issues with Jessie while he was growing up. Our families then lost touch for a while when we moved from the neighborhood, and later when Jessie was older, our paths crossed again when I began working with his mother, Elizabeth. By then, Jessie was a teenager. I witnessed him grow into a young man and celebrated his successes along with his family. Jessie attended and graduated from Christopher Columbus High School where he played football.  Jessie followed his father's footsteps into law enforcement, where it seems he was born to be. He loved his career and excelled. It was his passion. My family and I have always known Jessie to be respectful, honest, professional and dedicated. He is a family man and adores his children and wife. Fortunately, he also has the love and support of a strong, united family.  These events have been devastating to Jessie, as well as his family, and I understand he is ready to put this ordeal behind him and move forward to continue to be an honest, hardworking and valuable citizen in our community. I hope this letter shares a glimpse of Jessie that you were unaware of and that you see fit to grant mercy.

Sincerely,

Christine Reigadas

March 10, 2022

The Honorable Kathleen Williams

United States District Court Judge

of the Southern District of Florida

C/O Ratzan & Faccidomo, LLC

2850 Tigertail Avenue, Suite 400

Miami, Florida 33133

Dear Honorable Kathleen Williams,

My name is Frank Mendieta. I have been a law enforcement officer in the State of Florida for twenty years. I had the pleasure of meeting Jesse Menocal in 2007. He was a rookie officer assigned to my squad in the City of Hialeah Police Department. As the senior officer of that squad, I took great pride in mentoring the rookie officers. I instantly took notice of Jesse's work ethic and desire to learn. He was confident but not cocky. He was humble and respectful. Attributes that in my opinion of him, never changed. As most rookie officers, Jesse wanted to arrest bad guys and help crime victims. He did both very well. Most times as cops we get so caught up in catching the bad guy, we forget to take the time to show empathy to the crime victims. Jesse took the time to do both. He showed the same care and concern when dealing with citizens in a state of mental crisis. He always showed a genuine concern for citizen's situation on whatever call for service we were on. As Jesse's career progressed so did his ability to effectively talk to people, and he showed an interest in mentoring teenagers whom had committed crimes and were in bad home life situations. He took the time to encourage those kids to be better and do better. To not allow their situations at home to be a crutch and an excuse to fail at life. For Jesse it wasn't just about arresting the offender. He wanted them to improve their view on life and for them not make the same mistakes again. Jesse was able to avoid a pitfall that most cops go through. We tend to become cynical after seeing humanity at its worst. He was always happy to be at work and his enthusiasm was contagious. This became even more evident and valued when he was promoted to the rank of sergeant. I had the proud pleasure of having Jesse be my supervising sergeant during my last year at the Hialeah Police Department. Not much had changed in his character from his rookie year. He was still working and motivating others to do their best to serve and protect the citizens of Hialeah. Some times when a young officer gets promoted they become badge heavy. That was not the case with Jesse. Far from it actually. As most of us do, he showed signs of maturity and lead by example. He never asked his officers to do anything he wouldn't do. He encouraged them to ask questions and ask for help when they needed it. Working midnight shift, Jesse and I had plenty of time to talk. We talked mostly about life and family. He was always radiant in talking about his wife and kids. We would share "what my son/daughter did today stories." Jesse has always demonstrated to me that he is a good family man and father. For that I have great deal of respect for him. A respect that did not change for me when he

accepted his plea deal. I have kept in touch with Jesse throughout this case. Mostly through text. I felt it was important for me to do so because of the respect and love I have for him as a person. A respect and love that was formed throughout fifteen years as a co-worker and friend. Through the character that he has demonstrated to me. For being there for the citizens he protected. Being there for his co-workers through the difficulties and challenges of police work. For being a leader both as an officer and a sergeant. For being a decent person and human being. A caring and loving husband and father. For showing humility and remorse during this time. From the time of his arrest through his plea acceptance and even still now. I know that he has grown and learned from this experience. Sometimes going through tough times in life we come out better off than before. I honestly feel this has been the case for Jesse. I want to thank you for taking the time to read this letter and for your consideration to what I have written. Please feel free to contact me via phone or email if you need any further input from me.

Blessings,

Frank Mendieta

# CATHERINE DOMINGUEZ-BALI, PhD, MSN, BSN, RN

April 17, 2022

The Honorable Kathleen Williams
United States District Court Judge of Southern District of Florida

Your Honor:

It is with a sincere burden that I humbly request your consideration in the case of Mr. Jesse Menocal, Jr. May it be know that any judgment in this case is accepted and your application, consideration and time is venerated by myself and my family.

Through the 14 years, Jesse Menocal, Jr. has been known to us through several circles of community service-oriented work projects and has excelled, without exception, in every endeavor. I have been a nurse since 1988 and wholeheartedly serve in the community in measures of assisting with delivering babies, teaching as an Associate Professor at Florida International University's Herbert Wertheim School of Medicine in the international medical students' sector, owning and operating our medical clinics and being part of an amazing family with incredible friends.

Surprisingly, when the Menocal's were having their first child, I was the nurse. They were both known to me through projects with the SWAT team members in coordination with Baptist Health of South Florida and had been to my home for sit down meeting dinners and had become intimate family friends. The day I was blessed to serve them as they expanded their family unit, we were able to rejoice and shed tears of joy! When adversity struck, the bond grew and through the severe struggles, he has maintained his family values, composure and fortitude, continuing more than ever to advance his personal growth.

Who would you call on when in need of a friend, a trainer with skills sets for survival, a lecturer for groups on first line defense or even carry a family casket and be present for support? Jesse is a dedicated, sincere confidant to so many and his service surpassed that of police work. He opened his talents and gave of himself for the good of humanity to all of his Units. Now, finding himself in the most difficult of situations, we, with eyes wide open, have his back and believe in him. Experiences and our reactions to them alter our evolution and simultaneously create a rippling effect characterizing our existence. As President Franklin Roosevelt stated, "We have always held to the hope, the belief, the conviction that there is a better life, a better world beyond the horizon." In every situation, the navigational tactics serve to enhance and promote or to destroy. Choice is the factor and key in the determination of positive outcomes even through the most devastating times.

Witnessing Jesse firsthand during these years of strife, there is no doubt of his growth, perseverance and choices for creating a better horizon for himself, his family and our community. Realizing the possible outcomes, we bow to plead the lightest sentence possible be given in efforts to return him to a functional status where others can learn and progress through his trainings, teachings and experiences.

With sincere gratitude for your time and consideration,

Catherine Dominguez-Bali, PHD, MSN, BSN, RN



**Jose C. Prado**

April 18, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, Florida 33133

**RE: United States of America vs Jesus Manuel Menocal Jr.**

Dear Honorable Judge Kathleen Williams:

I would like to share with you a little about who I am and why I am writing this letter of support for my friend, Jesus (Jessie) Menocal, Jr. I am a self-made entrepreneur and owner of a successful business - Miami Power Wheels, a family-owned auto accessory store delivering top-quality service and products to residents in Florida and beyond since 2006. I am also a married family man and father to a beautiful little girl.

I have known Jessie since high school days. We both had an affinity for cars and working out was another hobby we both shared. As we grew up, I participated with him in trips to the keys, working out and plenty of family get-togethers, birthdays and holidays. Jessie has been like a brother to me and what has impressed me and I admire most about him and the impact he has had in my life is witnessing the close bond and relationship he shares with his family, his parents, his brother and sister, and elderly grandparents. Family means the world to Jessie and I was fortunate to be included in that circle while growing up. He would do anything for his family. They were and are always his first priority. As we grew into men, both of us eventually married and had our own families and I see these same qualities of love, care and loyalty to his wife and children that I saw when he was in his teens. He is an involved and present parent and his children are his pride and joy. I worry especially about the impact this event will have on his young children.

Jessie also is a person with big dreams and ambitions. He doesn't sit back and become complacent. He doesn't let others tell him he can't succeed. He always tries to better himself and others around him. Always learning and evolving. This led him to pursue his dream of becoming a law enforcement officer, like his father and many in his family and he achieved this right out of high school, then earning his spot on the SWAT team and later becoming a sergeant and mentoring other officers. Jessie was also instrumental in the family training business, building upon the reputation and legacy of the Menocal family and solidifying the business as one of the top training companies in South Florida.

The Jessie Menocal that I know is a man of honor, high moral standards, family values and strong work ethic. I know that these events have taken their toll on him and his family physically, mentally, emotionally and financially. But Jessie is a good man and has been serving a silent sentence for over two years. Judge, I hope that you will take this into account at sentencing and see my friend for the man he truly is. So many in our community from random strangers to close friends and family members have benefited in a positive way from knowing Jessie and  been witness to his many positive actions, qualities, care and his compassion.

Sincerely,

Jose C. Prado

Elizabeth Betancourt



March 27ᵗʰ, 2022

RE: Jesus "Jesse" Menocal Jr.

To The Honorable Kathleen Williams, United States District Court Judge of the Southern District of Florida,

The purpose of this letter is to provide character reference for Mr. Jesus Menocal. I have known Mr. Menocal and his family since 2014. I had the pleasure of working with his wife, Jescenia Menocal at Sean Simon MD Plastic Surgery Center where we both worked as Patient Coordinators. We became great friends both at work, and outside of work. I have never missed a birthday or a family event since then. We have grown to being more than friends, we are family.

Jesus has always been a loving husband and father. His love for his family is something most people long for. Being present is one of his top priorities, and since I've known him, He makes it a point to be there with his wife and children for all of their events. From sporting events, to school events, to family time, he always takes the time to make sure he is there.

Both Jesus and his wife have confided in me about all that has been going on with this matter. I see it has taken a toll on both him and his family. Regardless of the challenges he must face, I have confidence that will get through these difficult times, and will develop skills to make better decisions and learn from past mistakes.

I hope you will consider the testimony in this letter before the court.

Sincerely,

Elizabeth Betancourt

03/11/2022

Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida

In care of: Ratzan & Faccidomo,LLC
2850 Tigertail Avenue
Suite 400
Miami, Florida 33133

My name is Rolando Perez Jr. I am a retired Captain with the City of Sweetwater Florida. I reside at 14532 SW 10 Street Miami, Fl 33184. I am a colleague of Jessie Sr. and a friend. I have resided in Miami-Dade, Florida all my life and I am 51 years old.

As I sit to write this letter I can see the faces of Jesse Sr., Elizabeth, Iggie, Manny, grandparents, aunts, uncles, sisters, brothers and many cousins and imagine how they are feeling inside. Don't misunderstand they are a strong, and proud family, but none the less loving and caring. I remember going to Jesse Sr.'s home on many occasions and watching his family interact among themselves and with guests, always with warmth and a smile. One can never feel unwelcomed at the Menocal home they always made you feel like family. I always felt like I was part of that family. I have known this family for more than 25 years. I have seen firsthand this family raise the children and watch them turn into the men and woman they are today.

Not once have I ever witnessed anyone of them mistreat anyone always with courtesy and kindness like gentle giants. Jesse Jr. is a perfect example of this. A kind and loving person. His character is strong and disciplined maintaining those values constant in every interaction. These are learned behaviors witnessed by us all as children and our examples are always our parents. These teachings are unbreakable like steel…and I see it in the children of Jesse and Elizabeth.

Jesse Jr. does not come from a broken home, was not raised in the streets of Miami-Dade he has a loving family that goes beyond a father and mother. His parents encouraged him to pursue an education, play sports, hunt, fish and ride ATV's and as expected always performed well, but deep down inside he always wanted to be in law enforcement and followed in the steps of his father's profession.

Jesse Jr. Has always been a good person of good moral character that is without question. He is a professional. I can tell you he loves police work and in regards is considered a leader and professional by his colleagues.

Unfortunately, the profession has lost a public servant but not a hero. Society will continue to be strong by his presence and contribution I have no doubt regardless of the plea this has been a learning experience for everyone involved and those following the outcome has also strengthen them.

I have no doubt Jesse will continue his journey in life and make choices that are expected as a citizen continue to be a teacher and mentor, be a good son, husband and father. He has the moral conviction to continue being a positive member of the community. Thus, being that hero.

Thank you for your attention and always remember

Rolando Perez Jr.



April 6th, 2022

Sent in Care Of:
Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami FL 33133

To: The Honorable Kathleen Williams, United States District Court Judge of the Southern District of Florida

I'd like to take this opportunity to introduce myself and explain the reason I am speaking on behalf of my friend Jesus "Jessie" Menocal. My name is Raul Rodriguez. I am a husband and father of 5. I have several companies ranging from transportation to real-estate developer and have been fortunate enough to excel in both business ventures. More importantly, I have a foundation which helps over 300 children in Miami-Dade County and feeds over three thousand people every year. I also produce an annual trip to Disney where I take 16 terminally ill children to Disney for the first time. Jessie has always helped organize and prep for all my events out of his own free time and never asking for anything.

I've had the true pleasure of knowing Jessie since 2005. His family and my family have known each other for over 25 years. He is honestly one of the most dedicated people I know - committed to his family and career. Every time I see Jessie at his son's soccer games, he's always the most involved father doing everything possible to cheer his son on and encourage him to do better. By far, he does more than I do. It is funny sometimes to see him (the big man that he is) at his daughter's dance recitals helping his daughter with her hair and outfits. He literally goes out of his way to make sure his children are well prepared, educated, but more importantly loved; always going beyond what he needs to do to make sure everything is done correctly. He is dedicated to his community and devoted to his calling; always willing to help everyone and encourage them to be better. I still remember the time that he was willing to help my son when he found out that he was being bullied. Jessie sat him down to talk to him and help him get over the issue. For that I will always be eternally grateful.

I'm writing because I would like to appeal to the courts and the just lawmakers on his behalf. I ask the courts to take into consideration all the good Jessie has done for those around him and our community; The lives he's saved, the sleepless nights he's endured and all the hardships his loving family have withstood. As a father myself, I could not imagine being away from my children. I implore the courts, when you render punishment keep in mind, you're also sentencing his beautiful children to growing up without a father. The Menocal's are a good family who have suffered enough.

I truly hope this letter serves its purpose and helps my friend Jesus "Jessie" Menocal because he deserves it. If you have any questions, please feel free to call me at any time.

Sincerely,

Raul F. Rodriguez
Managing Member, Luar, LLC

*Jescenia Menocal*



April 11, 2022

The Honorable Kathleen Williams
United States District Court Judge of the
Southern District of Florida

c/o Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

*Re: United States of America vs. Jesus Menocal Jr.*

Dear Honorable Judge Kathleen Williams,

I would like to take this opportunity to introduce myself. My name is Jescenia Menocal, I'm currently a treatment coordinator at John P Gallardo DDS PA and a realtor. Most importantly, I am the mother of two beautiful young children, Jaiden (8) and Jiannelli (4) and I am also a loving wife to the defendant, Jesus M Menocal Jr., more commonly known as Jessie.

I met Jessie on May 24, 2012 on a cruise where I was struck with love at first sight. Sounds cliché I know, but it is true. We had mutual friends but actually had never met before. We were inseparable from the moment that we met. My husband, Jessie, being the incredibly charismatic, attractive 6' 3" man that he is, had many admirers, but not for a moment did he make me feel like there was anyone else. He treated me with care and respect. Once the cruise was over, we exchanged numbers and began dating. After a few days of dating, he told me he was going to introduce me to his parents and I said to him don't you think it's too soon and he said no I would rather know if my parents approve of you now so we don't waste our time if they do not approve of you. Although I was nervous, I appreciated how he valued his family's opinion. Jessie and I both come from stable, loving homes with parents who are still married till this day (both over 35 years) so I know we had the same goals when it came to family.

Thankfully, I made the cut. My father-in-law, Jesus M. Menocal Sr., aka "Big Jessie", is such an incredible person. He will give his shirt off his back for anyone. He is welcoming and considers my parents his family too. My mother-in-law, Elizabeth Menocal, is the most beautiful person anyone can ever have the honor of meeting. She doesn't have a bad bone in her body; she lives for her family and loved ones; she's the brains, the heart and the backbone of the family.

After only months of dating, Jessie would talk to me about marriage and kids and I was not alarmed because I knew he was the one. In his upbringing, he was instilled with only the best morals and beliefs. Knowing this, I knew he would make a wonderful husband and even better father. Fast forward to now -

we are married almost 9 years with two beautiful children. Our marriage has been wonderful, filled with laughter and lots of love. Jessie has always been the one to excel in everything he does and he always pushes me to better myself and to grow. I know marriages have ups and downs, but honestly, our only down has been this situation which, in fact, has made our relationship stronger and better than ever. We honestly do not argue or have any marital conflicts. Although my parents have been married for 40 years, they argued constantly when I was growing up. It was tormenting to say the least. I appreciate my husband for being the level headed man that he is and always treating me with kindness and respect. As a father, he is exceptionally loving, caring and involved in everything with the children, especially school and sports. Jaiden looks up to his dad - He is his hero. Jiannelli, the princess, is smitten by her daddy who she has wrapped around her little finger. The kids definitely favor daddy over mom and I can relate and love that being a daddy's girl myself. That's what hurts the most in this whole situation - - having my kids suffer without their father in their life and by their side.

Since my husband's indictment, it has been a roller coaster of emotions. Stress, embarrassment, fear and, surprisingly, a lot of happiness and love. I thank my husband for always keeping a smile on his face. I thank him for continuing to show our kids that we need to help others whether that is by giving advice, stopping to jump someone's car or stopping to buy food for the homeless. I thank him for showing up to every event our kids have had, even the day after his name and face had been blasted on the news and internet. I thank him for continuing to be the rock of the house even with all the weight he has on his shoulders.

After my husband's guilty plea, I remain extremely proud of the man that I chose as my husband and as the father of my children. Given this situation has not changed my mind one bit. I know the man Jessie Menocal is and I know he makes decisions with his family in mind that is why I did not question his guilty plea for one second. At the end of the day, the truth will only be truly and 100% known by my husband, the alleged victims, and God who sees all.

Your Honor, with all this being said, I beg that you have mercy and that you bring my husband back to us as soon as possible. I believe he has paid his dues during these past years with the numerous threats to him and our family, the constant slander by the media, others on social media platforms and with the 2 plus years of probation. So again, as his wife and the mother of his children, I beg you to have some compassion for my husband and our family.

Thank you for your consideration.

Jestenia Menocal

April 12, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Ave, Suite 400
Miami, Florida 33133

### RE: United States of America vs Jesus Manuel Menocal Jr.

Dear Honorable Judge Williams,

My name is Johany Acebal and I am employed as the Director of Security for over 27 years and also am a reserve/auxiliary police officer. I have had the good fortune to know Jesus (Jessie) Menocal, Jr. for more than 15 years, seeing him grow from an adolescent to a man.

I took up a friendship with Jessie Jr. and his father, Jessie Sr. having the same ambitions and career goals – to be in the law enforcement field.  We immediately became friends as we bonded over our commonalities. My friendship includes other members of Jessie Menocal's family as well, including his brother, sister and mother.  I have spent many hours with the family and can attest to the upbringing and family values they embody.

From my observations, Jessie has always served the community responsibly, with pride and a sense of accountability. He excelled in his youth and into his career, always striving to be better and to share his knowledge with others. Jessie is a strong, talented instructor and has served as a mentor to other officers that he worked with.  He is intelligent, and very knowledgeable in his field, well–respected by many. As a student, I had the pleasure to learn from the Menocal family during courses that I attended, many of which Jessie Jr. led. He often would sponsor training courses at no cost to the law enforcement community, knowing that training and the transfer of knowledge could very well save their life.

I remain supportive of the Jessie Menocal and stand in support of his character and past accomplishments. Thank you for taking the time to consider this letter in your deliberations. If you have any questions, feel free to contact me at: 305-761-6257.

Sincerely,

Johany Acebal

4/12/2022

To the Honorable Kathleen Williams, United States District Court Judge of the Southern District of Florida,

My name is Javil Byron. I have known Jesus (Jesse) Menocal Jr. for about seven years now. Explaining our first encounter would give you some background knowledge of my experience with him. I was recommended to Jesse through a mutual friend about some training I needed. I got to the training site, and his attitude was as if I was training him, from the offering of water to a polite demeanor and actually caring about my progress. I was shocked because people usually are not that way. My experience with Jesse has never changed. I have personally witnessed times that the average person would indulge in the opportunity to get upset because they are correct or have the upper hand. Jesse just takes it. "I have kids," he tells me. His children are his life. Regardless of his feelings, the strength he outwardly portrays is all for his family.

Most people only glance at Jesse and see a six-foot-plus, muscular giant. I chose the word glance for a reason. Don't glance; actually look at Jesse. You would find a loving, passionate, tender, caring, and uxorious man.

It has been a pleasure knowing him as he is easily one of the most dedicated family men I've ever met. I initially sought him out for help, and now he continues to be a good measure of what a strong father looks like. I don't know if these letters mean much, but for whoever is reading this letter, do it for yourself. Don't just glance at Jesus Menocal Jr; actually take a look. You will love what you see.

I have had the pleasure of getting to know Jesse over the last seven years on both a colleague and personal level. I have seen him in social circles, amongst his family, and one-on-one. Jesse is easily one of the most dedicated family men I have ever met. His devotion to his wife and his children is unmatched. He has very strong ties to his community and even stronger ties to his family. He is someone who goes the extra mile, who is always the hardest working in the room, and someone very quick to help anyone in need. Jesse is a humble and kind man, and I am grateful to have met him seven years ago.

I kept in contact with Jesse over the entirety of the seven years I have known him, and he has shown grace and humility through this entire process. Jesse is a man of God and an integral part of his family, including his wife, his seven-year-old son, and his four-year-old daughter. If you have any questions, you can reach out to me at (305)929-3847

Regards,

Javil Byron

Dr. Joaquin E Fernandez



March 10, 2022

Character Reference for defendant: Jesus "Jessie" Menocal Jr.

To: The Honorable Judge Kathleen Williams,

Hello, I'd like to take this opportunity to introduce myself. My name is Dr. Joaquin E. Fernandez, and I direct this letter to you to attest to Jesus "Jesse" Menocal Jr. good moral character. I'm a Physician with many years of practice in both medical and psychiatric area. Through my years of practice, I have seen numerous cases of good-hearted people exhibiting bad judgements due to pressure from work and home environments. Therefore, I hope that my testament about Jesus "Jesse" Menocal Jr. is taken into consideration about his moral character.

I met Jesus "Jesse" Menocal Jr. because of the close relationship I've had with his father, Jesus Menocal Sr. for the last 25 years. I consider Jessie Jr. family, because I have always been present during his development years as a young adolescent and in his adulthood. I have witnessed him growing as a smart, talented, and responsible person. He has always had a high degree of integrity, kindness, responsibility, and ambition in his professional life. During his tenure as a Police Officer, Jesse Jr. rapidly escalated to sergeant and a member of the Hialeah SWAT team due to his aforementioned qualities.

He was respected by not only his colleagues, but also by the community he served. I believe these outstanding moral qualities should serve as a basis for the Court to take under consideration when applying his sentence. Jesse Jr is remorseful of his missteps and has accepted his culpability. I believe "Jesse" Menocal Jr is an honorable man and of great value to our community.

I hope the Court will take my testimony under consideration when applying his sentence

Thank you very much for taking the time to consider my plea.

Respectfully,

Dr. Joaquin E. Fernandez

Rafael Fernandez M.D.



March 10th, 2022

Character Reference for defendant Jesus "Jesse" Menocal Jr.

To: The Honorable Judge Kathleen Williams,

My name is Dr. Rafael Fernandez, I am writing this letter of good moral character for defendant Jesus "Jesse" Menocal Jr, in the capacity of a mental health provider and family/personal friend. I have known Jessie Jr. since he was an adolescent. His father Jesus Menocal Sr. and I have been friends for the past 24 years. Although biologically we have NO connection, the Menocal's are my family, Jesse Jr is the nephew I never had.

As a physician I have witnessed many law enforcement officers firsthand decompensate due to the stressful nature of their occupations, law enforcement officers need better access to mental health services to improve their health and help alleviate the anxiety that is a byproduct of their jobs. The ugly truth for our men and women in blue is that their mental deterioration is dismissed as an unalarming by product of their job.

Jesse Jr has the utmost respect for authority and those around him. He is well liked by his peers and the colleagues, and we were all perplexed with the charges against him. He is a very smart and compassionate family man with great values that is respected by all his colleagues and friends. I believe this is a testament to his intellect, in that he has grasped the skill of mixing with all types of people. Something that will greatly benefit him as he enters this chapter of his life, and something which makes this case all the more inexplicable.

In addition to our friendship, he is an exception husband, father, son, brother, and friend extremely caring, compassionate, empathetic, humane and dedicate to his family. It is my opinion his family and friends will miss him so very much.  While I was surprised to hear of his misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person.  In short, Jesse Jr expressed deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Jesse Jr to be an honorable individual, a value member of my community, and a good man.

Thanking you,

Rafael Fernandez M.D.

Antonio Luis



March 10, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida

In Care of:
Ratzan & Faccidomo, LLC
2850 Tigertail Avenue Suite 400
Miami, FL 33133

Honorable Judge Williams,

I am currently assigned to the Hialeah Police Department patrol division. I hold the rank of lieutenant and am assigned a patrol shift commander. I have been with the Hialeah Police Department for almost 24 years. I am also a former Marine serving 8 years total from 1998 till 2003. I have a bachelor's degree in public administration, and a master's degree in business administration from Florida International University. I owned a real estate appraisal business from 2002-2008. I am a certified flight instructor (Single engine airplane) and currently own an aviation instruction related company.

I have known Jesus (Jesse) Menocal for over 15 years, and his father for over 20 years. In that time, I got to know Jesse very well. We all make mistakes in life, and he has had to and will continue to pay for those mistakes. I know Jesse as a kindhearted and hardworking man. On a personal level he was always willing to help me throughout my career. In 2016 when I was preparing to try out for the SWAT team, Jesse coached and encouraged me. He did it on his own time and out of passion for the job. That's the side of Jesse I knew and will always appreciate.

I will probably personally get some negative judgements for writing in my support of Jesse. The negative attention of this case has been significant at the police department. I felt that he only the negative has been emphasized. My interactions with Jesse were always positive. He has decided to plea guilty and will have to pay for his crimes. As a career law enforcement officer, I can appreciate that, however, I must also take into consideration that every chance he had to help me, he did. I sincerely hope, Jesse can pay his debt to society, and then be allowed to mend, and show what I know him to be.

If any further questions, please do not hesitate to contact me.

Antonio Luis

March 10, 2022

The Honorable Kathleen Williams,

United States District Court Judge of the Southern District of Florida.

c/o Ratzan & Faccidomo, LLC

2850 Tigertail Ave, Suite 400

Miami, FL 33133

My name is Jhonathan Portillo, I am a retired Correctional Officer for the State of Florida and currently hold the position of Loss Prevention Leader for Dicks Sporting Goods.

I have been in the position for two years and have a combined 10 years of Loss Prevention experience. I have won many awards in my field, have been recognized countless times for my work ethic and tenacity and am currently top 3 in the company for most arrests made.

I have had the privilege and honor to know Jesus "Jessie" Menocal Jr. not only as my friend but as my brother for over 25 years. Jessie and his family took me in as one of their own and always treated me as family till this day. I was with his family every day, I ate with them and traveled with them and always felt like I was home.

I watched Jessie grow into the Honorable man he is today. I can tell you with all sincerity that Jessie is one if not the hardest workers in the room. Something he learned from his father, something that was always taught to us at a young age. To always be hard working, sincere and to always stand out.

Jessie has always strived for excellence, his accomplishments as an officer show what type of person he is. Jessie was awarded officer of the year amongst other accolades. He worked his way up and was also part of S.W.A.T. He was a protector of the community.

Jessie is all about his family, his career and he truly loves what he does. He put tons of time to perfect his craft. He worked full time and off duties, he ran his company and still made time for his wife and kids. Never missing a soccer game or a dance.

1

I have seen the amount of stress , hurt and remorse that he has gone through. The pain and sadness his family has endured but also the strength to keep going forward and keeping his head up despite the obstacles. He's taught me that no matter what happens he will always keep going forward.

I remember growing up , all Jessie would talk about was being a cop. Catching the "Bad people". Helping the ones in need and truly making a difference. He knew what he was destined to do while others still hadn't figured it out. He was always Honest no matter what, always determined and has always been well liked by everyone that knows him. He is a true role model.

We have remained close friends throughout the years despite the busy work schedules and ups and downs of life. Jessie is my family, my Brother and I am and will always be proud of him.

He has always been there for me during my toughest times, and I know this one of his. I strongly believe that he is remorseful and embarrassed over all of this.

I hope you can truly see the man he is and how much he means to us all! He is a Brother, a Son, a Husband and Father. He's a true friend.

Thank you for your time.

Jhonathan Portillo

**Julian Galeote**



Honorable Kathleen Williams

United States District Court Of Florida

March 10, 2022

Re: Jesus (Jessie) Menocal Jr. – Character Letter

Dear Honorable Judge Williams:

I would like to thank you for your valuable time in reading my character letter about Jesse Jr. I hold a Department of Homeland Security Clearance until March 2025, I Held a Class I and II K-9 Narcotics license from the D.E.A. further I am an N.R.A. Civilian and L.E.O . Instructor, I am certified by D.H.S and F.E.M.A. as an improvised explosive device technician and a U.S. Army Veteran.

I met the Menocal Family approximately fifteen years ago, I have no family other than my children that are scattered around the world serving the United States Navy. Having said this, the Menocals are my family, and Jesse Jr. is like a nephew. Since I have been around Jesse Jr, I found him to be a gentle giant, a kind soul that would go out of his way to help others including me. In my D.H.S. role in later years, we had to qualify with our service pistol every three months, I always was a borderline average shooter until Jesse Jr. took me under his wing and began to coach me in the use of my service pistol. He did this on his time and out of the goodness of his heart. After Jesse Jr., finished training me I was able to always qualify top in my group and attain the N.R.A. certifications.

On trips we took together, I witnessed the loving Father ( his Children Jayden and Jiannelli are crazy in love with their dad), I saw the loving Husband, Uncle, Brother, Son, and caring true friend he was to me. During classes that he and his family provided, Jesse Jr., was always eager to help those struggling, I never heard him utter a negative comment, on the contrary, he always had positive caring words of encouragement to strangers and his peers.

**Julian Galeote**



His work ethic has always been exemplary, after working a long shift at his job, he would take the time to help his father Jesus (Jesse) Menocal Sr. Showing me his love for his father's welfare. His love for his Mother, Father, and the rest of the family was unwavering. I have a great amount of love and respect for Jesse Jr. because I have witnessed the random acts of kindness that we lack in our society through his work. His job as mine dealt with mostly the worst situations at times. He is a loyal kind soul a good sport that could make jokes and take my jokes directed at him with grace and laughter.

It is my hope that you take this humbly written letter as a small insight into whom Jesse Jr. is to many who know and love him. I've only witnessed him paying it forward with love and compassion towards others.

In closing, I thank you once more for your time.

Respectfully,

Julian Galeote

Federal D.H.S. Contractor

N.R.A. Instructor, F.E.M.A.

Trained I.E.D. Detection / Narcotics K-9 Trainer and Handler.

To the Honorable Kathleen Williams, United States District Court Judge of the Southern District of Florida,

My name is Laureano Garcia. I'm a devoted Christian who currently attends Potential Church located at 12401 Striling Rd, Cooper City, Fl 33330. I've been involved in a harmonious relationship with my wife Jessica Garcia since June 9th 2000. On November 2nd 2007 we got married and are currently the parents of Mia who is ten years old and Logan who is eight years old. My wife Jessica currently works at Potential Church as a teacher.

On September 24th 2004, I was hired with the Hialeah Police Department at the young age of 21. Currently I'm 39 years old and have been employed with the Miami-Dade Police Department since July 2nd 2018. During this journey I had the honor of being introduced to Jesus and Ignacio Menocal, the father and uncle of "Jesse" who were instructors at the Miami-Dade College Institute of Basic Law Enforcement. During this time, I immediately noticed that the Menocals teaching, ethics, integrity and leadership traits were on par with that of my parents who came from Cuba in the early 1960's.

In early 2007, I had the pleasure of meeting an eighteen year old, Jesus "Jesse" Menocal Jr. During this time and moving forward I had honor of working with "Jesse". I personally observed him operate in different facets and assignments while employed with the City of Hialeah Police Department. I was able to see him achieve different goals, such as becoming a member of the Hialeah Police SWAT team, join the high liability Crime Suppression Team, become a training instructor and rise through the ranks to become a Sergeant. Through his progression "Jesse" always remained humble, level headed, displayed the highest principles requested by the Hialeah Police Department and from the Hialeah community itself. I also observed "Jesse" become a highly decorated, and self-motivated officer who despite signing up for a thankless career always found a way to take a holiday for someone who had a family without questions asked and always displayed a "can do" attitude regardless the task requested.

In addition, during this time I personally created friendship with "Jesse" and his family which I currently keep. Throughout these years, dating back from 2007 to the current date "Jesse" has always displayed a good moral character, a great temperament even when proven wrong, and a kind heart to others especially in need of help. Furthermore, "Jesse" has proven to be a faithful husband, a hands-on father, and an exemplary son and brother. Many times, I attended personal gatherings such as birthday, anniversary, and holiday parties, along with my family only to witness a wholesome family-oriented atmosphere. Often while in the company of "Jesse" I personally witness random, and unprovoked acts of kindness by "Jesse" to strangers in need of help. Giving words of encouragement to people in distress, subsequently calming them down, giving monies to those less fortunate to buying coffee to the blue-collar citizens before a vigorous day of work are just a few of the common practices I observed "Jesse" do.

In the recent months leading up to today's date, Saturday, March 12th 2022, I have spoken to "Jesse" who openly states there is room for improvement. Furthermore, "Jesse's" humility

throughout this process is an example to others including myself and my family. I strongly believe that because of "Jesse's" faith in God, family, unbreakable friendships and character he still at the ripe age of 34 is an asset to his wife, seven-year-old son, four-year-old daughter, family, friends and community as a whole.

If given the opportunity, I am willing to personally speak on behalf of "Jesse" and his family. In conclusion, if any questions were to arise you can also reach me at ███████████

Respectfully,

Laureano Garcia

Date:    March 9th, 2022

Subject:    Character reference letter

To whom it may concern

I, Hai P. Vo am writing this letter to you to provide a character reference for Mr. Jessie Menocal who I have known since 2007. I have known Mr. Menocal as a colleague and as a friend. I provide this reference in full knowledge of Mr. Menocal charges.

I have always been impressed by how dedicated Mr. Menocal was to his family and his career. He was always willing to help out others while at work. I have always seen him as a person of good moral character. Even given the circumstances, I am convinced that Mr. Menocal is a decent person to the core. From the time that I have spent with Mr. Menocal, I can tell you that he is an excellent father to his children and a very loving husband to his wife.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Mr. Jessie Menocal to be an honorable individual, a valuable member of the community and a good human being.

Sincerely,

Hai P. Vo

Sent in care of:                                                 March 20, 2022
Ratzan & Faccidomo, LLC
2850 Tigertail Avenue
Suite 400
Miami, Fl. 33133

The Honorable Kathleen Williams
United States Court Judge of the Southern District of Florida

Thank you for taking the time to read my letter. I am writing on behalf of Jesus Menocal.

I met Jesus Menocal on the gun range as an instructor. His broad experience with firearms and extraordinary teaching capabilities make him a much sought after arms instructor. During the courses I took with Jesse as an instructor, and by my observations, Jesse is very adept at teaching diverse groups of students with varying skills levels. His encouragement of learning sets high expectations for his students and the support and patience he provides them gives each student the self-confidence to achieve these expectations. Jesse has the ability to connect and communicate using a student-centered approach that fosters individual growth and he does it in a manner that does not compromise safety.

Jesse has a dedicated and pervasive work ethic that directly correlates to his high impact instructor habits. When discussing tactical weaponry with him, I am awed at his level of expertise and the skills he exhibits when teaching. His techniques are smooth and effortless and he makes the class feel like they will be at his level upon completion of the course. Jesse is generous sharing his experience and skill with his classes. Word of mouth of his profound ability as an instructor also demonstrates the acceptance his students have towards him. The evidence of this is the growth of each of his classes turning into bigger classes with more various and diverse students filling those slots and appreciating being wait listed if necessary because the classes are at capacity.

I have known the Menocal family for many years. They are a close-knit family, involved in family life while simultaneously providing for the community. They have given much to our community and have dedicated their livelihoods to protect and serve those who cannot do so for themselves. Jesse is a dedicated father to two young minor children who are the loves of his life. He speaks frequently of his young daughter and son and is unwavering in his devotion to them.

Please accept my letter as a character reference. Jesse has accepted responsibility for his actions and can still positively contribute to our community in a productive manner.

Jorge Cruz

*Jorge Fernandez de Lara*

March 10th, 20222

The Honorable Kathleen Williams
United States Court Judge
Southern District of Florida
400 N. Miami Avenue
Miami, Florida 33128

      Re:    *United States of America vs.* **Jesus Manuel Menocal Jr.**

Dear Judge Williams:

It has come to my attention that Mr. Jesus (Jesse) M. Menocal, Jr. is scheduled to appear before Your Honor in short time. If I may, I would like to take this opportunity to relay to you information about Jesse, Jr. his past life, his childhood and his public service career. I am a family friend and former co-worker of Mr. Jesus Menocal, Sr. We have enjoyed a forty-five year friendship. If on planet earth existed a mother with the most esteemed love and admiration for her children, that mother would be Elizabeth Menocal who has the biggest heart on earth.

Although the circumstances of my letter are associated with this case now present before you, it is with a great sense of pleasure that I can say that I know Mr. Menocal from birth. I hope that my brief excerpt of Jesse's life will provide you with a brighter and enlightened view of him.

Growing up under a firm parental hand, Jesse Jr. always demonstrated a will to help others with anything at all. Nothing ever asked of him was ever too much and he always cared for those who surrounded him; his teachers, his elders and other in the community. During my time as a volunteer coach for the Police Athletic League, Jesse was a "good sport" baseball player, he demanded the best of himself and, when appropriate, knew how to process loss and was chivalrous and respectful with opposing teams. As Jesse grew up, he decided to become a Police Officer. He passed/surpassed all entrance exams, placing first in many aspects of the Academy training phase and later on while as a probationary police officer. He later passed all requirements for SWAT and became an invaluable member of the SWAT team where in this position he was responsible for saving countless lives from violence, shootings and other forms of criminal activity. I do not know Jesse Jr. to be anything but a top rate, honest and very well liked human being that cares for people, his family, friends and the community. I am sure that Jesse Jr. is resentful of everything that has occurred and brought before Your Honor.

In closing, it is with a great sense of humility that I offer you this brief & personal excerpt of Jesse Jr. and plead the court for every level of leniency that can be offered by Your Honor. It is my most sincere desire that Jesse Jr. puts this all behind him and moves on with his life and family. I know he feels the same.

Respectfully,

Jorge Fernandez de Lara
Retired Police Major
Sweetwater Police Department



**HEALTH NETWORK, INC.**
FEDERALLY QUALIFIED HEALTH CENTER
4175 WEST 20TH AVENUE • HIALEAH, FL 33012-5875

April 5th, 2022

Sent in Care Of: Ratzan & Faccidomo. LLC

2850 Tigertail Avenue, Suite 400

Miami F1 33133

To: The Honorable Kathleen Williams, United States District CourtJudge of the Southern District of Florida

This letter is written in reference to Jesus "Jessie" Menocal, who for five years (2014-2019) worked as an off-duty officer at Citrus Health Network's Palm Center location in the Downtown Hialeah Housing site. During the time working and interacting with Jesus"Jessie" Menocal, he has demonstrated to be a serious individual who is responsible, ethical, respectful, and with great judgment and compassion. During critical incidents, he has demonstrated swift and appropriate responses that have de-escalated conflicts/ situations that had the potential for dangerous consequences. Jesus "Jessie"Menocal has shown exemplary conduct, reliability, and dedication to his work.

Citrus Health Network works with a very vulnerable population of seriously mentally impaired individuals, and our programs at Palm Center provide Psychosocial Rehabilitation Services on an outpatient basis, to maintain these individuals functioning in the community and prevent hospitalization or need for more restrictive care. Jesus "Jessie" Menocal has established an excellent rapport/communication with our clients, has built their trust, and has shown the ability to manage all incidents humanely and without flaw.

We would also like to mention that even through these difficult times, Jesus "Jessie" Menocal has been navigating through, he not once turned his back on us or our patients. Always coming to visit staff and patients who love and adore him, remembering special occasions for not only

*Accredited by the Joint Commission on Accreditation of Healthcare Organizations*











**HEALTH NETWORK, INC.**
FEDERALLY QUALIFIED HEALTH CENTER
4175 WEST 20TH AVENUE • HIALEAH, FL 33012-5875

staff but patients as well as donating clothes and shoes to patients. These small actions are a testament and true reflection of his character, kindness, and humility.

Without hesitation, the staff signing below, would like to reiterate our appreciation for Jesus "Jessie" Menocal's work and attest to his professional behavior during the time working with us. If you would like any further information on behalf of Jesus "Jessie" Menocal, do not hesitate to contact us at the numbers listed below.

Sincerely,

Reina Rodriguez: Assistant Site Manager
786-374-7138

Jose Antonio Rodriguez: Administrative Assistant
305-318-0986

Angela Martinez: Care Services
786-442-9851

Dulce Gomez: Care Services
(305) 761-8753

      

Emilio Xiques, MSN, RN



March 21, 2022


In care of Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

To: The Honorable Kathleen Williams
United States District Judge of the Southern District of Florida

Dear The Honorable Kathleen Williams,

I am a registered nurse of over 12 years that has resided in the South Florida community my entire life. I presently work with Jesse Menocal Sr. and have known Jesse Menocal Jr. for about 4 years. I have personally witnessed his interactions with his family and acquaintances where he has demonstrated both thoughtfulness and concern for the well-being of others. Jesse Jr. has a strong work ethic as displayed in his tactical training and enjoys elevating those around him with his positive outlook on life. He values his family above all else which helps to keep him grounded as a person.

I understand that he has pleaded guilty to these charges and would like to put this entire ordeal behind him. Nonetheless, I feel confident to say that he is a young man of high moral character and is genuine in his caring for others. I can remember when we met and I mentioned I was looking for a used vehicle to purchase. Jesse Jr. went out of his way to provide me with extensive guidance without having any incentive to do so. It reflects his willingness to help others regardless of any gain for himself. He is a good hearted person with much to offer and contribute to our community.

Should you have any questions, please feel free to reach me. Thank you for your time.

Sincerely,

Emilio Xiques, MSN, RN



March 10, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida

In care of: Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

Re: United States of America vs. Jesus Manuel Menocal Jr.

My name is Liliana Novo, Owner and Training/Event Coordinator of NovoArms, LLC. My company offers firearms training from beginners to advance training. We also offer courses in First Aid & CPR, Florida licensed security guard school, and National Rifle Association (NRA) Instructor certification courses. We also host various corporate events, events for kids and events for women only.

We met Jesus "Jesse" Menocal Jr. in March 2016 when he attended an NRA Pistol Instructor Certification Course. He attended the course along with his father, Jesus Menocal Sr., his siblings, Jonathan and Jessica Menocal. Ever since we met Jesse Jr., we have always thought of him as honest, trustworthy and very professional.

In March 2017 & 2018, Jesus volunteered to assist us with our annual Women On Target events. These events are only female participants and usually have over 50 women of all ages that participant. During both of these events we received nothing but praise from the women about the instructor's professionalism.

During our time working with Jesus we have always found him to be professional and trustworthy. We write to you with no reservation about his character when he has assisted with our events.

Sincerely,

Liliana Novo
NovoArms LLC

Ileana R. Salman

March 10, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Ave, Suite 400
Miami, FL. 33133

RE: *United States of America vs Jesus Manuel Menocal Jr.*

Dear Judge Williams:

It is a genuine honor to write this letter on behalf of Jesus "Jesse" Menocal Jr.

I am a currently employed as a manager at a Nicklaus Children's Hospital and have been employed for over 20 years. I have known Jesus "Jesse" Menocal Jr. on a close personal basis for the past 34 years from the time of his birth, as I am a close friend of his family for over 35 years.

Over the course of all of these years, I have watched Jesus "Jesse" Menocal Jr. grow into the man he is today — He is a good person, of a fine responsible and honorable character. He has always been kind, honest and generous with others. He has a strong sense of duty which he has always applied in his job, family and community. He has always possessed a great deal of integrity, and constantly strives to make sure he is doing the right thing. Police work was always his passion, following in his father's footsteps to make him proud. I know this experience has made him become more reflective and introspective and has served as an invaluable lesson.

Jesus "Jesse" Menocal Jr. has a beautiful, humble and caring wife which he is very dedicated to and he has been married now for over 8 years. He has two beautiful young children which he is an integral part of their everyday life, always teaching them to be honest, kind and caring. He is heavily involved with all of their day-to-day activities, school work, soccer, dance and any other activities. His family and children are first and foremost in his life. He is the reason his children are so well rounded and are performing well in school academically and socially.

I hope this humble yet sincere letter serves to allow you a true glimpse into the person that I know and admire.

Sincerely,

Ileana R. Salman



3/22/22
Bryan Gutierrez

To: The Honorable Kathleen Williams, United States District Court
Judge of the Southern District of Florida.

Id like to take this moment to introduce myself, my name is Bryan
Gutierrez. I am 34 years old, I have a three year old daughter with my
wife and I've worked 10 years in the import/export business.

I met my best friend Jesse in kindergarten, yes that's almost my
whole life I've know Jesse for. And I can say I'm proud to call him my
best friend. From sleep overs, to team baseball, to hunting trips. We
been thru a lot of things together. Our family's have always came
together for holidays and family events, I consider him as my brother.
Jesse was always there for me when I was going thru hard times. He always
gave me good advice and never steered me wrong. Jessie's parents always
taught us how to be good men in life, we never left each other's side.
After high school Jesse joined the academy, I thought it was in his blood
to become a police officer, Like his father and uncle.

Couple years go by and now we are grown men,  I'm sitting here at my
best friends wedding , he had two beautiful kids, that my three year old
daughter has grown up with, as I grew up with him.

I ask the courts to take into consideration all the good things Jesse
has done for his family, for his friends and for his community. He has
two amazing children that will be severely hurt if their father is taken
away from them. Apart from that Jesse has worked very hard and put in
countless amount of hours and hard work towards making his community
better. The Menocals are a good family and have suffered enough through
this whole devastating situation.


I pray this letter helps my best friend Jesse menocal and brings peace
back to his family and home. Thank you for your time.

Sincerely,
Bryan Gutierrez

**NICHOLAS S. MENOCAL -** █████████████████████████

March 16, 2022

Honorable Kathleen M. Williams
United States Federal Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, Florida, 33133

*RE: United States of America vs. Jesus Manuel Menocal, Jr.*

Dear Judge Williams:

My name is Nicholas S. Menocal. I am Jessie Jr.'s cousin. Our fathers are twin brothers and as a result, our families are, and have always been, very close. I am currently a member of the Coral Gables Police Department K-9 and S.W.A.T. Units. I have been employed by the City of Coral Gables Police Department for six years. I graduated from Belen Jesuit Preparatory and The Georgia Institute of Technology. I have been married for five years and have two children.

I have always admired my older cousin, Jessie Jr. We are six cousins that all grew up doing the same things together as one happy family. Jessie and I have always maintained a close relationship over the years. I have known him to be responsible, honest, hard-working, ethical, and above all loyal to his job as a police officer. Ever since we were boys, we always knew we wanted to go into a career of law enforcement. Growing up we always said we would be on S.W.A.T. together. As life would have it, we made it to S.W.A.T, just for different agencies. We have trained together, traveled on vacation together, and are raising our families together. My cousin Jessie supported me when I left home to go off to college and play football. He maintained constant communication with me, always making sure that I had whatever I needed to keep from getting homesick. He even came up to Atlanta to cheer me on and watch me play football. I have always been able to count on his support when I've needed it.

As a police officer, I have known him to seek the most current and relevant trainings available. I have always witnessed him treat others with respect and with utmost professionalism. His sincere commitment to law enforcement has earned him several commendations and accolades over the years. I have known him to be a remarkable father and husband. His commitment to his family is noteworthy. He is a "present father". He is involved in every aspect of his children's lives. They depend on him for everything. He takes them to school, picks them up, helps them with school work, helps them prepare for exams, quizzes and projects. His devotion to his wife is admirable. He treats her with respect and his loyalty and commitment to their marriage is evident. I have never known him to disrespect or abuse any member of his family in any way.

In short, I am writing this letter to offer a more complete picture of who my cousin, Jessie Jr. is as a person. If you should require additional information, or would like to speak with me for any reason, please do not hesitate to contact me.

Sincerely,

Nicholas S. Menocal

██████████████████

# Ignacio F. Menocal

March 16, 2022

Honorable Kathleen M. Williams
United States Federal Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, Florida, 33133

**RE:  *United States of America vs. Jesus Manuel Menocal, Jr.***

Dear Judge Williams:

My name is Ignacio Francisco Menocal, and I am Jessie's uncle.  His father and I are identical twin brothers.  I have been in law enforcement for approximately 40 years, and continue to be an active police officer.  I am also a high liability instructor at the Miami Dade College, School of Justice, and have worked in this capacity for over 32 years.

Since the minute my nephew was born, he has been a happy and joyful energy that lights up the room whenever he enters it.  He is kind, considerate, caring, and empathetic of others.  During his adolescent years he took on leadership roles in school and in sports.  He has always been a team player and goes above and beyond to help whoever he can.  He gives 100% of himself whenever needed.  When he graduated from the police academy at the age of 19, I observed him to be a role model for others in the law enforcement community.  When he was promoted to Sergeant, he continued to be a leader and team player, always leading by example.  He praised his subordinates and made sure to reward the officers under his command for doing an outstanding job.  This is something you don't see much of in our field of law enforcement today.

I have known him to be an amazing brother, son, father, and nephew.  When my son went away to college to study and play football at Georgia Tech, Jessie Jr. called him regularly and always made sure that he had whatever he needed and always offered to send the comforts of home to help my son whenever he felt homesick.  When my youngest son had reconstructive knee surgery, Jessie Jr. came to visit him regularly bringing him the newest vitamin supplements that he had researched and read about to help heal his injury and recover quickly.  He has always made it a point to be a fundamental and instrumental part of our family.  As the eldest of our family's second generation of police officers, he has worked hard to continuously train and stay informed of the newest techniques and defensive tactics to pass on to the other younger members of our family who are also in the field of law enforcement.  He was the first and as such, has always maintained a high standard to which the other members of our family strive to reach and look up to.

As a father, Jessie Jr. is just like his father and myself.  We all live for our families.  He takes his children to school daily, attends their extra-curricular activities, and sporting events, and all school functions.  He is always present at family gatherings, school and sporting events, and always has a positive disposition encouraging sportsmanship and comradery.  If my nephew is taken away from his children it would have a traumatizing effect on them for the rest of their life.  He is the backbone of his family.  He cooks dinner

**Ignacio F. Menocal**

for his family, has regular BBQ cookouts, takes his children to the park, soccer and gymnastics practice and tournaments, helps with homework and school projects daily, and is an integral part of their daily lives. I pray to God that the outcome is positive and that you are able to read every letter that is sent to you in order to sincerely gather an intimate look of who Jesus Manuel Menocal Jr. really is.

If you have any further questions or would like any additional information from me, please do not hesitate to contact me.

I thank you for your time and consideration regarding this matter.

Sincerely,

Ignacio F. Menocal

Jonathan Espin                                                          04/08/2022

To: The Honorable Kathleen Williams United States District Judge of the Southern District of
Florida

℅: Ratzan & Faccidomo, LLC, 2850 Tigertail Avenue, Suite 400, Miami FL, 33133

  The purpose of this letter is a character reference to Jesus "Jesse" Menocal Jr. My name is
Jonathan Espin, I am 30 years old and I am a firefighter paramedic for the City of Miami Fire
Dept. I have been working in this field for 9 years now. I am also part of our Technical Rescue
Team. I have personally known Jesse for 10+ years now.

  Jesse from the first day I met him was always a very kind person, very giving, always very
helpful and willing to help anyone he cared for anyway he can. When I saw that Jesse was
starting to date my sister I couldn't be happier for my sister and seeing how he treated her and
how happy they made each other. Jesse from all my personal views of knowing him he has
always been a very honest man and very blunt for the most part which some people might not
like but I respect that about him. Jesse has always had a lot of pride in his job and his career
and in his reputation. He does not strike me for one moment to deviate from his job to ruin his
career or his reputation and his family legacy.

  Jesse has also been an amazing father to my niece and nephew. There are honestly not many
better fathers out there in this world if any. Jesse is a man always involved in his kids' lives
whether it be helping with my niece Jiannelli hair in the morning for school or helping her with
her projects. Jaiden my nephew Jesse also pushes him to be better than Jesse ever was he
motivates him to always strive to be better in every way shape or form. Jesse's family is also I'd
like to think of them like my second family. They have been very welcoming  to me and very kind
to my parents and have been great father and mother in law to my sister. As grandparents and
parents, Jesse Sr. and Elizabeth are amazing parents and grandparents. They will give their
shirts off their back for their kids and grandkids which they have done before already.

The impact and toll of this situation has been immense to the entire family. I plead for your
consideration in your deliberations on behalf of Jesse, my sister and my niece and nephew

Thank you
Sincerely

Jonathan Espin

Nicole Morales



To: The Honorable Kathleen Williams
United States District Court Judge of the
Southern District of Florida

C/O Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

**Re: United States of America vs. Jesus Menocal Jr.**

Dear Honorable Judge Kathleen Williams,

I would like to take this opportunity to introduce myself. My name is Nicole Morales I have worked in the medical field with some of the top medical professionals in Florida these last 18 years. I am currently a new mom to a beautiful little girl who has changed my life in many ways and who I am so in love with. I also am a dear friend of Jesus "Jesse" Menocal and his wife Jescenia Menocal.

I met Jesse through his beautiful wife Jescenia 8 years ago and we have had a wonderful friendship since. He is a devoted father, husband, brother, grandson, and son. I can't express in words what an amazing man he is. Over the years our friendship has turned into so much more and I consider him to be like family. He has one of the best families I have ever had the pleasure of meeting and getting to know. Jesse is that type of person you can count on at a drop of a hat and he is that big brother protective type. Never once have I or anyone I know felt otherwise.

One of the things I have respected most about him over the years is what a great father and devoted husband he is and how much love he gives to those around him. He is that dad that is there for every game or dance recital rooting his children on. As a husband, he always remembered the little things every birthday, anniversary, and the just because moments just to bring a smile to his wife's face. Over the years he's matured as a man and grown in so many ways for the better. Jesse is all about family and the ones he loves. He is honestly one of the truest people I know and that is hard to find these days. His daughter and son are his biggest fans and look up to him so much. Every day he pushes his kids to be better human beings and to be the best they can be at whatever they choose to do. I honestly can't even begin to think how affected his kids are going to be in his absence.

Thank you in advance for taking the time to read my letter.

Best Regards,

Nicole Morales

March 20, 2022

To: The Honorable Kathleen Williams.
United State District Court Judge of the Southern District of Florida.

Re: Jesse Menocal

My name is Maria E Morraz, I was born in North Tarry Town N.Y in 1964, I am a mother of three
children, and a believer of the God of Israel. I've been a Miami Dade County employee for the
last twelve years.
I currently hold an administrative position at Trail Glades Shooting Range.

It was here, at Trail Glades Range where I met Jesse Menocal Jr and his family, about seven
years ago.
Jesse would come into the office to pay for the tactical range usage fee about two times a
week, he was always in a happy mood, greeting everybody at the office; bringing always with
him coffee and goodies for the park staff. I always saw Jesse dressed very professional with a
warm friendly attitude, courteous, and always maintaining a professional , an orderly conduct
with others.
My relationship with Jesse is more than just a business relationship, because he and his family
would always extend a kindly invitation for me, to go learn and practice with them at the range.
Jesse also taught self-defense classes at a yearly event called: Women on Target. Here I had the
opportunity to see his character even more. He was always very professional, respectful and
showed that he cared for others to learn.

Jesse is a very likeable person who has always demonstrated to me, decency, goodness and a
man of high moral principles. I know him as a man who has always represented to be respectful
and hold a high standard of integrity to his wife, child, and family. A family I am honored to
know.

If you should have any additional questions, please feel free to contact me.

Sincerely,

Maria E Morraz.

April 13, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Ave, Suite 400
Miami, Florida 33133

RE: United States of America vs Jesus Manuel Menocal Jr.

I, Francisco Gonzalez, Resident of the United States, at the following address
, with the telephone number

Having reached the highest hierarchical position, such as being Commissioner General and Director of Police, which I held for the last 10 years of my career. Having graduated as an Industrial Engineer, Aeronautical Firefighter Officer (Captain). Having done Special Actions Brigade Specialization Courses, Communications, Disaster Management and Control and others, I ended up being an Instructor and Head of many of these courses, I earned the respect and gratitude of many people, recognition, and decorations at the work level, that were granted to me by the Presidents of the Republic of Venezuela, Governors, Mayors, Judges and other community organizations.

Having said this, I would like to explain the reason for this letter (communication). I have known Mr. Jessy Menocal (father) since 1994 by sight, treatment, and communication, in the city of Miami-Florida. For reasons of police life and over time, this simple affinity led us to be great friends, it is so much so that today, we consider that we are one family, Jessy, I witness the birth of my two (2) children, who today Nowadays they call him Uncle Jessy. Our families have always been close, all this time, we participated in many family gatherings every time we came to the United States (USA) and through distance and time, the family never stops being united.

From this moment on, I would only like to talk about Jessy Jr. Who I have known since I was very young and I feel part of all the achievements obtained by him. As is his educational, parenting, religious, sports, police part and the most important of all his achievements as a husband and father of a family. In his police life, I saw him achieve his achievements, like having graduated from S.W.A.T., having obtained the rank of sergeant, and having obtained the admiration and gratitude of the people of the community, of which he represented. I know and I know that in his life, he has achieved his goals, with a lot of effort, without harming others. From my own experience, I know that reaching goals is hard, there are always obstacles in life and sometimes you have to overcome them. That is why I ask, very earnestly, with the respect and faith that I have for the law and its representatives, that this man, of whom we are speaking today, deserves a second chance, to be a better man, son, husband, and father of a family.

Without further ado, I respectfully say goodbye.

Francisco Gonzalez

*Translated to English by: Caryn Pfennig, Paralegal (Ratzan & Faccidomo)*

April 13, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Ave, Suite 400
Miami, Florida 33133

RE: United States of America vs Jesus Manuel Menocal Jr.

Yo, Francisco Gonzalez, Residente de los Estados Unidos , en la siguiente direccion ███████
███████████████████████ , con el telefono numero ███████████

Habiendo llegado al mas alto cargo jerarquico, como es, el ser comisario general y director
de policia, el cual desempene por los ultimos 10 anos de mi Carrera. El  haberme graduado
de Ingeniero Industrial, Oficial de Bombero Aeronautico (Capitan). Haber hecho Cursos de
Especializaciones Brigada de Acciones Especiales, Comunicaciones, Administracion y
Control de Desastre y otros, De todos estos cursos termine siendo Instructor y Jefe de
muchos ellos, me gane el respeto y agradecimiento de muchas personas ,  reconocimientos
y condecoraciones a nivel laboral, que se me fueron otorgados por, Presidentes de la
Republica de Venezuela, Gobernadores, Alcaldes, Jueces y otras  organizaciones de la
comunidad.

Habiendo dicho esto, quisiera explicar , la razon de esta misiva (comunicacion). Conozco
desde el ano 1994 de vista, trato y comunicacion a Sr. Jessy Menocal (padre), en la ciudad
de Miami-Florida. Por motivos de la vida policial y a lo largo del tiempo, esta simple
afinidad, nos llevo a ser grandes amigos, es tanto que hoy, consideramos que somos una
sola familia, Jesssy,  presencio el nacimiento de mis dos (2) hijos, que hoy, en dia lo llaman
tio Jessy. Nuestras familias, siempre estuvieron unidas,  todo este tiempo, participamos en
muchas reunions familiares cada vez que veniamos a los Estados Unidos (USA) y a travez
de la distancia y en el tiempo, la familia nunca dejo  de estar unida.

A partir de este momento, quisiera solo hablar de Jessy Jr. El cual conozco desde muy
pequeno y me siento participe de todos los logros obtenidos por el. Como es su parte
educacional, crianza, religiosa, deportiva, policial y la mas importante de todos sus logros
como esposo y padre de familia. En su vida policial, lo vi obtener sus logros, como haberse

graduado de S.W.A.T., haber obtenido el rango de sargento, y habiendo obtenido la admiracion y el agradecimiento de la gente de la comunidad, de la cual el representaba. Se y me consta que en su vida, a logrado sus metas, con mucho esfuerzo, sin perjudicar a otros. Por experincia propia, se que llegar a las metas, cuesta mucho, siempre en la vida hay obstaculos y a veces hay que superarlos. Por eso pido ,muy encarecidamente, con el respeto y la fe que le tengo a la ley y a sus representantes, que este hombre, del cual hoy hablamos, merece una segunda oportunidad, para ser mejor hombre, hijo, esposo y padre de familia.

Sin mas que decir, me despido muy respetuosamente.

Francisco Gonzalez

Nicole Morales



To: The Honorable Kathleen Williams
United States District Court Judge of the
Southern District of Florida

C/O Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

**Re: United States of America vs. Jesus Menocal Jr.**

Dear Honorable Judge Kathleen Williams,

I would like to take this opportunity to introduce myself. My name is Nicole Morales I have worked in the medical field with some of the top medical professionals in Florida these last 18 years. I am currently a new mom to a beautiful little girl who has changed my life in many ways and who I am so in love with. I also am a dear friend of Jesus "Jesse" Menocal and his wife Jescenia Menocal.

I met Jesse through his beautiful wife Jescenia 8 years ago and we have had a wonderful friendship since. He is a devoted father, husband, brother, grandson, and son. I can't express in words what an amazing man he is. Over the years our friendship has turned into so much more and I consider him to be like family. He has one of the best families I have ever had the pleasure of meeting and getting to know. Jesse is that type of person you can count on at a drop of a hat and he is that big brother protective type. Never once have I or anyone I know felt otherwise.

One of the things I have respected most about him over the years is what a great father and devoted husband he is and how much love he gives to those around him. He is that dad that is there for every game or dance recital rooting his children on. As a husband, he always remembered the little things every birthday, anniversary, and the just because moments just to bring a smile to his wife's face. Over the years he's matured as a man and grown in so many ways for the better. Jesse is all about family and the ones he loves. He is honestly one of the truest people I know and that is hard to find these days. His daughter and son are his biggest fans and look up to him so much. Every day he pushes his kids to be better human beings and to be the best they can be at whatever they choose to do. I honestly can't even begin to think how affected his kids are going to be in his absence.

Thank you in advance for taking the time to read my letter.

Best Regards,

Nicole Morales

***ORQUIDEA ESPIN***

March 21, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

A quien pueda interesar:

Por medio de la presente quiero hablar un poco del conocimiento personal que yo Orquidea Espin tengo de Jesus Menocal Jr al cual yo y todos le llamamos Jessie.

Mi familia y yo conocimos a Jessie en el 2012 cuado mi hija Jescenia nos los presento como su novio por que yo soy la suegra de Jessie, su esposa Jescenia Menocal es mi hija.

Desde ese primer momentos me parecio un joven muy correcto y respetuoso y todo este tiempo de conocerlo y convivir con el me ha dado la razon .

Una de mis primeras experiencias positivas con el , fue al poco tiempo de haberce hecho novio de mi hija , me invito al cine con ellos, cuando caminabamos por el centro comercial me percate que todas las mujeres incluso aquellas que estaban con sus esposos e hijos lo miraban mucho, pero cual fue mi sorpresa por cierto  muy agradable fue darme de cuenta que el solo tenia ojos para mi hija en esos momentos su novia y que en todo momento le estaba dando el respeto que toda pareja se merece.

El  me  ha demostrado en todo este tiempo que hemos tenido de relacion no de suegra y yerno , de madre e hijo por que para mi Jessie es mi hijo varon mayor y como una mdre con su hijo puede ser que no estemos en todo de acuerdo pero en lo que si estoy de acuerdo es que el es un gran hombre, esposo, hijo , hermano , amigo pero sobretodo un gran padre.

Si un gran padre como Jessie hay como papas, un papa verdaderamente al 100 porciento dedicado a sus hijos, ayudando en todo desde cambiar a sus hijos cuando eran bebes, hasta ayudar todas las noches a su hijo Jaiden con sus tareas y trabajos de la escuela, tanta es su dedicacion que yo se que mi nieto es un estudiante de honor en parte toda la dedicacion que Jessie la ha inculcado sobre los estudios.

Un padre presente en cada inportante evento de la vida de sus hijos, un padre que es fuerte cuando es necesario deciplinarlos pero a la misma ves un padre tan sencible y delicado que puede hacerle un peinado perfecto a su hija Jiannelli o hasta pintarles sus unas.

Ese padre, ese esposo, ese hombre excepcional  es el Jesus Menocal Jr que yo conosco y espero que a traves de mi carta usted lo haya podido conocer un poco.

Muchas Gracias,

Orquidea Espin

**ORQUIDEA ESPIN**

███████████████████

March 21, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern
District of Florida c/o Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

To whom it May concern:

Through this letter I want to talk a little about the personal knowledge that I, Orquidea Espin,
have of Jesus Menocal Jr, whom I and everyone call Jessie.

My family and I met Jessie in 2012 when my daughter Jescenia introduced us as her
boyfriend, because I am Jessie's mother-in-law, his wife Jescenia Menocal is my daughter.

From that first moment he seemed to me a very correct and respectful young man and all this
time of knowing him and living with him has proved me right.

One of my first positive experiences with him was shortly after becoming my daughter's
boyfriend, he invited me to the movies with them, when we walked through the shopping
center I realized that all the women, including those who were with their husbands and
children, looked at him a lot, but what was my surprise, by the way very pleasant, was
realizing that he only had eyes for my daughter, in those moments, his girlfriend and who was
giving her the respect that every couple deserves.

He has shown me in all this time that we have had a relationship, not mother-in-law and son-
in-law, but mother and son, because for me Jessie is my oldest son and a mother with her son,
it may be that we do not agree on everything but what I do agree with is that he is a great man,
husband, son, brother, friend, but above all a great father.

If a great father like Jessie is a potato eater, a father truly 100 percent dedicated to his
children, helping with everything from changing his children when they were babies, to
helping his son Jaiden every night with his homework and schoolwork. So much is his
dedication that I know that my grandson is an honor student in part all the dedication that
Jessie has instilled in him about his studies.

A father present at every important event in his children's lives, a father who is strong when it
is necessary to discipline them but at the same time you see a father so sensitive and delicate

*Translated to English by: Caryn Pfennig, Paralegal (Ratzan & Faccidomo)*

that he can give his daughter Jiannelli a perfect hairstyle or even paint her nails.

That father, that husband, that exceptional man is the Jesus Menocal Jr that I know, and I hope that through my letter you have been able to get to know him a little.

Thank you,
Orquidea Espin

*Translated to English by: Caryn Pfennig, Paralegal (Ratzan & Faccidomo)*

**DIEGO ESPIN**

March 21, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

A quien pueda interesar:

Yo Diego Espin por la presente quiero dar a conocer un poco del Jesus Menocal Jr al cual yo tengo el gusto de llamarle mi segundo hijo.

Yo junto con mi familia conocí a Jessie que es como todos le llamamos en el 2012, el día que mi hija me lo presentó como su novio, si, mi hija Jescenia Menocal es su esposa.

Siempre desde ese dia y durante todos los demás días que yo he convivido con Jessie él ha demostrado ser un joven muy correcto ,trabajador respetuoso , amoroso un hombre de familia así como lo es su padre y todos los hombres de su familia a los cual yo ya considero de mi familia.

Desde que Jessie se casó con mi hija siempre ha estado ahí para mi en cada momento que lo he necesitado en los difíciles y en los felices también . Un ejemplo de unos de esos momentos fue cuando él supo que yo siempre había querido tener una motocicleta Harley pero no contaba ni con el dinero ni con el crédito , y que hizo jessie? él me prestó su crédito para que yo pudiera cumplir mi deseo, cuántas personas conocen que le presta su crédito a alguien para que pueda comprarse algo que ni es necesario?  Pero Jessie es ese tipo de persona.

Además de ser un gran hijo , yerno ,hermano, amigo  Jessie es un gran esposo.  Un hombre que quiere que su esposa crezca y se desarrolle profesionalmente , es dulce, considerado y siempre le ha dado a mi hija todo el respeto que una esposa se merece, que mas puede pedir un padre como esposo para su hija.

Y qué decir de Jessie como padre. Bueno el tiene el mejor ejemplo de un  padre en su padre, lo cual llevó a Jessie hacer  ese padre que siempre está presente en todo lo relacionado con sus hijos, en este mundo no hay nada más importante que pasar tiempo con ellos , ayudarlo hacer sus tareas , ayudarlo con los deportes , hasta pintarle los labios a su pequeña hija cuando esta jugando , aparte de ser el mejor proveedor de su hijos y familia.

Ese es el Jessie que yo conozco, ese es el verdadero Jessie , El Jessie que Dios quiera que usted haya conocido un poco a través de estas líneas.

Muchas Gracias,

Diego Espin

## DIEGO ESPIN

████████████████████

March 21, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District
of Florida c/o Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

To whom it May concern:

I, Diego Espin, hereby want to make known a little about Jesus Menocal Jr, whom I have the pleasure of calling my second son.

Together with my family, I met Jessie, which is what we all call him, in 2012, the day my daughter introduced him to me as her boyfriend, yes, my daughter Jescenia Menocal is his wife.

Always from that day and during all the other days that I have lived with Jessie, he has shown himself to be a very correct young man, a respectful worker, a loving family man, just like his father and all the men in his family whom I already I consider my family.

Since Jessie married my daughter, he has always been there for me in every moment that I have needed him in the difficult ones and in the happy ones too. An example of one of those moments was when he found out that I had always wanted to have a Harley motorcycle, but I didn't have the money or the credit, and what did Jessie do? He lent me his credit so that I could fulfill my wish, how many people do you know that lend their credit to someone so that they can buy something that is not even necessary? Jessie is that kind of person.

In addition to being a great son, son-in-law, brother, friend, Jessie is a great husband. A man who wants his wife to grow and develop professionally, he is sweet, considerate and has always given my daughter all the respect that a wife deserves, what more can a father ask for as a husband for his daughter.

And what about Jessie as a father. Well, he has the best example of a father in his father, which led Jessie to become that father who is always present in everything related to his children, in this world there is nothing more important than spending time with them, helping them do their homework, help him with sports, even paint his little daughter's lips when she is playing, apart from being the best provider for his children and family.

*Translated to English by: Caryn Pfennig, Paralegal (Ratzan & Faccidomo)*

That is the Jessie that I know, that is the real Jessie, the Jessie that God wants you to have known a little through these lines.

Thank you,

Diego Espin

Erika Felipe



To: The Honorable Kathleen Williams
United States District Court Judge of the
Southern District of Florida

Sent in care of: Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

Re: United States of America vs. Jesus Menocal Jr.

Dear Honorable Judge Kathleen Williams,

My name is Erika Felipe, I am a Radiologic Technologist. I have been working in the
medical field for six years. I am currently employed by one of the top children's hospitals
in South Florida. I love helping the children of my community. I am a mother to my
amazing and intelligent 13 year old daughter. I love her very much.

Jesse is my older cousin. I have known him my entire life. I feel very safe and
comfortable around him. He is a very loving and strong individual. We have spent a lot
of time together. We always went on family vacations together, plenty of family
gatherings, birthday parties and so on. I have watched him grow up before my eyes. He
has matured into an amazing husband and father to his wife and two young children. He
has always loved helping people and his community. Jesse is a very positive person,
even through the difficult situation he is currently facing. It deeply saddens me that he
will be away from his children and family. I fear the long term effects on his children's
mental health for him being absent from their lives for a long period of time.

Sincerely,

Erika Felipe R.T.(R)(ARRT)

Terri Felipe



To: The Honorable Kathleen Williams
United States District Court Judge of the
Southern District of Florida

Sent in care of: Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

Re: United States of America vs. Jesus Menocal Jr.

Dear Honorable Judge Kathleen Williams,

My name is Terri Felipe. I was an administrative assistant and accountant for a Real
Estate Law Firm for seventeen plus years. I am now retired. I am a homemaker and a
cancer survivor. I have three wonderful children and grandchildren. I am Jesse's aunt,
my sister is Jesse's mother.

Jesse has always excelled at everything he sets out to do from school, work, sports and
family. Jesse is dedicated to his family, wife and children. Jesse plays an important role
in his son's soccer games and his daughter's dance. Jesse holds his head up high even
though he is embarrassed, humiliated and stared at by parents and strangers in a public
setting.

Jesse has played a huge role in his father's cancer recovery by helping him workout,
walk and being there emotionally for his father everyday. Jesse is kind, compassionate,
loving and will do anything for his family, friends and acquaintances. Jessie is very loved
by all and his absence will be greatly felt by all of us.

Thank you for taking the time to read this letter.

Terri Felipe

Horacio Troche, Jr



To: The Honorable Kathleen Williams
United States District Court Judge of the
Southern District of Florida

Sent in care of: Ratzan & Faccidomo, LLC
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

Re: United States of America vs. Jesus Menocal Jr.

Dear Honorable Judge Kathleen Williams,

My name is Horacio Troche, Jr. I have been working for Napa Auto Parts for 25 years. I am a site manager for the City of Coral Gables for 15 years. My responsibility is to keep the fleet in service which includes Fire, Police, and all public works vehicles. I have been married to his mother's sister for 26 years.

I would like to start by saying I love my nephew dearly. I have known Jesse for 26 years. Jesse is the kind of person that will drive past a Napa store and send me a text saying "I just drove by a Napa store and thought of you, I love you." Most of our family is in law enforcement. It was no surprise to us that he followed the footsteps of his father and became a police officer once he was of age. He was the youngest in his class. He loves law and order. He follows his heart to always serve and protect his family and community.

We have bonded over working on cars together over the years. Jesse is very involved with his family. He is a wonderful son, brother, nephew, father and husband. He will be missed every moment he is gone.

Sincerely,

Horacio Troche, Jr



March 31, 2022

Raul Soler

Re: Jesus "Jesse" Menocal Jr.

To: The Honorable Kathleen Williams,
US District Court Judge of the Southern District of Florida

My name is Raul Soler. I own a detox company in Miami, Florida. It's a juice cleanse company.  I started my company 7 years ago. I'm a small family owed business that has grown over the years. We've grown from working from our backyard zip-code into shipping our products throughout the US. We live to help people get back on track with their health and we give back to the community. We were there supporting our first responders distributing our juices during Covid as well.

I want to take a moment to say that I've know Jesse since the age of 15 so for over 15 years. We met at the gym. We became close acquaintances during that time. I learned that he was a cop and his parents before him as well. Jesse was a cool person when we met. His healthy lifestyle was attractive to me. He was a good influence in my life when my dad passed away during my twenties. Jesse always seemed like a strong person in his beliefs/character. When my dad passed away he became like a mentor to me. Always had good advise and was always a good friend when I needed him.

I view Jesse as a solid Family man. He's always been very loyal and honest with those whom he comes in contact with. The times we hung out, he was very thoughtful of folks around him and had a sincere concern for others needs. He has a good and positive reputation amongst friends and family. He's very well liked. His family is very supportive and seem very down to earth humble at heart folks.

If you have any questions, please feel free to reach out to my on my cel at ███████

Sincerely,

Raul Soler
SparnDetox, Owner

Jose Iriarte



**To the Honorable Kathleen Williams , United States District Court Judge** of **the Southern District of Florida,**

Sent in care of: Ratzan & Faccidomo,LLC
2850 Tigertail Avenue, Suite 400
Miami, Fl 33133

Re: United States of America vs. Jesus Menocal Jr.

Dear Honorable Judge Kathleen Williams,

My name is Jose Iriarte, I am a prior law enforcement officer, I've known Jesus "Jesse" Menocal Jr. for over 15 years and I also had the privilege of working with him in the City of Hialeah. I will always be thankful for all the positive and important things Sgt. Menocal taught me while I was active in law enforcement.

I first met Jesus "Jesse" Menocal Jr. when I was a teenager going through High School. My mother was a store manager in metro pcs located in the area of Sweetwater. Almost everyday after school and the days I did not have class I used to go to the store and stay with my mother to help her take payments which was the only thing I knew how to do. I always remember talking to "Jesse" every time he went by the store and used to tell him I wanted to be a Police Officer just as he was at the time. I remember all the good advice "Jesse" gave me to do good in school and to always keep out of trouble. My grandparents also knew "Jesse" and they always used to speak highly of him including my mother and my father who is a United States Army Veteran. I can say that "Jesse" is a great father, a great son and a great friend.

On November 14, 2016 I got sworn in as a Police Officer in the city of Hialeah. At that time I was able to work for Sgt. Menocal several times when they had overtime available reference personnel shortage in sector 1.I can say that Sgt. Menocal was very proactive. As a

supervisor he was very supportive, he was very honest and also very humble. The times I worked with him, we used to go to the cafeteria to get some coffee. Everyone always wanted to talk to him and ask him questions about tactical training and all that stuff which he has a lot of knowledge of. The only negative thing that I can say about Sgt. Menocal is that I always used to hear a few officers state they did not want to work in his sector because again he was very proactive. Jesse in general is very helpful, has a sense of humor, always laughing and making others laugh as well. One time not too long ago we were on the way to workout and suddenly he stopped the car. I asked him what happened and he stated that he was going to help an elderly person that was trying to drag a big heavy sofa from inside the house to the front yard. The lady was thankful and she told him that she wished every young person had the heart he had that no one does things like that nowadays and specially to a stranger.

I Jose Iriarte would like to thank the honorable Judge Kathleen Williams, United States District court Judge of the Southern District of Florida, for giving me the opportunity of writing this letter and for taking the time to read it.

Sincerely,

03/16/2022

March 15, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Ave, Suite 400
Miami, Florida 33133

RE: *United States of America vs Jesus Manuel Menocal Jr.*

Dear Honorable Judge Williams:

My husband (George Sanchez) and myself (Lynn Sanchez) wanted to reach out to you and let you know that we have known the Menocal family for 35 years. We have been established in Miami, Florida and own and operate our own printing store for the past 39 years. This is how we have come to know the Menocal's through our mutual business on various projects.

We have had the pleasure of working with the Menocal's. They are an honest and hard working family. In the past years we have been working with Jessie Jr. who is an honest, hard working, dedicated father to his two young children. Jessie Jr. is always there to help out in any way he can. The Menocal's are always there for each other and we consider ourself lucky to know the Menocal's.

We will support Jessie Jr. and all of the Menocal's in any way that we can.

Thank you,

George Sanchez and Lynn Sanchez



Hi Mycki,

In follow-up to our phone call, see below:

IMPORTANT THINGS TO KNOW:

For nearly 13 years, Jessie risked his own life day in and day out for the citizens of the City of Hialeah, missing holidays, celebrations and many other family gatherings, putting the community before his own life – which is something extraordinarily unselfish especially given his young age. He responded to hundreds of tragic SWAT call-outs, suicides, murders, accidents, civil disturbances, domestic disturbances, burglaries, robberies, and assaults in his career. His presence and his response touched thousands of people in this community in a positive way. He earned his way onto the elite and specialized SWAT unit – a goal that most never achieve. He also became the team leader and SWAT training coordinator. As a supervisor, Jessie was a mentor and he rewarded and motivated his officers by developing a top cop award for the month. He would purchase an award from his own money to honor an officer who went above and beyond each month. Jessie received numerous commendations, and was also nominated for Officer of the Year in 2015 for his role in taking down a human trafficking ring. This is the Jessie we know.

He is kind and humble with others. Many times, before, during and after this experience Jessie has been able to maintain humility and willingness to help others. Usually with his kids and wife in tow, Jessie has stopped to assist stranded motorists with flat tires, broken down cars – he didn't care that he would be late to wherever he was headed to . His mind was always focused on helping people in need always. He couldn't sleep at night knowing that he missed an opportunity to help someone in need. This is the Jessie we know.

Jessie is the first to offer a cup of coffee, or a meal to a homeless person or anyone in his presence, especially those less fortunate. Jessie always seems to be in line behind those in the grocery store who can't afford their purchase, and he always makes the gesture to help out someone less fortunate to pay. He has encountered parents with their child who wanted a toy and could not afford it, and even in his current situation, he would offer to buy the child the toy. This is the Jessie we know.

Jessie is giving and generous. He has been the creative mind and think tank behind all of the fundraisers conducted through the family business, coming up with unique ways to involve the community to participate and give. Over the past several years, he's organized at least 5 fundraisers for law enforcement officers who have been injured - a City of Miami officer, Pinecrest officer, 2 Miami Dade officers, and also for a wheelchair bound child of an officer. These are complete strangers to him – not friends or acquaintances. Jessie has organized a fundraiser for breast cancer awareness to benefit the Breast Cancer Research Foundation. He has organized several toy drives, participated in turkey drives and donated toys and clothes to Citrus Health. Even to this day, he visits Citrus Health where he used to work an off duty to visit with patients that have no family and provides clothing, shoes, conversation or other necessities. This is the Jessie we know.

Jessie respects and believes in the law enforcement community and in educating the public / law enforcement to create safer and more proficient shooters. He orchestrates a minimum of 2-3 training courses a year offered to law enforcement, military, first responders, teachers on various topics including women empowerment, anti-bullying, and youth firearms safety . This is what he has done for the community and strangers. This is the Jessie we know.

Now imagine what he does for his own family. Jessie is always encouraging and motivating his wife in self-growth and independence, helping her launch her own gym apparel company and later pursuing her dream of becoming a real estate agent. Jessie and his wife have a deep bond, friendship and strong relationship beyond a marriage and unbreakable – as this experience has shown.

With Jessie's first born son, Jaiden, there is nothing he would not do for him. He has pushed him academically and athletically and Jaiden is an honor roll student and star athlete. Jessie always pushes his son to be better than him, always setting a good example for him and molding and teaching him to be a better person, better student, and more disciplined athlete. For his son's soccer team, Jessie took the initiative and comes up with ideas to motivate the players by giving them pokemon cards or other surprises for playing well.

Last but not least, Jessie's princess, his little girl Jiannelli, is the apple of his eye. Ever since Jiannelli was born, Jessie has been extra sensitive and sets the example of how a to treat a lady. He is very loving and a gentleman with her, opening the door and teaching her to demand respect from others. He takes the time to brush her hair, paint her nails or just play with her outside. She is Daddy's little girl.

No one tells him to do these things… this is glimpse into who Jessie is and has been and many examples of how Jessie goes above and beyond to help others. He doesn't record these good deeds and boast about them, but rather this is how he leads his life. This is the Jessie we know.

Hasn't he been punished enough… The month of May 2022 marks 30 months (almost 3 years) that Jessie has had to submit monthly reports and has successfully completed over 120 weekly reports to a probation officer, with NO issues, been subjected to countless of random home inspections with NO issues while dealing with the stress of harmful threats to him and his family from crazy individuals in our society. It could be easy to slip up with this level of stress, but Jessie has maintained his composure and level headedness, even while having his freedoms and liberties curtailed, no arms, no travel, no ability to work in his desired field, having to give up his career and life-long dream, the agony of public humiliation at the hands of the media, and the court of public opinion from bystanders unfamiliar with any details. This lengthy 30 month period of "incarceration" should not be taken lightly and should not be discarded. It has been a mentally, physically, spiritually and financially devastating experience that he has had to deal with and endure. Hopefully, this gives you a picture into the life and person that Jessie truly is and the potential he still has to offer and share. This is the Jessie we know.

Nathalie M. Fleureau

March 10, 2022

To The Honorable Kathleen Williams, United Sates District Court Judge,

My name is Nathalie Marie Fleureau; I am a registered nurse for the last 32 years employed at a local hospital in Miami. I am proud to say I have known Jesus "Jesse" Menocal Jr. for four years. During my relationship with Jesse, I have experienced an individual who works hard and politely carries himself. I met Jesse in 2017 when I attended a women's self-defense and fundamentals of pistols class; he was my instructor. I was hesitant to participate as I had recently lost my father to suicide by a self-inflicted gunshot. The sound of the shots fired disturbed me enough that I wanted to leave the class. When Jesse saw me crying and walking towards my car, he approached me in a manner I will cherish for the rest of my life. He built my confidence by reinforcing how proud my father would be in taking a brave stance in even wanting to learn the basics and safety of handling a firearm as a last resort to defend myself. Jesse stayed with me throughout the class, ensuring I was comfortable during the day. His words and attitude helped me build confidence and took away my fears of shooting a gun so much, so I have been to many more classes since then.

In addition, Jesse is a family person who has always presented himself with levelheadedness and grace.

With great confidence, I recommend Jesse as someone who I genuinely believe possesses the character and cares about people around him.

Sincerely,

, MSU, RN

Nathalie Marie Fleureau, MSN, RN

March 13, 2022

Solomon Behar, M.D.



The Honorable Kathleen Williams,
United States District Court Judge
Southern District of Florida
C/O Ratzen & Faccidomo
Miami, Florida, 33133

I am writing this character letter on behalf of Jesus "Jesse" Menocal. I am a retired Anesthesiologist and former SWAT Physician for Sweetwater Police Department. Jesse was a student in the Tactical Medicine classes I conducted. He was an active and dedicated participant in addition to being most a helpful colleague to his fellow officers in the classes.

I was also HIS student in various tactical firearms training classes. Jesse was an outstanding instructor, concentrating foremost on safety for all the officers/students involved in his training courses. He was a dedicated and caring teacher who took additional time to provide one on one life saving instructions to his students. I have enrolled in a myriad of training courses over the years from various military and LE instructors and his teaching methods/aptitude were far more exemplary in comparison to others. He is a caring, considerate, highly professional, exceedingly competent, respectful, compassionate, and dedicated instructor and gentleman.

Simply stated, Jesse is a good man, a dedicated police officer who protected his community and fellow officers.

Respectfully submitted,

Solomon Behar, M.D.

April 8, 2022

Honorable Kathleen Williams
United States District Court of The
Southern District of Florida

Dear Honorable Kathleen Williams,

My name is Mayra Toledo, 72 years of age. I am retired from AT&T Corp. after 32 years. I also worked as the Executive Assistant for Chief of Police Jesus Menocal. I am currently working as a realtor with Miami Way Realty. However, first and foremost I am the proud Grandmother of two grandchildren.

I have known Jesse Menocal Jr. for approximately 20 years. Jesse has always been respectful and professional in everything he did, that I witnessed. As I saw him growing up, he was an excellent son and now an excellent Father. Jesse has been a great tribute to his family and community. Chief Jesus Menocal (Father of Jesse Menocal Jr.) Jesse's parents are the salt of the earth. Chief Jesus Menocal is the hardest working person I have ever met. He's always been professional and a role model for his children.  Liz Menocal is Jesse's Mother. She is also very hard-working professional and very highly respected. However, above all that, she is very loving, caring and is also a very good role model to her children and the community.

I know Jesus Menocal Jr., he is very thoughtful and always concerned about his family and the community.

If there is anything further that I can provide, please don't hesitate to contact me at

Sincerely,

Mayra Toledo

Honorable Kathleen Williams
United States District Court of The
Southern District of Florida

Dear Honorable Kathleen Williams,

My name is Raphael Toledo, 72 years of age. I am retired from Sweetwater Police Dept. after 40 years of service. I also worked with Chief of Police Jesus Menocal, as a Captain and a helicopter pilot.

I am a man of few words, but as a father of two law enforcement officers, I know what Jesse Menocal Jr. needed to do to become a law enforcement officer. He grew up being respectful and keeping his record clean. Jesse did just that. He was always well mannered and professional, even prior to him becoming a law enforcement officer.

I have known Jesse Menocal Jr. for approximately 20 years. Jesse has always been respectful and professional in everything he did. As I saw him growing up, he was an excellent son. Jesse has been a great tribute to his family and community. Chief Jesus Menocal (Father of Jesse Menocal Jr.) is the best role model any son can have. Chief Jesus Menocal is the hardest working person I have ever met. He's always been professional and a role model for his children.  Liz Menocal, Jesse's Mother, is also very hard-working professional and very highly respected. She is very loving, caring and is also a very good role model to her children and the community.

If there is anything further that I can provide, please don't hesitate to contact me at ▮▮▮▮▮▮

Sincerely,

Raphael Toledo

March 20, 2022

Ratzan and Faccidomo
2850 Tigertail Avenue, Suite 400
Miami, FL 33133

To whom it may concern,

I am writing this letter on behalf of Jesus "Jessie" Menocal, Jr. I have personally and professionally known Jessie for over 10 years. I own D'Professional, a body shop in the city of Hialeah. I have had experience dealing with Jessie as a Hialeah Law Enforcement Officer and also as a personal friend.

As an officer, Jessie has always demonstrated a professional, patient and courteous demeanor when dealing with his community and the citizens he served. He is an upstanding individual and always maintained a competent and excellent outlook when providing solutions.

On a personal level, when bringing in any of his own or his family's vehicles for repair, he has always shown an honest moral character, with strong personal integrity. His rapport around the shop with my employees or other customers was always one of being friendly and polite.

There was a time when one of my employees failed to bill him properly for one of his vehicles. He was underbilled and could have easily just paid it and left it as is. Instead, he called me about the invoice stating that he didn't think it was correct, showing me that he could be trusted and wanting to do what was right vs making off with a lower bill.

Over the years, Jessie has proven to me to be honest, professional, polite and trustworthy. For any future reference, please feel free to reach out to me at

Best Regards,

Nivio Díaz

**Thomas Rotondi**



April 13, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Ave, Suite 400
Miami, Florida 33133

**RE: United States of America vs Jesus Manuel Menocal Jr.**

Dear Honorable Judge Kathleen Williams:

I am writing this character letter on behalf of Jesus Menocal, Jr. "Jessie". My name is Thomas Rotondi. I work as a specialist in emergency preparedness at a local hospital where I have been employed over 25 years.

I have known Jessie for approximately 5 years, since 2017. We have a mutual love of firearms and I decided to come out to train and take classes with his father when I met Jessie as one of the instructors at Trail Glades Range. Jessie has always been welcoming and demonstrated passion and professionalism during the interactions I have had with him. He is a knowledgeable and patient instructor and goes the extra mile to share that knowledge and pass it on to others so they can improve their skills with safety top of mind. I had plenty of interactions with Jessie and his family as well. He is a family man and adores his children and wife and enjoys a very close relationship with his parents, siblings and others in his extended family.

Thank you for your time.

Sincerely,

Thomas Rotondi

March 27 2022

To Whom it may concern:

My name is Grisel Acosta , I'am not a blood relative of Jesus Menocal Jr ( Jessie )
I'am the aunt of his wife Jescenia Menocal , for me Jessie has always been respectable
and with good manners , does not smoke or drink and is a great spouse to my niece and
an excellent father with his kids .

Jessie is always present in all his kids activities, like his boy's soccer games and practices
as well his daughter's dance classes and recitals . He is an excellent son with his parents .
He looks after them always, now more than ever that his father is ill . Jessie is always willing
To help anyone who needs help, even strangers. For me his another nephew just like my blood
nephews.

I am writing this letter because I want you to know what a good person , honorable and hard
worker my nephew Jessie is .

Thank you for taking the time to read my letter .

Sincerely
Grisel Acosta

Eddie Magarino



March 29, 2022

To the Honorable Kathleen Williams United States District Court Judge Southern District of Florida.

Honorable Judge Williams:

My name is Eddie Magarino, I'm a 26 year veteran of Law Enforcement and currently still active as a Miami Dade Police Detective.

I'm writing this character reference letter for Jesus Menocal Junior reference this case. I first met Jesse Junior as we call him while I was employed for the City of Sweetwater Police Department in Sweetwater, Florida back in February of 1996. At this time, Jesse Junior's father Jesus Menocal Senior was the current police chief of the Sweetwater Police Department. I remember Jesse Junior as a little boy coming around the roll call area of the station greeting the officers. As years progressed he continue to be a humble young man and very respectful towards everyone. Jesse Junior then became a City of Hialeah Police Officer and then proceeded to become a member of their elite special weapons and tactics (S.W.A.T) team serving with distinction and honor. Jesse Junior continued to follow his father and uncles footsteps. Jesse Junior while off duty still continued to help and mentor other members of other different police departments in their tactical training and firearms proficiency.

I've personally observed Jesse junior interacting with several members of his community where I've observed his humbleness and total respect towards others. I characterize him as a gentle giant young man with a good heart and family values.

Honorable Judge Williams, I am writing this character reference letter to you for your deepest consideration.

Thank you so much for taking the time to read my letter for consideration.

Sincerely,

Eddie Magarino

Officer Jorge Luis Silva Sixto



March 19th, 2022

To Honorable Kathleen Williams, United States Court Judge of the Southern District of Florida,

I Officer J. Silva Sixto have been working at the Hialeah Police Department for 5 years, of which 2 years I was under the command of Sergeant Jesus "Jesse" Menocal Jr.; from the beginning of 2018 to the end of 2019. During my career in the Hialeah Police Department, I have worked as a Field Training Officer for approximately 2.5 years. Jesse was the first Sergeant who told me that I should become a Field Training Officer. During the time that I worked under Jesse's command, which was mostly during the midnight and mornings shifts, he always showed me how to perform my job with honor, pride, and integrity. I knew that Jesse was a family man, who was married and had two kids. I can not speak on behalf of his personal life as I did not share any of those moments with him.

During the times I worked alongside him, he showed me how to efficiently perform my duties as an officer. Many times, he showed me how to keep myself safe, no matter what time type of call i was on. He always had the best interest in the well-being of his officers, so they could return home in the same condition or better than that in which they arrived. For example, he showed me different ways in which to approach closed or open doors and was very calm and patient when he gave me advice.

At work, Jesse always did the right thing. He always came ready to work and was always upholding the law during the many different arrests which I made alongside him. Jesse would always be there when I needed his help while authoring an Arrest Affidavit. At times, he would explain the right things as well as those that were wrong. If we did not know which was the correct Florida State Statute to use, he would challenge me and require me to read further into the statute to see which was the correct subsection to use. He always wanted us to become better officers and this is something that I currently practice and preach with my trainees. He always wanted to keep the citizens of the City of Hialeah safer. He was liked and admired by many of his co-workers. Jesse was always someone that I looked up to and was always a great source of knowledge.

Respectfully,

Officer Jorge Luis Silva Sixto

*Translated by Caryn Pfennig, Paralegal for Ratzan & Faccidomo on March 21, 2022*

Bertha Alvarez

██████████████████

March 15, 2022

The Honorable Kathleen Williams
Unites States District Court Judge of The Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Ave, Suite 400
Miami, Florida 33133

RE: *United States of America vs Jesus Manuel Menocal Jr.*

My name is Bertha Alvarez, I work as a housekeeper, and I have known Jesus Manuel Menocal Jr. since he was a child with a school bag on his back. I have seen how Jesus has grown and been raised into the man he is today. He is very professional, concerned about everyone and has always been very respectful. I am very familiar with his parents, and I know the values and respect they have instilled in him. His parents are the example of integrity and respect.

His work life has always been the police and his interests have always been to protect and serve the community. He has been a young man involved in helping others in different communities, for him there was never any discrimination in his way of helping. For example, when there are hurricanes, we make food to distribute to those who need it, with their own funds. I have known him for 26 years and he is simply an incredible man with good feelings.

I appreciate the attention to the present.

Sincerely,


Bertha Alvarez

████████████████

Bertha Alvarez

March 15, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida
c/o Ratzan & Faccidomo, LLC
2850 Tigertail Ave, Suite 400
Miami, Florida 33133

RE: *United States of America vs Jesus Manuel Menocal Jr.*

Mi nombre es Bertha Alvarez, trabajo como housekeeping y conozco a Jesus Manuel Menocal,
Jr. desde que era un niño con la mochila de escuela en su espalda. Yo he visto como Jesus a
crecido y ha sido criado en el hombre que es hoy en dia. El es muy profesional, procupado por
todos y ha sido siempre muy respetuoso. Yo estoy muy familiarizada con sus padres y conozco
los valores y respeto que le han inculcado.  Sus padres son el ejemplo de la integridad y el
respeto.

Su vida de trabajo siempre ha sido la policia y sus intereses siempre han sido proteger y servir a
la comunidad. El ha sido un joven involucrado en ayudar a los demas en diferentes
comunidades, para el nunca hubo discriminacion en su forma de ayudar. Por ejemplo cuando
hay huracanes hacemos comida para repartir a quien lo necesita, con sus propios fondos
economicos. Son 26 años que tengo de conocerlo y simplemente es un hombre increible con
buenos sentimientos.

Agradezco la atencion a la presente.

Atentamente,

Bertha Alvarez

**Mr. Armando Valdes**



March 11, 2022

The Honorable Kathleen Williams
United States District Court Judge of the Southern District of Florida

Re: Character Reference for Jesus Menocal, Jr.

Honorable Judge Williams:

My name is Armando Valdes, a 29-year Miami Police veteran and retiree. I presently teach at Miami Dade College, School of Justice as a Primary Police Instructor. I am writing in reference to the case involving Jesus Menocal, Jr.

I originally met Menocal, Jr. through his father, the same way I met his sister and cousins, who are all proud local and federal law enforcement officers. I have known Jesus now for well over 15 years. Throughout the years, I have personally seen his work ethics, as well as his personal character during several family gatherings.

Jesus is well-regarded among Police Officers and Police Instructors. He and I have taught together during several Police High Risk Training Courses and he has always conducted himself in an upmost efficient, professional and responsible manner.

I know Jesus to have no vices. I know him to be trustworthy, honest, truthful and a considerate person, both at work and while with his family.

I have written this letter to you for your review and to provide an insight on Jesus Menocal Jr.'s character.

Thank you for taking the time to read my letter.

Sincerely,

Armando Valdes

3/10/2022

To: The Honorable Kathleen Williams, United States District Court Judge of the Southern District of Florida,

My name is Elizabeth Suarez, I currently work for a security company (ARSEC) here in Miami Florida. I met Jesus "Jessie" Menocal Jr back in May 2019. I had signed up for a "Stop the Bleed" course his family business was offering ( Menocal International Training). Jesus "Jessie" Menocal was on as the lead instructor for the day. Immediately I saw his professionalism, his passion to teach others. I kept taking different courses with his family business because every time you were around them, they make you feel like you are family, and they always look out for your best interest. They are very professional and knowledgeable.

The current job I have now, I was able to get because of Jesus "Jessie" Menocal. He went out of his way to make sure I became employed by the security company. He recommended me and granted me an interview. Even after I became employed, he would call to check up on me and see how things were going and if there was anything I needed. Jesus "Jessie" Menocal has always been a very thoughtful and helpful person. He has treated me with respect and has helped me advance in my career.

Sincerely,

Elizabeth Suarez

**From:** Pedro Rojas
North Miami Beach Police Department



April 3, 2022

**To:** The Honorable Kathleen Williams
United States District Court of the Southern District of Florida

**Re:** Character Reference for Jesus Manuel Menocal Jr. "Jesse"

Dear Judge Williams,

My Name is Pedro Rojas and I am writing in reference to Jesus Menocal Jr. "Jesse". I have been a law enforcement officer for over 26 years holding several positions from a SWAT operator, Patrol Officer, Detective and a Police Instructor.

I have known Jesus Menocal Jr "Jesse", since he was a young boy. I have worked with him as a police instructor teaching basic recruit academies and in-service training. I have known him to have the highest level of integrity and excellent work ethics. He has demonstrated through the years I have known and worked with him to be honest and thoughtful. I know that he is remorseful and embarrassed for the mistake he made. Jesse. is, in short, a good person. He has always been kind and generous with others. Jesus has a strong sense of duty, which applies to his family, and community.

Jesse good character carries on to the community and how he has built a beautiful family. I have known the Menocal Family for practically my entire career. I have worked alongside his father who is a law enforcement officer and Jesse teaching several high risk and tactical classes.

If you have any question, please do not hesitate to contact me.


Sincerely,