# UNITED STATES OF AMERICA
# V.
# JESUS MANUEL MENOCAL, JR.

## CASE NO.: 19-CR-20822-KMW

## <u>"COMPOSITE EXHIBIT B"</u>

- Commendation(s)
- Certificate(s) of Appreciation
- Professional Evaluation(s)



# *City of Hialeah*
# POLICE DEPARTMENT
### CHIEF MARK N. OVERTON



| HONOR | PRIDE | DETERMINATION |
|---|---|---|

December 2, 2011

**MEMORANDUM**

**TO:**        Officer Jesus Menocal

**FROM:**     Mark N. Overton
             Chief of Police

**SUBJECT:**    **COMMENDATION**

You are commended for your actions on November 16, 2011.

On this date, you observed two subjects riding bicycles along a residential area in District 5. These two subjects are known gang members and burglary subjects. As you attempted to make contact with the subjects, they began to speed away then ignored your commands to stop. Both subjects dropped their bicycles and attempted to enter a residence. You were able to detain both subjects without further incident.

During your investigation, you were able to develop a rapport with both subjects. They confessed that the two bicycles were stolen. They were taken during two separate burglaries to unoccupied residences. The subjects agreed to take you on location where the victims were identified. The burglaries had not been reported. The victims were very appreciative and told you they did not report the incident thinking the bicycles would never be located.

I commend you for your dedication and alertness, as a result of your persistence, two known burglary subjects were apprehended and the victim's property was returned. Your actions on that date were consistent with the highest standards of professional law enforcement.

MNO:lg



# *City of Hialeah*
# POLICE DEPARTMENT
### CHIEF MARK N. OVERTON



| HONOR | PRIDE | DETERMINATION |

August 23, 2011

**MEMORANDUM**

**TO:**

| | |
|---|---|
| Commander Oscar Amago | Officer Nelson Enriquez |
| Lieutenant Norberto Alvarez | Officer Mark Quinlan |
| Lieutenant Orlando Salvat | Officer Harold Garzon |
| Sergeant Ramiro Del Nodal | Officer Reyneris Morales |
| Sergeant Luis Garcia | Officer Amado Alvarez |
| Sergeant Richard Beato | Officer Louis Herrera |
| Sergeant Ernesto Gutierrez | Officer Antonio Sentmanat |
| Sergeant Andrew Lopez-Cao | Officer Jesus Menocal |
| Officer Miguel Suarez | Officer Victor Cabrera |
| Officer James Gutierrez | Officer Richard Quintero |
| Officer Nirio Nieves | Officer Manuel Alvarez |
| Officer Laureano Garcia | Officer William Rawley |
| Officer Amado Herrera | Officer Nancy Perez |
| Officer Azael Acay | Officer Raul Sanchez |
| Officer Raul Somarriba | Officer Frank Mendieta |
| Officer Fernando Hernandez | Officer James Yin |
| Officer Fernando Carvajal | Officer Joseph Thomas |
| Officer Manuel Diez | Officer Robert Williams |

**FROM:**      Mark N. Overton
              Chief of Police

**SUBJECT:**      **COMMENDATION**

You are commended for your actions on August 4, 2011.

On this date you were assigned to a task force designed to target criminal activity throughout the City. Together you conducted 181 traffic stops, issued 157 traffic citations and initiated 21 arrests. Your efforts proved successful, as no violent crimes were reported during the hours of your operation.

I commend you for your efforts and dedication to duty. Your actions on this date were consistent with the highest standards of professional law enforcement.

MNO:os

5555 East 8th Avenue · Hialeah, Florida · 33013-1300

**Carlos Hernandez**
Mayor

**Isis Garcia-Martinez**
Council Vice President



Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue-Fuente**
**Luis Gonzalez**
**Jose Yedra**

# City of Hialeah

June 10, 2011

Honorable Judge Jacqueline Schwartz
County Judge
Eleventh Judicial Circuit of Florida
11 East 6th Street
Hialeah, Florida 33010

Dear Honorable Judge Schwartz:

I am in receipt of your letter of May 10, 2011, in which you commend the following officers for their participation during the "Law Day Event":

Major Raleigh Flowers
Commander Ralph Nazario
Lieutenant Norberto Alvarez
Detective Eddie Rodriguez
Detective Adrian Gonzalez
Officer James Yin
Officer Harold Garzon
Officer Barbaro Hernandez

Officer Freddy Batista
Officer Carlos Garcia
Officer Antonio Sentmanat
Officer Richard Quintero
Officer Jesus Menocal
Officer Louis Herrera
Officer John San Pedro

We are pleased to know that their dedication and professionalism reflects credit upon the Hialeah Police Department. They will be advised of your complimentary comment and a copy of your letter, along with my reply, will become a permanent part of their personnel file.

Sincerely,

Mark N. Overton
Chief of Police

MNO:md

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov



COUNTY COURT
ELEVENTH JUDICIAL CIRCUIT OF FLORIDA

**RECEIVED**
MAY 16 2011
**CHIEF OF POLICE**

HIALEAH BRANCH COURTHOUSE
11 EAST 6TH STREET
HIALEAH, FLORIDA 33010

JACQUELINE SCHWARTZ
COUNTY JUDGE

**Chief Mark Overton**
City of Hialeah Police Department
5555 East 8th Avenue
Hialeah, FL 33013

May 10, 2011

**Re: LAW DAY EVENT – MAY 6, 2011**

Dear Chief Overton:

I would like to take this opportunity to thank you and the City of Hialeah Police Department for your participation in our "Law Day Event". At this time, I would also like to thank Detective Eddie Rodriguez, Lutienant Norberto Alvarez, Commander Ralph Nazario, Major Raliegh Flower, K-9 Unit and the S.W.A.T. team for putting together a great presentation for the students of this community.

Sincerely,

Hon. Judge Jacqueline Schwartz
JS/eg

**Julio Robaina**
Mayor

**⁀arlos Hernandez**
Council President

**Jose Yedra**
Council Vice President



Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

# City of Hialeah

February 23, 2011

<u>MEMORANDUM</u>

TO:    Lieutenant Kay White              Officer James Gutierrez

Lieutenant Norberto Alvarez    Officer Laureano Garcia
Lieutenant Orlando Salvat      Officer Raul Somarriba
Sergeant Eric Sosa              Officer Yoleido Niebla
Officer Carlos Milian          Officer Ariel Hernandez
Officer Luis Salas              Officer Marlon Espinoza
Officer Norberto Lopez        Officer Fernando Carvajal
fficer Nirio Nieves            Officer Jesus Menocal
Officer Richard Quintero     Officer Wilber Gonzalez
Officer Joseph Thomas       Officer Antonio Sentmanat

FROM:    Mark N.Overton
Chief of Police

SUBJECT:    <u>COMMENDATION</u>

You are commended for your actions on February 7, 2011.

You were selected to participate in a Crime Suppression detail targeting Quality of Life Issues throughout the city. Together you initiated 34 arrests, issued 26 citations and made over 200 citizen contacts.

I commend you for your teamwork and dedication to duty. Your action on this date was consistent with the highest standards of professional Law Enforcement.

MNO:os

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council President

**Jose Yedra**
Council Vice President



Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

# City of Hialeah

October 27, 2010

<u>MEMORANDUM</u>

TO:        Sergeant Luis Garcia
           Officer Jesus Menocal
           Officer Antonio Sentmanat
           Officer Freddy Batista
           Officer Luis Herrera
           Officer Mark Quinlan

FROM:      Mark N. Overton
           Chief of Police

SUBJECT:   <u>COMMENDATION</u>

You are commended for your actions on September 29, 2010.

On this date, a citizen of the City of Hialeah was the victim of a growing trend of vehicle burglaries. The preferred method for the subjects is to wait for the victims to exit their vehicle, usually at a gas station or a child care center. Once the victim enters the location, the subjects enter the victim's vehicle either by an unlocked door or by forced entry. The subjects usually take the victim's purse or wallet and proceed to use their identification and credit cards at other locations.

During this incident, the victim arrived at a gas station. The victim entered the gas station, while leaving her vehicle unlocked with her six year old child inside. Two subjects arrived at the gas station and as in other incidents, one of the subjects entered the victim's vehicle. The subject ignored the fact that the vehicle was occupied by the child and took the victim's purse. The subjects proceeded to other locations, where the victim's credit cards were used.

A partial tag was obtained by a witness at the scene. CST Officers arrived and began collecting information including the subject's vehicle's description. While Officer Batista began a comprehensive computer check of the partial tag, the other officers saturated areas commonly frequented by the subjects. Soon after beginning your investigation, a possible tag was found to match the description of the subject's vehicle.

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov

Commendation
Page Two
October 27, 2010

A vehicle with two subjects, which matched the description, was spotted traveling in the area where the tag was registered to. These two subjects were subsequently arrested after the victim's property was located in their possession. Further investigation later revealed these subjects were also responsible for other vehicle burglaries in other surrounding cities.

I commend you for your dedication, and alertness. As result of your persistence, two burglary subjects, who were obviously going to continue their ways, were identified and apprehended. Your actions on this date were consistent with the highest standards of professional law enforcement.

MNO:lg

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council President

**Jose Yedra**
Council Vice President



# City of Hialeah

March 25, 2010

Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

<u>**MEMORANDUM**</u>

**TO:**        Officer Jesus Menocal Jr.

**FROM:**      Mark N. Overton
              Chief of Police

**SUBJECT:**    <u>**COMMENDATION**</u>

You are commended for your actions on February 2, 2010.

You conducted a traffic stop of a black Ford F-350 in the area of West 20 Avenue and 56 Street. Upon making contact with the driver/suspect, who had just rolled his window down, Officer Menocal could smell a strong odor of marijuana emitting from within the vehicle. After obtaining a consent to search form signed by the suspect, a search of the truck's interior discovered a gallon sized clear bag containing approximately 165 grams of marijuana.

Post waiver of Miranda Rights per form, the driver/suspect admitted he obtained the marijuana from a friend in the southwest section of Miami-Dade County. The suspect was charged accordingly and transported to jail. Your actions on that date were consistent with the highest standards of professional law enforcement.

MNO:rn

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council Vice President

**Jose Yedra**
Council Vice President



# City of Hialeah

December 28, 2009

Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

<u>**MEMORANDUM**</u>

**TO:**      Officer Jesus Menocal Jr.

**FROM:**    Mark N. Overton
            Chief of Police

**SUBJECT:**   <u>**COMMENDATION**</u>

You are commended for your actions on November 10, 2009.

You conducted a traffic stop of a Silver Toyota in front of 765 West 30 Street. As you dealt with the suspect, Javier Millares, you observed several packages of Cialis pills in plain view from the driver's window. Post Miranda Rights and a "Consent to Search", per forms, Millares advised he bought the pills from an old man he would not name, for $4 dollars a pill. Millares further advised there was a small amount of Marijuana in the home. A search of the suspect's bedroom netted 40 Ecstasy pills, 14 Xanax pills, several baggies of Cocaine, 20 baggies of Marijuana and a larger sandwich bag of Marijuana. The suspect was charged accordingly and transported to jail.

Your actions on that date were consistent with the highest standards of professional law enforcement, as you were able to identify and remove a drug dealer from our city streets.

MNO:rn

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council Vice President

**Jose Yedra**
Council Vice President



# City of Hialeah

September 11, 2009

Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

<u>**MEMORANDUM**</u>

**TO:**        Officer Jesus Menocal Jr.

**FROM:**      Mark N. Overton
              Chief of Police

**SUBJECT:**   <u>**COMMENDATION**</u>

You are commended for your actions on August 10, 2009.

On this date, you along with the rest of CST adjusted your shift to the early morning hours. At approximately 0430 hours, you observed suspects Torres and Pupo in a 1995 Oldsmobile with its lights on and engine running. Torres and Pupo were pulling/tearing the ignition apart at the time of your observation. Preliminary investigation revealed the suspects did not own the Oldsmobile. It was also revealed that Pupo had a car radio in her purse. Post waiver of Miranda Rights, both suspects admitted they were in the process of stealing the Oldsmobile from in front of the victim's home. Further investigation discovered the radio in Pupo's purse belonged to one of several vehicles the suspects had burglarized earlier in the evening.

Due to your keen observation and dedication, two active burglars were removed from the streets of Hialeah and several cases were cleared. Your actions on that date were consistent with the highest standards of professional law enforcement.

MNO:rn



**Julio Robaina**
Mayor

**Carlos Hernandez**
Council Vice President

**Jose Yedra**
Council Vice President

Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

# City of Hialeah

April 17, 2009

<u>MEMORANDUM</u>

**TO:**  Lieutenant Phillip Kennedy
Lieutenant Ricardo Plasencia
Sergeant Rene Gigato
Sergeant Fernando Montalvo
Sergeant Antonio Luis
Sergeant Michael Rosengaus
Sergeant Willie Leonard
Detective Manuel Montalvo

Officer Jose Maranon
Officer Jorge Garcia
Officer Jesus Menocal

Officer Freddy Batista
Officer Raul Castellon
Officer Josue Monier
Officer Matthew Aiken
Officer Ernesto Bandiera
Officer Andy Descalzo
Officer Luis Rivera
Officer Fernando Hernandez
Officer Nicholas Lopez
Officer Eliecer Chavarria
Officer Jerome Williams

**FROM:**   Mark N. Overton
Chief of Police

**SUBJECT:**   <u>COMMENDATION</u>

You are commended for your actions on March 28, 2009.

On this date, you all responded in emergency mode to the area of West 12 Avenue and 61 Street. This was in reference to a male that pointed a shotgun at several people along the roadway. Although the immediate description of the male subject was vague, you all responded to provide assistance to the victims, and back up to our fellow officers. The investigation determined that the male subject went inside 1200 West 61 Place. It was later determined that the residence was occupied with at least two other people inside, and could be a possible armed hostage situation.

Officers Matthew Aiken, Eliecer Chavarria, Jose Maranon, Josue Monier, Ernesto Bandiera, Andy Descalzo, Luis Rivera, Fernando Hernandez, Nicholas Lopez, Jerome Williams, and Jorge Garcia responded first and took strategic points around the residence and roadways. This blocked any possibility of the subject escaping from inside the residence.

Lieutenants Ricardo Plasencia and Phillip Kennedy assumed command of this incident, and coordinated your actions through Sergeants Rene Gigato, Michael Rosengaus, Antonio Luis, and Willie Leonard. From Sergeant's Leonard vantage point, he saw the subject inside the residence with a shotgun. Lieutenant Phillip Kennedy instructed dispatch get in contact, by phone, with the subject inside the residence. Lieutenant Ricardo Plasencia and Officer Manuel Montalvo immediately started crisis negotiations with the subject over the phone.

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov

Commendation
Page Two
April 17, 2009

Sergeant Fernando Montalvo, with Officers Jesus Menocal, Freddy Batista, and Raul Castellon started developing a tactical strategy to get subject and other residents safely from the residence.

Lieutenants Ricardo Plasencia and Officer Manuel Montalvo were successful in negotiating with the subject to surrender himself. After 47 minutes of this incident occurring, the subject surrendered and was taken into custody without incident. All occupants that were inside the residence during this incident were found to be safe. A shotgun, AK-47, and two semi-auto firearms were discovered inside the dining room area. All the firearms were registered to the subject, who works as a bail bondsman agent. A bullet-proof vest and a pepper spray air gun were also discovered in the subject's vehicle. All the victims positively identified the subject in a show up.

This was a dangerous situation and had the potential to be deadly, had it not been for the proper tactics utilized by the personnel listed in this commendation. Your quick response to the scene prevented the subject's escape, your competency and coolness under pressure, and your cohesiveness working together, made this incident successful. Your actions on this date were consistent with the highest standards of professional law enforcement.

MNO:na

**Julio Robaina**
Mayor

~~arlos Hernandez~~
Council Vice President

**Jose Yedra**
Council Vice President

Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

# City of Hialeah

January 26, 2009

*REVISED*

TO:      Lieutenant Ricardo Plasencia      Officer Sergio Diaz
         Lieutenant Raul Suau              Officer Alexander Dorado
         Sergeant Luis Garcia              Officer Dimitri Emilien
         Sergeant Gabriel Gonzalez         Officer Eddie Garcia
         Sergeant Jorge Llanes             Officer Carlos Guevara
         Sergeant Antonio Luis             Officer Fernando Hernandez
         Sergeant Manuel Rodriguez         Officer Francisco Hernandez
         Sergeant David Toledo             Officer Juan Iglesias
         Officer Rene Arce                 Officer Jesus Menocal
         Officer Ernest Bandiera           Officer Daniel Pelaez
         Officer Raul Castellon            Officer Luis Rivera
         Officer Andy Descalzo             Officer Robert Williams

FROM:    Mark N. Overton
         Chief of Police

SUBJECT:   <u>COMMENDATION</u>

You are commended for your actions on December 13, 2008.

On that day, units were dispatched to the area of West 2 Avenue and 35 Street reference shots heard in the area. Units canvassed the area until a complainant approached an officer and provided information concerning an armed subject firing his weapon. The location of the subject was ascertained and a Command Post was established nearby. Several officers assumed a tactical position to the rear yard of the subject's residence, while a Rapid Action and CNT Team were assembled. Unsure as to whether or not the subject had knowledge that police were on the scene, the Rapid Action Team accompanied by CNT personnel attempted to make contact with him.

As soon as the CNT officer announced our presence over the bullhorn, the subject stepped outside of his efficiency and fired a shot in direction of an officer who was in the rear yard. The officer was not injured and the Shift Commander initiated a SWAT/CNT callout. Pending SWAT's arrival, the Rapid Action Team continued attempts to make verbal contact with the subject. Once again, the subject fired several more shots.

Several minutes elapsed before the subject walked outside of his residence and surrendered himself to police. The subject was placed into custody without further incident. Once the residence was cleared, SWAT/CNT were de-activated.

Commendation
Page Two
January 26, 2009

*REVISED*

All involved demonstrated exceptional teamwork during a tumultuous and potentially fatal situation. A combination of tremendous restraint, exceptional officer safety skills and perseverance were utilized to peacefully resolve a volatile situation. Each of you is to be commended for your teamwork and professionalism.

Your actions on that date were consistent with the highest standards of professional law enforcement.

MNO:kw



**Julio Robaina**
Mayor

**Esteban Bovo**
Council President

**Carlos Hernandez**
Council Vice President

Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Isis Garcia-Martinez**
**Luis Gonzalez**
**Jose Yedra**

# City of Hialeah

September 9, 2008

**MEMORANDUM**

TO:            Officer Kenny Wilcox
               Officer Jason Couto
               Officer Jesus Menocal
               Officer Fernando Carvajal, Sr.

FROM:          Mark N. Overton
               Chief of Police

SUBJECT:       **COMMENDATION**

You are commended for your actions on August 30, 2008.

On that date, the three victims were talking while they were parked at the El Dorado Parking Lot at 1940 West 49 Street. Subject #3 dropped off Subjects #1 and #2, who approached the victims with the intent to rob them. Subject #2 pointed a black semi-automatic firearm at the three victims and asked them to step out of their vehicle, white Toyota Camry. The subjects took Victim #1's wallet and they fled on foot eastbound towards the Miami Dade College, where Subject #3 was supposed to pick them up. Victim #1, a male, told the female victims to leave the scene. He called the police and went looking for the subjects in his vehicle.

Upon your arrival, you began searching the area where the subjects were last seen and you located Subject #1 at the rear of Miami Dade College, at 1776 West 49 Street. Your back up units also began searching the area and one of them located the second subject at the Westland Executive Building, at 1790 West 49 Street. An off-duty K-9 Officer, Fernando Carvajal Sr., who was in the area, responded and located the all black Sig Sauer realistic looking semi-automatic firearm used in the crime. This firearm turned out to be a KWC P226 B.B. Gun and was located at the Red Lobster, at 1750 West 49 Street. The victim's wallet was also recovered. Subject #3 fled the scene in a white Mitsubishi Eclips once he observed the police units approaching the area. During the investigation, one of your back up units was able to obtain the third subject's name and telephone number and he convinced the subject to turn himself in. The third subject responded to the Westland Executive Building and was taken into custody. The subjects were positively identified by the victims.

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov

Commendation
Page Two
September 9, 2008

I commend you for your dedication, alertness, and as a result of your diligent efforts, three violent felons, who had committed an armed robbery and were going to commit other armed robberies in Hialeah, were removed from the community. The realistic looking firearm utilized was also taken off the streets. Your actions were consistent with the highest standards of professional law enforcement.

MNO:acg

September 2nd, 2008

**MEMORANDUM**

TO:    Officer Frank Mendieta
      Officer Pierre Lara
      Officer Jesus Menocal

FROM:   Mark N. Overton
      Chief of Police

SUBJECT:  **COMMENDATION**

You are commended for your actions on August 29th, 2008.

On that date, you were patrolling the residential area of West 13 Avenue and 36 Street since we have been having several occupied residential burglaries and sexual assaults on the elderly. You observed the subject jumping over a concrete and rod iron fence from inside the property onto the sidewalk. The victim, who was elderly male, came out of his residence after the subject while his elderly wife stayed inside. The subject had a black handle of a semiautomatic firearm sticking out of his waistband. The subject was taken into custody and disarmed without incident. The realistic firearm looking ended up being a B.B. gun. The subject had knocked on the door to see if anyone was at home or if they were asleep and he was looking into the front window of the house. No property was taken from the victim.The subject was positively identified by the victim.

I commend you for your dedication, alertness, and as a result of your diligent efforts, a violent felon who had committed a burglary was removed from the community.

Your actions were consistent with the highest standards of professional law enforcement.

MNO/acg

Julio Robaina
Mayor

Esteban Bovo
Council President

Carlos Hernandez
Council Vice President

Council Members

Jose F. Caragol
Vivian Casals-Muñoz
Isis Garcia-Martinez
Luis Gonzalez
Jose Yedra



# City of Hialeah

September 10, 2008

**MEMORANDUM**

**TO:**         Officer Frank Mendieta
             Officer Pierre Lara
             Officer Jesus Menocal

**FROM:**       Mark N. Overton
             Chief of Police

**SUBJECT:**    **COMMENDATION**

You are commended for your actions on August 29, 2008.

On that date, you were patrolling the residential area of West 13 Avenue and 36 Street, when you observed a subject jumping over a concrete and rod iron fence from inside the property onto the sidewalk. The subject had a black handle of a semiautomatic firearm sticking out of his waistband. Since we have been having several occupied residential burglaries and sexual assaults on the elderly, you noticed the victim, who was an elderly male coming out of his residence looking for the subject, while his elderly wife stayed inside. The subject had knocked on the door to see if anyone was at home or if they were asleep and he was looking into the front window of the house. At this time the subject was taken into custody and disarmed without incident. The realistic looking firearm ended up being a B.B. gun. No property was taken from the victim. The subject was positively identified by the victim.

I commend you for your dedication, alertness, and as a result of your diligent efforts, a violent felon who had committed a burglary was removed from the community. Your actions were consistent with the highest standards of professional law enforcement.

MNO:acg

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council President

**Jose Yedra**
Council Vice President

Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**



# City of Hialeah

April 30th, 2009

**MEMORANDUM**

**TO:**        **OFFICER JESUS MENOCAL**

**FROM:**    Mark N. Overton
Chief of Police

**SUBJECT:**    **REASSIGNMENT**

You are hereby reassigned in the Uniform Patrol Division, from Sector 2, to the the Crime Suppression Section, effective **Sunday, May 3rd, 2009.**

Please report to Commander Oscar Amago for assignment of duties and responsibilities.

MNO:mc

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council President

**Jose Yedra**
Council Vice President



# City of Hialeah

March 26th, 2009

Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

**MEMORANDUM**

**TO:**          **OFFICER JESUS MENOCAL**

**FROM:**        Mark N. Overton
                 Chief of Police

**SUBJECT:**     **ASSIGNMENT**

In conjunction with your duties in the Uniform Patrol Division, Sector 2, you are hereby assigned to the Crime Suppression Section, SWAT Unit, effective immediately.

Please report to Lt. Ralph Nazario for assignment of duties and responsibilities.

MNO:mc

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council Vice President

**Jose Yedra**
Council Vice President

Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

# City of Hialeah

November 10, 2009

John F. Timoney
Chief of Police
City of Miami Police Department
P.O. Box 016777
Miami, Florida 33101

Dear Chief Timoney: John.

Thank you for your recent letter in which you commend the
following members of the Hialeah Police Department for their
assistance this past October 2, 2009; they are:

SWAT
Lt. Rafael Nazario
Sergeant Ronald Duke
Sergeant Orlando Salvat
Sergeant Luis Garcia
Sergeant David Toledo
Detective Andres Rodriguez
Detective Hubert Ruiz
Detective Mike Moloney
Detective Osvaldo Rodriguez
Detective Luis Sanchez
Officer Carlos Garcia
Officer Barbaro Hernandez
Officer Andrew Lopez-Cao
Officer Jesse Menocal,Jr.
Officer Yan Perez
Officer John San Pedro
Officer Antonio Sentmanat
FF Lt. Caesar Espinosa
FF Chief Lazaro Guerra

K-9
Sergeant Ernesto Gutierrez
Officer Richard Quintero
Officer James Yin
Officer Fernando Carvajal
Officer Harold Garzon
Officer Joseph Thomas
Officer Fernando Hernandez

CRT

Sergeant Eric Sosa
Officer Azael Acay
Officer Laureano Garcia
Officer James Gutierrez
Officer Amado Herrera
Officer Nirio Nieves
Officer Raul Somarriba
Officer Miguel Suarez

Chief John Timoney
Page Two
November 10, 2009

We are pleased to know that their dedication and professionalism reflects credit upon the Hialeah Police Department. They will be advised of your complimentary comment and a copy of your letter, along with my reply, will become a permanent part of their personnel file.

Sincerely,

Mark N. Overton
Chief of Police

MNO:md

# City of Miami

RECEIVED



NOV -6 2009

PEDRO G. HERNANDEZ, P.E.
City Manager

CHIEF OF POLICE

NOV 0 2 2009

Chief Mark Overton
Hialeah Police Department
5555 East 8th Avenue
Hialeah, FL 33013

Dear Chief Overton:

On behalf of the Miami Police Department, I thank you for your department's quick response during a critical incident in our city on October 02, 2009. There was a tense situation in which one of our officers was assaulted when he encountered an armed subject with an AK-47 rifle.

Your department responded with over 30 members from SWAT, K-9 and other critical areas to lend assistance and we were therefore able to coordinate a comprehensive search for the suspect. We are confident that the apprehension occurred quickly because of the tremendous support we received from other local agencies.

We want to recognize the following personnel for their assistance:

| SWAT | K-9 | CRT |
|---|---|---|
| Lt. Rafael Nazario | Sergeant Ernesto Gutierrez | Sergeant Eric Sosa |
| Sergeant Ronald Duke | Officer Richard Quintero | Officer Azael Acay |
| Sergeant Orlando Salvat | Officer James Yin | Officer Laureano Garcia |
| Sergeant Luis Garcia | Officer Ferando Carvajal | Officer James Gutierrez |
| Sergeant David Toledo | Officer Harold Garzon | Officer Amado Herrera |
| Officer Andres Rodriguez | Officer Joe Thomas | Officer Nirio Nieves |
| Officer Hubert Ruiz | Officer Fernando Hernandez | Officer Raul Somariba |
| Officer Mike Moloney | | Officer Miguel Suarez |
| Officer Osvaldo Rodriguez | | |
| Officer Luis Sanchez | | |
| Officer Carlos Garcia *SWAT* | | |
| Officer Barbaro Hernandez *SWAT* | | |
| Officer Andrew Lopez-Cao *CST* | | |
| Officer Jesse Menocal, Jr. *CST* | | |
| Officer Yan Perez *CST* | | |
| Officer John San Pedro *SWAT* | | |
| Officer Antonio Sentmanat *CST* | | |
| FF Lt. Caesar Espinosa | | |
| FF Chief Lazaro Guerra | | |

*GANGE - Major - Pawn - Major Auto* (handwritten margin notes)






Chief Mark Overton
Page two

Rest assured that we stand ready and willing to assist you should the need ever arise.  Thank you again for all your support.

Sincerely,

John F. Timoney
Chief of Police

FGF:AG:RP:FD

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council Vice President

**Jose Yedra**
Council Vice President



Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

# City of Hialeah

October 19, 2009

Mr. Nick Grey
Fraud Investigator
The Marmaxx Group
National Task Force
1350 Linton Blvd.
Delray Beach, Florida 33444

Dear Mr. Grey:

I am in receipt of your letter dated October 7, 2009, in which you commend Sergeant Luis Lahera and the entire Burglary Unit for assisting with the retail theft investigation, the Detectives are: Juan Amaro, Yunior Pineiro, Vilner Eugene, Manuel Montalvo and Luis Servilla. Also being commended is the Crime Suppression Team who assisted in locating one of the subjects, they are: Lieutenant Ralph Nazario, Officers Yan Perez, Antonio Sentmanat, Jesus Menocal and Andrew Lopez-Cao.

We are pleased to know that their dedication and professionalism reflects credit upon the Hialeah Police Department. They will be advised of your complimentary comments and a copy of your letter, along with my reply, will become a permanent part of their personnel file.

Sincerely,

Mark N. Overton
Chief of Police

MNO:md

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov



October 7, 2009

Chief Mark N. Overton
5555 East 8th Avenue
Hialeah, Florida 33013

Dear Chief Overton,

     I would like to take this opportunity to acknowledge Sergeant Luis Lahera, and the entire Property Crimes Unit for their exceptional commitment and cooperation while working with the Marmaxx Group National Task Force.

Sergeant Lahera, as well as all the Property Crimes Unit detectives, has been instrumental in helping us direct our organized retail theft investigation to affect the arrest of Osleidys Estevez Gonzalez, Neirelys Llera Torrens, Madelin Acosta, Waltors Acosta and Ruben Torres. This theft scheme involved over $30,000 in losses to The Marmaxx Group, which encompasses TJ Maxx, Marshalls and Home Goods department stores.
A search of the subject's residence conducted during the investigation recovered approximately just over $ 12,000 in TJ Maxx merchandise.

As a result of this investigation and the efforts of Sergeant Lahera and his detectives, The TJX Companies, Inc. will now be able to prosecute the individuals involved and seek appropriate punishment and restitution for the crimes committed.  The TJX Companies believe that the most effective way to achieve maximum deterrence, prevention and prosecution of retail fraud/theft is through joint investigative partnerships with law enforcement such as the one utilized in this investigation.

Again, I would like to thank you and your team for a job well done.  We look forward to working with your agency on additional investigations in the near future.

Sincerely,

Nick Grey
Fraud Investigator
The Marmaxx Group
National Task Force
1350 Linton Blvd.,
Delray Beach, FL 33444
954-650-9519

Julio Robaina
Mayor

Carlos Hernandez
Council Vice President

Jose Yedra
Council Vice President



**Council Members**

Jose F. Caragol
Vivian Casals-Muñoz
Katharine E. Cue
Isis Garcia-Martinez
Luis Gonzalez

# City of Hialeah

September 11, 2009

**MEMORANDUM**

**TO:**       Officer Jesus Menocal Jr.

**FROM:**     Mark N. Overton
              Chief of Police

**SUBJECT:**  <u>COMMENDATION</u>

You are commended for your actions on August 10, 2009.

On this date, you along with the rest of CST adjusted your shift to the early morning hours. At approximately 0430 hours, you observed suspects Torres and Pupo in a 1995 Oldsmobile with its lights on and engine running. Torres and Pupo were pulling/tearing the ignition apart at the time of your observation. Preliminary investigation revealed the suspects did not own the Oldsmobile. It was also revealed that Pupo had a car radio in her purse. Post waiver of Miranda Rights, both suspects admitted they were in the process of stealing the Oldsmobile from in front of the victim's home. Further investigation discovered the radio in Pupo's purse belonged to one of several vehicles the suspects had burglarized earlier in the evening.

Due to your keen observation and dedication, two active burglars were removed from the streets of Hialeah and several cases were cleared. Your actions on that date were consistent with the highest standards of professional law enforcement.

MNO:rn

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council Vice President

**Jose Yedra**
Council Vice President



Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

# City of Hialeah

April 17, 2009

<u>MEMORANDUM</u>

TO:   Lieutenant Phillip Kennedy      Officer Freddy Batista
        Lieutenant Ricardo Plasencia    Officer Raul Castellon
        Sergeant Rene Gigato          Officer Josue Monier
        Sergeant Fernando Montalvo    Officer Matthew Aiken
        Sergeant Antonio Luis        Officer Ernesto Bandiera
        Sergeant Michael Rosengaus    Officer Andy Descalzo
        Sergeant Willie Leonard      Officer Luis Rivera
        Detective Manuel Montalvo     Officer Fernando Hernandez
        Officer Jose Maranon        Officer Nicholas Lopez
        Officer Jorge Garcia        Officer Eliecer Chavarria
        Officer Jesus Menocal       Officer Jerome Williams

FROM:    Mark N. Overton
          Chief of Police

SUBJECT:   <u>COMMENDATION</u>

You are commended for your actions on March 28, 2009.

On this date, you all responded in emergency mode to the area of West 12 Avenue and 61 Street. This was in reference to a male that pointed a shotgun at several people along the roadway. Although the immediate description of the male subject was vague, you all responded to provide assistance to the victims, and back up to our fellow officers. The investigation determined that the male subject went inside 1200 West 61 Place. It was later determined that the residence was occupied with at least two other people inside, and could be a possible armed hostage situation.

Officers Matthew Aiken, Eliecer Chavarria, Jose Maranon, Josue Monier, Ernesto Bandiera, Andy Descalzo, Luis Rivera, Fernando Hernandez, Nicholas Lopez, Jerome Williams, and Jorge Garcia responded first and took strategic points around the residence and roadways. This blocked any possibility of the subject escaping from inside the residence.

Lieutenants Ricardo Plasencia and Phillip Kennedy assumed command of this incident, and coordinated your actions through Sergeants Rene Gigato, Michael Rosengaus, Antonio Luis, and Willie Leonard. From Sergeant's Leonard vantage point, he saw the subject inside the residence with a shotgun. Lieutenant Phillip Kennedy instructed dispatch get in contact, by phone, with the subject inside the residence. Lieutenant Ricardo Plasencia and Officer Manuel Montalvo immediately started crisis negotiations with the subject over the phone.

Commendation
Page Two
April 17, 2009

Sergeant Fernando Montalvo, with Officers Jesus Menocal, Freddy Batista, and Raul Castellon started developing a tactical strategy to get subject and other residents safely from the residence.

Lieutenants Ricardo Plasencia and Officer Manuel Montalvo were successful in negotiating with the subject to surrender himself. After 47 minutes of this incident occurring, the subject surrendered and was taken into custody without incident. All occupants that were inside the residence during this incident were found to be safe. A shotgun, AK-47, and two semi-auto firearms were discovered inside the dining room area. All the firearms were registered to the subject, who works as a bail bondsman agent. A bullet-proof vest and a pepper spray air gun were also discovered in the subject's vehicle. All the victims positively identified the subject in a show up.

This was a dangerous situation and had the potential to be deadly, had it not been for the proper tactics utilized by the personnel listed in this commendation. Your quick response to the scene prevented the subject's escape, your competency and coolness under pressure, and your cohesiveness working together, made this incident successful. Your actions on this date were consistent with the highest standards of professional law enforcement.

MNO:na

Julio Robaina
Mayor

~rlos Hernandez
Council Vice President

Jose Yedra
Council Vice President

Council Members

Jose F. Caragol
Vivian Casals-Muñoz
Katharine E. Cue
Isis Garcia-Martinez
Luis Gonzalez

# City of Hialeah

January 26, 2009

*REVISED*

TO:       Lieutenant Ricardo Plasencia      Officer Sergio Diaz
          Lieutenant Raul Suau              Officer Alexander Dorado
          Sergeant Luis Garcia              Officer Dimitri Emilien
          Sergeant Gabriel Gonzalez         Officer Eddie Garcia
          Sergeant Jorge Llanes             Officer Carlos Guevara
          Sergeant Antonio Luis             Officer Fernando Hernandez
          Sergeant Manuel Rodriguez         Officer Francisco Hernandez
          Sergeant David Toledo             Officer Juan Iglesias
          Officer Rene Arce                 Officer Jesus Menocal
          Officer Ernest Bandiera           Officer Daniel Pelaez
          Officer Raul Castellon            Officer Luis Rivera
          Officer Andy Descalzo             Officer Robert Williams

FROM:     Mark N. Overton
          Chief of Police

SUBJECT:  <u>COMMENDATION</u>

You are commended for your actions on December 13, 2008.

On that day, units were dispatched to the area of West 2 Avenue and 35 Street reference shots heard in the area. Units canvassed the area until a complainant approached an officer and provided information concerning an armed subject firing his weapon. The location of the subject was ascertained and a Command Post was established nearby. Several officers assumed a tactical position to the rear yard of the subject's residence, while a Rapid Action and CNT Team were assembled. Unsure as to whether or not the subject had knowledge that police were on the scene, the Rapid Action Team accompanied by CNT personnel attempted to make contact with him.

As soon as the CNT officer announced our presence over the bullhorn, the subject stepped outside of his efficiency and fired a shot in direction of an officer who was in the rear yard. The officer was not injured and the Shift Commander initiated a SWAT/CNT callout. Pending SWAT's arrival, the Rapid Action Team continued attempts to make verbal contact with the subject. Once again, the subject fired several more shots.

Several minutes elapsed before the subject walked outside of his residence and surrendered himself to police. The subject was placed into custody without further incident. Once the residence was cleared, SWAT/CNT were de-activated.

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov

Commendation
Page Two
January 26, 2009

*REVISED*

All involved demonstrated exceptional teamwork during a tumultuous and potentially fatal situation. A combination of tremendous restraint, exceptional officer safety skills and perseverance were utilized to peacefully resolve a volatile situation. Each of you is to be commended for your teamwork and professionalism.

Your actions on that date were consistent with the highest standards of professional law enforcement.

MNO:kw

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council Vice President

**Jose Yedra**
Council Vice President



**Council Members**

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

# City of Hialeah

December 29, 2008

TO:    Lieutenant Ricardo Plasencia    Officer Freddy Diaz
       Lieutenant Raul Suau            Officer Alexander Dorado
       Sergeant Luis Garcia            Officer Dimitri Emilien
       Sergeant Gabriel Gonzalez       Officer Eddie Garcia
       Sergeant Jorge Llanes           Officer Carlos Guevara
       Sergeant Antonio Luis           Officer Fernando Hernandez
       Sergeant Manuel Rodriguez       Officer Francisco Hernandez
       Sergeant David Toledo           Officer Juan Iglesias
       Officer Rene Arce               Officer Jesus Menocal
       Officer Ernest Bandiera         Officer Daniel Pelaez
       Officer Raul Castellon          Officer Luis Rivera
       Officer Andy Descalzo           Officer Robert Williams

FROM:    Mark N. Overton
         Chief of Police

SUBJECT:    <u>COMMENDATION</u>

You are commended for your actions on December 13, 2008.

On that day, units were dispatched to the area of West 2 Avenue and 35 Street reference shots heard in the area. Units canvassed the area until a complainant approached an officer and provided information concerning an armed subject firing his weapon. The location of the subject was ascertained and a Command Post was established nearby. Several officers assumed a tactical position to the rear yard of the subject's residence, while a Rapid Action and CNT Team were assembled. Unsure as to whether or not the subject had knowledge that police were on the scene, the Rapid Action Team accompanied by CNT personnel attempted to make contact with him.

As soon as the CNT officer announced our presence over the bullhorn, the subject stepped outside of his efficiency and fired a shot in direction of an officer who was in the rear yard. The officer was not injured and the Shift Commander initiated a SWAT/CNT callout. Pending SWAT's arrival, the Rapid Action Team continued attempts to make verbal contact with the subject. Once again, the subject fired several more shots.

Several minutes elapsed before the subject walked outside of his residence and surrendered himself to police. The subject was placed into custody without further incident. Once the residence was cleared, SWAT/CNT were de-activated.

Commendation
Page Two
December 29, 2008

All involved demonstrated exceptional teamwork during a tumultuous and potentially fatal situation. A combination of tremendous restraint, exceptional officer safety skills and perseverance were utilized to peacefully resolve a volatile situation. Each of you is to be commended for your teamwork and professionalism.

Your actions on that date were consistent with the highest standards of professional law enforcement.

MNO:kw

**Julio Robaina**
Mayor

**Esteban Bovo**
Council President

**Carlos Hernandez**
Council Vice President



Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Isis Garcia-Martinez**
**Luis Gonzalez**
**Jose Yedra**

# City of Hialeah

September 10, 2008

<u>**MEMORANDUM**</u>

**TO:**        Officer Frank Mendieta
              Officer Pierre Lara
              Officer Jesus Menocal

**FROM:**      Mark N. Overton
              Chief of Police

**SUBJECT:**   <u>COMMENDATION</u>

You are commended for your actions on August 29, 2008.

On that date, you were patrolling the residential area of West 13 Avenue and 36 Street, when you observed a subject jumping over a concrete and rod iron fence from inside the property onto the sidewalk. The subject had a black handle of a semiautomatic firearm sticking out of his waistband. Since we have been having several occupied residential burglaries and sexual assaults on the elderly, you noticed the victim, who was an elderly male coming out of his residence looking for the subject, while his elderly wife stayed inside. The subject had knocked on the door to see if anyone was at home or if they were asleep and he was looking into the front window of the house. At this time the subject was taken into custody and disarmed without incident. The realistic looking firearm ended up being a B.B. gun. No property was taken from the victim. The subject was positively identified by the victim.

I commend you for your dedication, alertness, and as a result of your diligent efforts, a violent felon who had committed a burglary was removed from the community. Your actions were consistent with the highest standards of professional law enforcement.

MNO:acg

**Julio Robaina**
Mayor

**Esteban Bovo**
Council President

**Carlos Hernandez**
Council Vice President



**Council Members**

Jose F. Caragol
Vivian Casals-Muñoz
Isis Garcia-Martinez
Luis Gonzalez
Jose Yedra

# City of Hialeah

September 9, 2008

<u>MEMORANDUM</u>

TO:         Officer Kenny Wilcox
               Officer Jason Couto
               Officer Jesus Menocal
               Officer Fernando Carvajal, Sr.

FROM:      Mark N. Overton
             Chief of Police

SUBJECT:    <u>COMMENDATION</u>

You are commended for your actions on August 30, 2008.

On that date, the three victims were talking while they were parked at the El Dorado Parking Lot at 1940 West 49 Street. Subject #3 dropped off Subjects #1 and #2, who approached the victims with the intent to rob them. Subject #2 pointed a black semi-automatic firearm at the three victims and asked them to step out of their vehicle, white Toyota Camry. The subjects took Victim #1's wallet and they fled on foot eastbound towards the Miami Dade College, where Subject #3 was supposed to pick them up. Victim #1, a male, told the female victims to leave the scene. He called the police and went looking for the subjects in his vehicle.

Upon your arrival, you began searching the area where the subjects were last seen and you located Subject #1 at the rear of Miami Dade College, at 1776 West 49 Street. Your back up units also began searching the area and one of them located the second subject at the Westland Executive Building, at 1790 West 49 Street. An off-duty K-9 Officer, Fernando Carvajal Sr., who was in the area, responded and located the all black Sig Sauer realistic looking semi-automatic firearm used in the crime. This firearm turned out to be a KWC P226 B.B. Gun and was located at the Red Lobster, at 1750 West 49 Street. The victim's wallet was also recovered. Subject #3 fled the scene in a white Mitsubishi Eclips once he observed the police units approaching the area. During the investigation, one of your back up units was able to obtain the third subject's name and telephone number and he convinced the subject to turn himself in. The third subject responded to the Westland Executive Building and was taken into custody. The subjects were positively identified by the victims.

Commendation
Page Two
September 9, 2008

I commend you for your dedication, alertness, and as a result of your diligent efforts, three violent felons, who had committed an armed robbery and were going to commit other armed robberies in Hialeah, were removed from the community. The realistic looking firearm utilized was also taken off the streets. Your actions were consistent with the highest standards of professional law enforcement.

MNO:acg

**Betancourt, Isabel**

| | |
|---|---|
| From: | Betancourt, Isabel |
| Sent: | Thursday, August 30, 2007 11:30 AM |
| To: | Duke, Ronald |
| Subject: | RE: Youth Appreciation Day |

THANK YOU SERGEANT! TRULY APPRECIATE THE HELP.

ISA

-----Original Message-----

| | |
|---|---|
| From: | Duke, Ronald |
| Sent: | Thursday, August 30, 2007 11:23 AM |
| To: | Betancourt, Isabel |
| Subject: | Youth Appreciation Day |

Isabel,

The below listed personnel assisted the Department in our SWAT Demonstration during this past " Youth Appreciation Day "

Sgt. R. Duke
Reserve Lieutenant Joseph de Jesus
Lieutenant Humberto Valdes
Captain James V. Somohano
Ofc. Victor Espinosa
Det. Barbaro Hernandez
Ofc. Mark Quinlan
Ofc. John SanPedro
Sgt. Hai Vo
PPO Jesus Menocal
PPO Hilda Reyes
PPO Giselle Arias
Medic Lt. Lazaro Guerra
Medic Lt. Cesar Espinosa
Medic FF Osniedys Castillo

Should you need anything else please call me @ 754-234-7791.
RD

1

**Julio Robaina**
Mayor

**Esteban Bovo**
Council President

**Carlos Hernandez**
Council Vice President



Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Luis Gonzalez**
**Cindy Miel**
**Jose Yedra**

# City of Hialeah

September 6, 2007

Ms. Carmen Cue
Director
Communications & Special Events
City of Hialeah
Hialeah, FL. 33013

Dear Ms. Cue:

I am in receipt of your letter dated August 16, 2007, in which you commend Sergeant Ronald Duke, members of our SWAT Team and K9 Units for their involvement in the Youth Appreciation Day Event. We are pleased to know that their dedication and professionalism reflects credit upon the Hialeah Police Department.

They will be advised of your complimentary comments and a copy of your letter, along with my reply, will become a permanent part of their personnel file.

Sincerely,

Rolando D. Bolaños
Chief of Police

RDB:ib

**Raul L. Martinez Government Center**
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov

# CITY OF HIALEAH

## Communications & Special Events Department

### INTERDEPARTMENTAL MEMORANDUM

**TO:**     Police Chief, Rolando Bolaños          **DATE:** August 16, 2007

**FROM:** Carmen Cue, Communications &         **RE:**     **Thank you Memo**
Special Events Director                                                **Youth**
                                                                                       **Appreciation Day**

---

I would like to take this opportunity to thank you and your officers from the SWAT and K-9 units for the exceptional work and demonstration that was done at this years   Youth Appreciation Day event especially the combined efforts of Sgt. Ronnie Duke and the Fire Department for assistance with the SWAT paramedics. The event was a great success and we received compliments from many in attendance. Again, congratulations on a job well done and my most sincere gratitude. I look forward to all our future endeavors.

SWAT

Sgt. Ronald Duke - training          Det. Frank Penate - CID          **RECEIVED**

Ofcr. Victor Espinosa - training    Det. Guillermo Perez - SIS

Det. Luis Garcia - CID                    Det. Yan Perez - CID          AUG 20 2007

Det. Barbaro Hernandez - CID    Ofcr. Mark Quinlan - SS4          **CHIEF OF POLICE**

Ofcr. Luis Herrera - Patrol           Det. Andres Rodriguez - CID

Sgt. Andrew Lopez - CAO - SSI     Det. Osvaldo Rodriguez - CID

Det. Michael Moloney - CID          Det. Hubert Ruiz - CID

Ofcr. Fernando Montalvo - SS4     Sgt. Orlando Salvat - CID

Det. Ralph Nazario - CID              Offr. John San Pedro - training

Det. Mark Overton - Chief's          Det. Luis Sanchez - CID
Office

Ofcr. Antonio Sentmanat - Patrol    Det. Luis Servilla - SIS

Sgt. James Somohano - Sup.           Det. David Toledo - SIS
Serv.

S:\PublicRelations\ArnieAlonso\Thankyouletters\\\letterofcommendationhispanicheritage2007.doc

Lt. Humberto Valdes - SupServ

**Betancourt, Isabel**   082707 via interoffice mail

**To:** Bidart, Phillip; Somohano, James V.
**Subject:** Commendation

Dear Captain Bidart and Captain Somohano:

Attached please find a Commendation from the Director of Communications and Special Events, Ms. Carmen Cue.  She was very general in her letter when expressing her appreciation to the Swat Team and the K9 Unit.

Whenever possible, please indicate which members of your respective section participated in the Youth Appreciation Day Detail so  I can accurately process this thank you letter and place a copy in their personnel files.  Thank you in advance for your time and attention to this matter.

Thank You!
Isabel Betancourt
Public Service Aide
Hialeah Police Department
305.953.5309

1



' Betancourt, Isabel

To:                    Bidart, Phillip; Somohano, James V.
Subject:               Commendation

Dear Captain Bidart and Captain Somohano:

Attached please find a Commendation from the Director of Communications and Special Events, Ms. Carmen Cue. She was very general in her letter when expressing her appreciation to the Swat Team and the K9 Unit.

Whenever possible, please indicate which members of your respective section participated in the Youth Appreciation Day Detail so I can accurately process this thank you letter and place a copy in their personnel files. Thank you in advance for your time and attention to this matter.

Thank You!
Isabel Betancourt
Public Service Aide
Hialeah Police Department
305.953.5309

Hello
All of K-9 Back Page
& Luis Merrera. Thanks

Philip

1



THE VOICE OF LAW ENFORCEMENT

## DADE COUNTY POLICE BENEVOLENT ASSOCIATION, INC.

June 1, 2016

Mr. Jesus Menocal, Jr.
15110 SW 58 Street
Miami, FL 33193

Dear Sergeant Menocal:

The Dade County Police Benevolent Association honors law enforcement officers for acts of outstanding bravery and heroism at our annual Law Enforcement Awards Gala. We receive submissions from across the County nominating deserving officers for special recognition, and this year your name was among those submitted, either by a supervisor, a fellow officer or someone who felt you went above and beyond the call of duty.

Our Awards Committee had the difficult task of narrowing the selection to just a few finalists. We wish we could adequately acknowledge everyone who pins on a badge and is a hero on a daily basis, but it is simply not possible to do so at this event. While you were not selected as a finalist, nonetheless, your hard work and dedication to duty and to the community you serve is honorable and should be commended. Please accept the enclosed Certificate of Appreciation as a small token of our recognition of the honorable job that you do each day serving this community.

It takes a special person to face the situations that you do on a daily basis. The very act of pinning on a badge at the start of a shift, knowing the dangers you may face is in itself a testament to the commitment and dedication it takes to be a law enforcement officer. We congratulate you for your steadfastness and commend you for your bravery. Thank you for what you do every day, it does not go unnoticed. Stay safe.

Sincerely,

John Rivera
President

/Enclosure



*City of Hialeah*

# POLICE DEPARTMENT

### CHIEF SERGIO VELAZQUEZ



| HONOR | PRIDE | DETERMINATION |
|---|---|---|

July 27, 2012

Marla Alpizar
Director
Hialeah Education and Community Services
7490 West 24th Avenue
Hialeah, FL 33016

Dear Ms. Alpizar:

I am in receipt of your letter of July 16, 2012 where you commend the members of our Department (list attached) for their hard work and efforts towards helping with the City's Independence Day Celebration this past July 4th, 2012.

We are pleased to know that their dedication and professionalism reflects credit upon the Hialeah Police Department.  They will be advised of your complimentary comment and a copy of your letter, along with my reply, will become a permanent part of their personnel file.

Sincerely,

Sergio Velazquez
Chief of Police

SV:md



HIALEAH
EDUCATION AND
COMMUNITY SERVICES



RECEIVED
JUL 2 6 2012
CHIEF OF POLICE

July 16, 2012

City of Hialeah
Police Department
5555 East 8th Avenue
Hialeah, FL 33013

Dear Chief Velazquez,

On behalf of the Education and Community Services Department, I would like to thank you for all of your department's hard work and efforts towards helping us with the City's Independence Day Celebration this year. I'd like to commend the following officers and employees:

Commander George Fuente
Lt. Rick Plasencia
Lt. John Wall
Sgt. Luis Garcia
Sgt. Bony Herrera
Officer Luis Servilla
Jesus Menocal
Louis Herrera
Antonio Sentmanat
Freddy Batista
Gordon Spitler
Osvaldo Rodriguez
Michael Ramos
Carlos Garcia
James Gutierrez
Evi Cruz
Reyneris Morales
Luis Alvarez

Victor Cabrera
Manuel Alvarez
Amado Alvarez
Manuel Diez
Barbaro Rojas
Raul Sanchez
Nancy Perez
Azael Acay
Amado Herrera
Luis Curbelo
Nirio Nieves
Raul Somarriba
Laureano Garcia

Their work and dedication helped ensure the success of the event. Thank you.

Sincerely Yours,

| Adult Centers | Creative Learning & Play | Communications & Special Events | Hialeah Public Libraries | Special Population Program |
|---|---|---|---|---|
| 900 West 44 Place | Young Leaders with Character | 24 East 6 Street | 90 West 49 Street | 2250 West 60 Street |
| 33012 | Afterschool and Camp Programs | 33012 | 33012 | 33010 |
| 305  825  4947 | 305 . 818  9143 | 305  856  570 | 305  821  2700 | 305  824  5706 |



## City of Hialeah
# POLICE DEPARTMENT
### CHIEF SERGIO VELAZQUEZ



| HONOR | PRIDE | DETERMINATION |

April 12, 2012

Marla Alpizar
Director
7400 West 24th Avenue
Hialeah, FL 33016

Dear Ms. Alpizar:

I am in receipt of your letter of April 3, 2012 where you commend members of our Department (per letter attached), for their hard work in planning and executing this year's Art on Palm Festival. We are pleased to know that their dedication and professionalism reflects credit upon the Hialeah Police Department.

They will be advised of your complimentary comment and a copy of your letter, along with my reply, will become a permanent part of their personnel file.

Sincerely,

Sergio Velazquez
Chief of Police

SV:md



HIALEAH
EDUCATION AND
COMMUNITY SERVICES



RECEIVED

APR - 6 2012

CHIEF OF POLICE

April 3, 2012

City of Hialeah Police Department
5555 E 8th Ave
Hialeah, FL 33013

Dear Chief Velazquez,

On behalf of the Education and Community Services Department, I would like to thank you for all of your department's hard work end efforts in planning and executing the city's Art on Palm Festival this year. I'd like to commend the following officers for all their hard work:

| | | |
|---|---|---|
| Commander R. Nazario | Commander O. Amago | Reserve L. Gonzalez |
| Lieutenant J. Wall | Lieutenant G. Fuente | Reserve A. Llaneras |
| Sergeant R. Del Nodal | Sergeant E. Gutierrez | Reserve D. Kerrigan |
| Sergeant L. Garcia | Officer A. Herrera | Reserve O. Aguilera |
| Officer J. Gutierrez | Officer L. Garcia | Detective J. Fernandez |
| Officer A. Acay | Officer N. Nieves | Officer A. Cabrera |
| Officer R. Somorriba | Officer C. Garcia | Officer E. Consalvo |
| Officer L. Servilla | Officer J. Menocal | Officer K. Sherrod |
| Officer L. Herrera | Officer F. Batista | Officer E. Cruz |
| Officer B. Rojas | Officer N. Perez | Officer M. Morales |
| Officer R. Sanchez | Officer R. Morales | Officer J. Collar |
| Officer A. Descalzo | Officer Y. Niebla | Officer R. Marin |
| Officer W. Rawley | Officer M. Alvarez | Officer N. Lopez |
| Officer L. Alvarez | Officer V. Cabrera | Officer F. Hernandez |
| Officer A. Alvarez | Detective G. Spitler | Detective F. Caldara |
| Detective I. Suarez | Detective O. Rodriguez | Officer J. Yin |
| Officer N. Enriquez | Officer M. Carpio | |

I would additionally like to give special commendations to Commander Ralph Nazario, Commander Oscar Amago, and Officer Eric Devendorf for their extra hard work and dedication in the event's logistical planning process and for going above and beyond in their efforts. Thank you.

Sincerely Yours,

Marla Alpízar
Director

Education and Community Services Department • 7400 West 24 Avenue • Hialeah, Fl 33016 • 305.818.9143 Office • 305.818.9841 Fax

Adult Centers                 Creative Learning & Play           Communications & Special Events        Hialeah Public Libraries        Special Population Program



*City of Hialeah*

# POLICE DEPARTMENT

**CHIEF MARK N. OVERTON**



| HONOR | PRIDE | DETERMINATION |
|---|---|---|

December 2, 2011

<u>MEMORANDUM</u>

**TO:**      Officer Jesus Menocal

**FROM:**    Mark N. Overton
          Chief of Police

**SUBJECT:**   <u>COMMENDATION</u>

You are commended for your actions on November 16, 2011.

On this date, you observed two subjects riding bicycles along a residential area in District 5. These two subjects are known gang members and burglary subjects. As you attempted to make contact with the subjects, they began to speed away then ignored your commands to stop. Both subjects dropped their bicycles and attempted to enter a residence. You were able to detain both subjects without further incident.

During your investigation, you were able to develop a rapport with both subjects. They confessed that the two bicycles were stolen. They were taken during two separate burglaries to unoccupied residences. The subjects agreed to take you on location where the victims were identified. The burglaries had not been reported. The victims were very appreciative and told you they did not report the incident thinking the bicycles would never be located.

I commend you for your dedication and alertness, as a result of your persistence, two known burglary subjects were apprehended and the victim's property was returned. Your actions on that date were consistent with the highest standards of professional law enforcement.

MNO:lg

**5555 East 8th Avenue · Hialeah, Florida · 33013-1300**
Telephone (305) 953-5300



## *City of Hialeah*
# POLICE DEPARTMENT
### CHIEF MARK N. OVERTON



| HONOR | PRIDE | DETERMINATION |

August 23, 2011

<u>MEMORANDUM</u>

TO:

| | |
|---|---|
| Commander Oscar Amago | Officer Nelson Enriquez |
| Lieutenant Norberto Alvarez | Officer Mark Quinlan |
| Lieutenant Orlando Salvat | Officer Harold Garzon |
| Sergeant Ramiro Del Nodal | Officer Reyneris Morales |
| Sergeant Luis Garcia | Officer Amado Alvarez |
| Sergeant Richard Beato | Officer Louis Herrera |
| Sergeant Ernesto Gutierrez | Officer Antonio Sentmanat |
| Sergeant Andrew Lopez-Cao | Officer Jesus Menocal |
| Officer Miguel Suarez | Officer Victor Cabrera |
| Officer James Gutierrez | Officer Richard Quintero |
| Officer Nirio Nieves | Officer Manuel Alvarez |
| Officer Laureano Garcia | Officer William Rawley |
| Officer Amado Herrera | Officer Nancy Perez |
| Officer Azael Acay | Officer Raul Sanchez |
| Officer Raul Somarriba | Officer Frank Mendieta |
| Officer Fernando Hernandez | Officer James Yin |
| Officer Fernando Carvajal | Officer Joseph Thomas |
| Officer Manuel Diez | Officer Robert Williams |

FROM:     Mark N. Overton
          Chief of Police

SUBJECT:     <u>COMMENDATION</u>

You are commended for your actions on August 4, 2011.

On this date you were assigned to a task force designed to target criminal activity throughout the City. Together you conducted 181 traffic stops, issued 157 traffic citations and initiated 21 arrests. Your efforts proved successful, as no violent crimes were reported during the hours of your operation.

I commend you for your efforts and dedication to duty. Your actions on this date were consistent with the highest standards of professional law enforcement.

MNO:os

**5555 East 8th Avenue · Hialeah, Florida · 33013-1300**

**Carlos Hernandez**
Mayor

**Isis Garcia-Martinez**
Council Vice President



**Council Members**

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue-Fuente**
**Luis Gonzalez**
**Jose Yedra**

# City of Hialeah

June 10, 2011

Honorable Judge Jacqueline Schwartz
County Judge
Eleventh Judicial Circuit of Florida
11 East 6th Street
Hialeah, Florida 33010

Dear Honorable Judge Schwartz:

I am in receipt of your letter of May 10, 2011, in which you commend the following officers for their participation during the "Law Day Event":

| | |
|---|---|
| Major Raleigh Flowers | Officer Freddy Batista |
| Commander Ralph Nazario | Officer Carlos Garcia |
| Lieutenant Norberto Alvarez | Officer Antonio Sentmanat |
| Detective Eddie Rodriguez | Officer Richard Quintero |
| Detective Adrian Gonzalez | Officer Jesus Menocal |
| Officer James Yin | Officer Louis Herrera |
| Officer Harold Garzon | Officer John San Pedro |
| Officer Barbaro Hernandez | |

We are pleased to know that their dedication and professionalism reflects credit upon the Hialeah Police Department. They will be advised of your complimentary comment and a copy of your letter, along with my reply, will become a permanent part of their personnel file.

Sincerely,

Mark N. Overton
Chief of Police

MNO:md

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov



COUNTY COURT
ELEVENTH JUDICIAL CIRCUIT OF FLORIDA

RECEIVED
MAY 16 2011
CHIEF OF POLICE

HIALEAH BRANCH COURTHOUSE
11 EAST 6™ STREET
HIALEAH, FLORIDA 33010

JACQUELINE SCHWARTZ
COUNTY JUDGE

**Chief Mark Overton**
City of Hialeah Police Department
5555 East 8th Avenue
Hialeah, FL 33013

May 10, 2011

**Re: LAW DAY EVENT – MAY 6, 2011**

Dear Chief Overton:

I would like to take this opportunity to thank you and the City of Hialeah Police Department for your participation in our "Law Day Event". At this time, I would also like to thank Detective Eddie Rodriguez, Lutienant Norberto Alvarez, Commander Ralph Nazario, Major Raliegh Flower, K-9 Unit and the S.W.A.T. team for putting together a great presentation for the students of this community.

Sincerely,

Hon. Judge Jacqueline Schwartz
JS/eg

**Julio Robaina**
Mayor

**arlos Hernandez**
Council President

**Jose Yedra**
Council Vice President



# City of Hialeah

February 24, 2011

**Council Members**

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

MEMORANDUM                                                          *REVISED*

TO:

Major Raleigh Flowers
Commander Oscar Amago
Lt. Orlando Salvat
Lt. Kay White
Sgt. Richard Beato
Sgt. Luis Garcia
Sgt. Ernesto Gutierrez
Sgt. Eric Sosa
Ofc. Nicholas Lopez
Ofc. Ruben Miguel
Ofc. Adrian Gonzalez
Ofc. Felix Perez
Ofc. Rene Arce
Ofc. Jorge Garcia
Ofc. Roque Goitia
Ofc. Andrew Lopez-Cao
Ofc. Luis Herrera
Ofc. Antonio Sentmanat
Ofc. Mark Quinlan
Ofc. Jesus Menocal
Ofc. Yan Perez
Ofc. Freddy Batista
Ofc. Manuel Alvarez
Ofc. Timothy Parsons
Ofc. Victor Cabrera
Ofc. Manuel Diez
Ofc. Amado Alvarez
Ofc. Reyneris Morales
Ofc. Wilber Gonzalez
Ofc. Gabriel Casco
Ofc. Lorenzo Rodriguez
Ofc. Ariel Hernandez
Ofc. Carlos Milan

Ofc. John Sanpedro
Ofc. Barbaro Hernandez
Ofc. James Gutierrez
Ofc. Miguel Suarez
Ofc. Nirio Nieves
Ofc. Carlos Garcia
Ofc. Laureano Garcia
Ofc. Amado Herrera
Ofc. Raul Somarriba
Ofc. Azael Acay
Ofc. Nelson Enriquez
Ofc. Fernando Carvajal
Ofc. James Yin
Ofc. Fernando Hernandez
Ofc. Carl Puccio
Ofc. Richard Quintero
Ofc. Melanie Carpio
Ofc. Harold Garzon
Ofc. Joseph Thomas
Ofc. Barbaro Rojas
Ofc. Luis Alvarez
Ofc. Hilda Reyes
Ofc. Lellani Diaz
Ofc. Mayrelis Chavez
Ofc. Diego Torres
Ofc. Jessenia Moreno
Ofc. Erik Martin
Ofc. Raul Olivera
Ofc. Marlon Espinosa
Ofc. Gabriel Arrojas
Ofc. Kenneth Robinson
Ofc. Kern Dieudonne

FROM:                    Mark N. Overton
                         Chief of Police

SUBJECT:                 COMMENDATION

You are commended for your contributions to the City of Hialeah.

February 24, 2011
Commendation
Page Two

On November 26, 2010, the Hialeah Police Department launched its annual Holiday Task Force Detail. The 2010 Holiday Task Force officers were carefully selected based upon their unique skills, knowledge, and abilities. Due to the combined efforts of the Holiday Task Force Officers and Supervisors, The City of Hialeah, its residents, and holiday shoppers were the recipients of enhanced pro-active police enforcement designed to deter crime and intercept criminals who prey on victims during the holiday season.

Your commitment to preventing and maintaining a safe holiday season resulted in yet another year without any reports of violent crimes in the business and shopping corridor of the city.   Your actions are consistent with the highest traditions of professional law enforcement.

MNO:rf

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council President

**Jose Yedra**
Council Vice President



Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

# City of Hialeah

October 27, 2010

MEMORANDUM

TO:    Sergeant Luis Garcia
         Officer Jesus Menocal
         Officer Antonio Sentmanat
         Officer Freddy Batista
         Officer Luis Herrera
         Officer Mark Quinlan

FROM:   Mark N. Overton
         Chief of Police

SUBJECT:   **COMMENDATION**

You are commended for your actions on September 29, 2010.

On this date, a citizen of the City of Hialeah was the victim of a growing trend of vehicle burglaries. The preferred method for the subjects is to wait for the victims to exit their vehicle, usually at a gas station or a child care center. Once the victim enters the location, the subjects enter the victim's vehicle either by an unlocked door or by forced entry. The subjects usually take the victim's purse or wallet and proceed to use their identification and credit cards at other locations.

During this incident, the victim arrived at a gas station. The victim entered the gas station, while leaving her vehicle unlocked with her six year old child inside. Two subjects arrived at the gas station and as in other incidents, one of the subjects entered the victim's vehicle. The subject ignored the fact that the vehicle was occupied by the child and took the victim's purse. The subjects proceeded to other locations, where the victim's credit cards were used.

A partial tag was obtained by a witness at the scene. CST Officers arrived and began collecting information including the subject's vehicle's description. While Officer Batista began a comprehensive computer check of the partial tag, the other officers saturated areas commonly frequented by the subjects. Soon after beginning your investigation, a possible tag was found to match the description of the subject's vehicle.

Commendation
Page Two
October 27, 2010

A vehicle with two subjects, which matched the description, was spotted traveling in the area where the tag was registered to. These two subjects were subsequently arrested after the victim's property was located in their possession. Further investigation later revealed these subjects were also responsible for other vehicle burglaries in other surrounding cities.

I commend you for your dedication, and alertness. As result of your persistence, two burglary subjects, who were obviously going to continue their ways, were identified and apprehended. Your actions on this date were consistent with the highest standards of professional law enforcement.

MNO:lg

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council President

**Jose Yedra**
Council Vice President



# City of Hialeah

March 25, 2010

Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

MEMORANDUM

TO:        Officer Jesus Menocal Jr.

FROM:      Mark N. Overton
           Chief of Police

SUBJECT:   COMMENDATION

You are commended for your actions on February 2, 2010.

You conducted a traffic stop of a black Ford F-350 in the area of West 20 Avenue and 56 Street. Upon making contact with the driver/suspect, who had just rolled his window down, Officer Menocal could smell a strong odor of marijuana emitting from within the vehicle. After obtaining a consent to search form signed by the suspect, a search of the truck's interior discovered a gallon sized clear bag containing approximately 165 grams of marijuana.

Post waiver of Miranda Rights per form, the driver/suspect admitted he obtained the marijuana from a friend in the southwest section of Miami-Dade County. The suspect was charged accordingly and transported to jail. Your actions on that date were consistent with the highest standards of professional law enforcement.

MNO:rn

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council Vice President

**Jose Yedra**
Council Vice President

Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

# City of Hialeah

January 5, 2010

MEMORANDUM

TO:

Lt. Samuel Ramos
Sergeant David Toledo
Sergeant Eric Sosa
Sergeant Zenen Diaz
Sergeant Alfred Elfman
Detective Frank Caldara
Detective Iris Suarez
Detective Sharon Armesto
Detective Miguel Sanchez
Officer John Sanpedro
Officer Raul Somarriba
Officer James Gutierrez
Officer Laureano Garcia
Officer Miguel Suarez
Officer Azael Acay
Officer Nirio Nieves
Officer Carlos Garcia
Officer Amado Herrera
Officer Alejandro Cabrera
Officer Bryan Gonzalez
Reserve Major Raul Capo

Lt. Ralph Nazario
Sergeant Luis Garcia
Sergeant Serfin Daniels
Sergeant Michael Van Belle
Detective Gordon Spitler
Detective Israel Perez
Detective Karen Smith-Bonilla
Detective Jennifer H. Gerry
Detective Felix Delgado
Officer Barbaro Hernandez
Officer Jesus Menocal
Officer Antonio Sentmanat
Officer Andrew Lopez-Cao
Officer Yan Perez
Officer Jose Collar
Officer Alejandro Marin
Officer Yoleido Niebla
Officer Marcelino Acosta
Officer Matthew Aiken
Officer Rene Arce

FROM:

Mark N. Overton
Chief of Police

SUBJECT:

COMMENDATION

You are commended for your outstanding performance during the Rincon De San
Lazaro event on December 16, 2009.

Your presence in this event provided a safe environment for the citizens
attending.  You also represented the Police Department very well with your
dedication and professionalism.  It is with great honor that I commend your work
excellence.

MNO:sv

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov

**Julio Robaina**
Mayor

**Carlos Hernandez**
Council Vice President

**Jose Yedra**
Council Vice President



# City of Hialeah

December 28, 2009

Council Members

**Jose F. Caragol**
**Vivian Casals-Muñoz**
**Katharine E. Cue**
**Isis Garcia-Martinez**
**Luis Gonzalez**

<u>**MEMORANDUM**</u>

**TO:**          Officer Jesus Menocal Jr.

**FROM:**        Mark N. Overton
                Chief of Police

**SUBJECT:**     <u>**COMMENDATION**</u>

You are commended for your actions on November 10, 2009.

You conducted a traffic stop of a Silver Toyota in front of 765 West 30 Street. As you dealt with the suspect, Javier Millares, you observed several packages of Cialis pills in plain view from the driver's window. Post Miranda Rights and a "Consent to Search", per forms, Millares advised he bought the pills from an old man he would not name, for $4 dollars a pill. Millares further advised there was a small amount of Marijuana in the home. A search of the suspect's bedroom netted 40 Ecstasy pills, 14 Xanax pills, several baggies of Cocaine, 20 baggies of Marijuana and a larger sandwich bag of Marijuana. The suspect was charged accordingly and transported to jail.

Your actions on that date were consistent with the highest standards of professional law enforcement, as you were able to identify and remove a drug dealer from our city streets.

MNO:rn

Raul L. Martinez Government Center
501 Palm Avenue, Hialeah, Florida · 33010-4719
www.hialeahfl.gov



**U.S. Immigration and Customs Enforcement**
**Enforcement and Removal Operations**
**Miami Field Office**

*Presents this Certificate of Appreciation to:*

## Officer Jessie Menocal Jr.
HIALEAH POLICE DEPARTMENT

*In Recognition of your Dedication, Professionalism and Selfless*
*Service in support of the ICE ERO Miami Field Office Special*
*Operations Team during the Miami-Dade Basic SWAT School*
*Class from October 03, 2011 to October 14 2011.*



Marc J Moore
Miami Field Office Director

# Miami Dade College SWAT Class #15

would like to present this

## Certificate of Appreciation

to:

# Sergeant Jessie Menocal Jr.

for sharing your knowledge, training and skills with us.

March 20-31, 2017

"Dedicated, Motivated, One Team"






CITY OF MIAMI POLICE DEPARTMENT

CERTIFICATE OF ACHIEVEMENT

AWARDED TO

Jesus Menocal Jr.

FOR SUCCESSFUL COMPLETION OF A ___120___ HOUR COURSE IN

SPECIAL WEAPONS AND TACTICS

S.W.A.T.

LT. _____
S.W.A.T. COMMANDING OFFICER

3-30-09
DATE

TRAINING ADVISORS



# Certificate of Appreciation

Awarded to

## Hialeah SWAT Cadre

## Jesus Memocal Jr.

The Hialeah Police Department would like to recognize you
for your outstanding support and devotion to the City of Hialeah.

_____
Chief of Police

This __14th__ day of __July__ __2011__

Hialeah, Florida

# Certificate of Appreciation

This certificate is presented to

*Jesus Menocal*

for participation in the

2011 Annual Career Day

at Spanish Lake Elementary

April 27, 2011

**Mrs. Arias-Gonzalez**

Principal

# For Outstanding Performance and Sportsmanship in the

# 2011



**FLORIDA POLICE & FIRE** *Games*

## *JESUS MENOCAL*

# Is Hereby Presented This Certificate

*Doug Bingle*

President

Certificate



SAVE A LIFE

STOP THE BLEED





# AMERICAN COLLEGE OF SURGEONS

## COMMITTEE ON TRAUMA

Recognizes

## Jesus Menocal Jr.

For successful completion of the

## STOP THE BLEED® Course

Presented on     May 25th 2019     , by

## Florida TEMS, Inc.

STOP THE BLEED® is a registered trademark of the US Department of Defense.



THE
**COMMITTEE**
ON **TRAUMA**

AMERICAN COLLEGE OF SURGEONS
*Inspiring Quality:*
*Highest Standards, Better Outcomes*

*100+years*

# CITY OF HIALEAH POLICE DEPARTMENT

## SWORN EMPLOYEE
### EMPLOYEE PERFORMANCE APPRAISAL FORM

RECEIVED
AUG 3 0 2012

| Last Name | MENOCAL, | First Name | JESUS | MI | | SSN | XXX-XX-7540 |
|---|---|---|---|---|---|---|---|

| Class/Status | Police Officer | Dept/Div | Patrol | Appraisal Period : | 08/06/11 | to | 08/06/12 |
|---|---|---|---|---|---|---|---|

Reason for Appraisal :   Merit Step   X   Annual _____   Re-Evaluate _____   Other _____

Probationary :   3 month _____   6 month _____   9 month _____   End of Prob _____

List the total **days** the employee has missed during the current appraisal period :

| Sick : | 40 hrs | Tardy: | 4/A | Abs No Pay : | 0 hrs | Pattern Dev. | N/A | Other : | N/A |
|---|---|---|---|---|---|---|---|---|---|

List awards, commendations, disciplinary actions, etc. during appraisal period :

RECEIVED
SEP 4 2012
CHIEF OF POLICE

2 commendations. One for burglary subject apprehension (12/16/11) and one for work productivity (08/23/11)

(If any, please attach documentation.)

As supervisor(s), can you appraise the employee's performance ?   Yes _____   If not, contact your department or division head.

Appraiser's (Supervisor's) Name :   Sgt L. Garcia #1013        Date :   07/24/12

---

Give specific factual examples and observations describing performance patterns supporting the evaluation in each category.

Place appropriate mark in the corresponding box for each category's score and merit recommendation.

UNIFORM PATROL
AUG 3 0 2012
DIVISION

**1. ATTENDANCE**          Does the employee abuse sick leave privileges

COMMENTS:   Officer Menocal had 40 hours unexcused sick time during this rating period

| Number of unexcused sick days during appraisal period: | 2 or less | 3 to 5 | 6 to 9 | 10 to 12 | 13 or more |
|---|---|---|---|---|---|
| RATING: | E | (AA) | A | BA | U |

**2. QUALITY OF WORK**          The employee's ability to document accurate information

COMMENTS:   Officer Menocal did not have any rejected reports during this rating period

| Number of rejected reports during the rating period: | none | 1 to 2 | 3 to 5 | 6 to 8 | nine or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

Reports considered are: offense incident reports, supplement reports, arrest forms, accident reports, citations, worksheets and field interview cards.

**3. COURT ATTENDANCE**          The employee's ability to attend court and court related functions

COMMENTS:   Officer Menocal had 5 excused absences from court during this rating period. 5 excused makes 1 unexcused.

| Absence from court or court-related function status: | | excused | unexcused | unexcused | unexcused |
|---|---|---|---|---|---|
| Number of absences from court or court-related functions: | none | one or more | one | two | three or more |
| RATING: | E | AA | (A) | BA | U |

REV: 10/98      **Distribution :**   Original - Personnel Management (Records)      Photocopies - Departmental File and Employee

**4. WORK PRODUCTIVITY**          The employee's ability to complete all assigned calls and tasks in a timely manner

COMMENTS: Officer Menocal had 113 arrests and 129 written reports during this rating period.

| | over 300 | 300 to 250 | 249 to 150 | 149 to 100 | less than 100 |
|---|---|---|---|---|---|
| Number of written reports: | | | | | |
| Number of arrests: | over 55 | 55 to 46 | 45 to 35 | 34 to 25 | less than 25 |
| RATING: | (E) | AA | A | BA | U |

All other non-uniformed sworn employees will be evaluated on their individual case assignment as determined by their supervisor.*

Supervisory personnel will be evaluated on management's assessment of their work productivity.*

The employee will be evaluated on the highest accomplishment; written reports or arrests.*

Reports considered are: offense incident reports, supplement reports and accident reports.*

* (or other relevant criteria based on assignment)

**4A. WORK PRODUCTIVITY**          The employee's ability to prepare for his/her case for court or other relevant presentations

COMMENTS: N/A

| | 100% to 97% | 96% to 86% | 85% to 76% | 75% to 66% | 65% or less |
|---|---|---|---|---|---|
| Case report and preparation, pertinent lead follow-up completion: | | | | | |
| RATING: | E | AA | A | BA | U |

All other non-uniformed sworn employees will be evaluated on their individual case assignment as determined by their supervisor.

Supervisory personnel will be evaluated on management's assessment of their work productivity.

The employee will be evaluated on the highest accomplishment; written reports or arrests.

Reports considered are: offense incident reports, supplement reports and accident reports.

**5. APPEARANCE**          The employee's ability to report for work in conformance with dress code

COMMENTS: Officer Menocal always reports to work neat and with a professional appearance.

| | none | one or two | three | four or five | five or more |
|---|---|---|---|---|---|
| Number of occasions employee's appearance brought to attention: | | | | | |
| RATING: | (E) | AA | A | BA | U |

Dress code compliance factors considered are: well maintained attire and equipment, uniform pressed, shoes well shined, name tape or tag attached.

**6. EQUIPMENT**          The employee's ability to report for work with all the necessary and required equipment

COMMENTS: Officer Menocal always reports to work with all necessary and required equipment

| | none | one or two | three | four or five | five or more |
|---|---|---|---|---|---|
| Number of occasions employee's equipment brought to attention: | | | | | |
| RATING: | (E) | AA | A | BA | U |

Necessary and required equipment includes issued items such as a badge, gas card, ID card and leather gear; as well as items which are not issued such as weapon, handcuff, timepiece, etc.

| REV:10/98 | Distribution :  Original - Personnel Management (Records)    Photocopies - Departmental File and Employee |

**7. DISCIPLINE**  The employee's ability to perform job without citizen or department complaints

COMMENTS: Officer Menocal did not have any Departmental or citizen complaints during this rating period.

Status of complaint:

| Number of acquired complaints: | | unsustained | unsustained | sustained | sustained |
|---|---|---|---|---|---|
| | none | one or two | three | one | two or more |
| RATING: | Ⓔ | AA | A | BA | U |

**8. DEPARTMENT COMMENDATIONS**   The employee's ability to perform in a manner recognized by the department as beyond expectations

COMMENTS: Officer Menocal had two commendations during this rating period. As listed in the first page, one commendation was for outstanding work for the unit (08/23/11,). One for a burglary arrest (12/16/11).

| Number of department commendations: | four or more | one to three | none | N/A | N/A |
|---|---|---|---|---|---|
| RATING: | E | Ⓐ Ⓐ | A | BA | U |

**9. CITIZEN COMMENDATIONS**   The employee's ability to perform in a manner recognized by citizens as beyond expectations

COMMENTS: Officer Menocal did not have any citizen commendations during this rating period.

| Number of citizen commendations: | four or more | one to three | none | N/A | N/A |
|---|---|---|---|---|---|
| RATING: | E | AA | Ⓐ | BA | U |

**10. SAFETY**   The employee's ability to perform job expectations in compliance with safety regulations

COMMENTS: Officer Menocal did not have any avoidable on-duty injuries during this rating period.

| Number of avoidable on-duty injuries: | none | one or more | one or more | one or more | one or more |
|---|---|---|---|---|---|
| Time period missed from work due to injury: | none | none | < 2 weeks | 2 to 3 weeks | >3 weeks |
| RATING: | Ⓔ | AA | A | BA | U |

**10A. ACCIDENT INVOLVEMENT**   The employee's ability to drive a city vehicle in a safe and responsible manner

COMMENTS: Officer Menocal did not have any accident during this rating period.

| Employee involvement in accident with City of Hialeah vehicle: | no | yes | yes | yes | yes |
|---|---|---|---|---|---|
| Number of at-fault accidents with City of Hialeah vehicle: | none | none | (0) negligent | (1) negligent | (2+)negligent |
| RATING: | Ⓔ | AA | A | BA | U |

**11. RADIO ATTENTIVENESS**   The employee's ability to answer radio calls in a consistent and timely manner

COMMENTS: Officer  Menocal  is always attentive to his radio

| Number of times inexcusably failed to answer radio calls: | none | one or two | three | four | five or more |
|---|---|---|---|---|---|
| RATING: | Ⓔ | AA | A | BA | U |

REV:10/98     **Distribution :  Original** - Personnel Management (Records)    **Photocopies** - Departmental File and Employee

**APPRAISER'S OVERALL RATING**

COMMENTS: Officer Menocal is a member of the CST Unit and SWAT Team. He is an excellent Police Officer who is highly motivated and extremely proactive. Officer Menocal is one of our youngest officers but shows maturity and professionalism every day of work. Officer Menocal is a true asset to the Police Department.

| | 5.00 - 4.50 | 4.49 - 4.00 | 3.99 - 3.00 | 2.99 - 2.00 | 1.99 - 1.00 |
|---|---|---|---|---|---|
| Average Factor Score: 4.50 | RATING: | E | AA | A | BA | U |

This appraisal report represents my observations and knowledge of the employee's performance and review of applicable information.

Signature: _(signature)_  Title: Sergeant  Date: 08/27/12

---

**DEVELOPMENTAL PLAN**  Any categories rated below average or unsatisfactory must have an action plan with review/target date

Key Performance Goals / Objectives  Target Date

N/A

---

**ENDORSER**  ☑ Concur  ☐ Do not Concur

COMMENTS: OFFICER MENOCAL IS A VALUABLE MEMBER OF THE DEPT. RECOMMEND MERIT STEP.

As endorser, I have reviewed this appraisal.

Name: JOHN WALL  Signature: _(signature)_  Title: LIEUTENANT  Date: 8/28/12

---

**DIVISION COMMANDER**  ☑ Concur  ☐ Do not Concur

COMMENTS:

Name: M. DELA ROSA  Signature: _(signature)_  Title: MAJOR  Date: 08/31/12

---

**CHIEF OF POLICE**  ☐ Concur  ☐ Do not Concur

COMMENTS:

Merit Increase Recommendation ( if eligible ):  ☑ Grant  Deny  Defer until:

Name: _(signature)_  Signature: _(signature)_  Title: CHIEF  Date: 8/4/1_

*All appraisals shall be forwarded to the Mayor's office for review.*

---

**EMPLOYEE**  ☐ No Comment

COMMENTS: N/A

This performance appraisal has been discussed with me and I understand that by signing this form I am not agreeing with the evaluation, but only acknowledging that I have received a copy and that I had an opportunity to discuss it with the appraiser and/or endorser.

Signature: _(signature)_  Title: O/C  Date: 8/27/12

---

REV: 10/98  Distribution: Original - Personnel Management (Records)  Photocopies - Departmental File and Employee

*(handwritten top)* CR 7/ALT/85
07-291  DUE 2/5/08

**CITY OF HIALEAH POLICE DEPARTMENT**

SWORN EMPLOYEE

**EMPLOYEE PERFORMANCE APPRAISAL FORM**

*(stamp: RECEIVED FEB 26 DEPUTY CHIEF)*

| Last Name | MENOCAL Jr., | First Name | JESUS | MI | | SSN | 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 |
|---|---|---|---|---|---|---|---|

| Class/Status | Prob. Police Officer | Dept/Div | Uniform Patrol | Appraisal Period : | 08/06/07 | to | 02/06/08 |
|---|---|---|---|---|---|---|---|

Reason for Appraisal :   Merit Step _____   Annual _____   Re-Evaluate _____   **RECEIVED**   Other

Probationary :   3 month _____   6 month **X**   9 month _____   *(stamp: FEB 2 6 2008)*   End of Prob _____

List the total **days** the employee has missed during the current appraisal period :

Sick : **10 hrs** *(Excused)*   Tardy: 0   Abs No Pay : 0 hrs   Pattern Dev: **HIALEAH POLICE DEPARTMENT ADMINISTRATIVE DIVISION** NO

List awards, commendations, disciplinary actions, etc. during appraisal period :

(If any, please attach documentation.)   N/A

As supervisor(s), can you appraise the employee's performance ?   YES   If not, contact your department or division head.

Appraising Supervisor Name(s) :   R. MARTIN 0808   Date : 2/15/08

Give specific factual examples and observations describing performance patterns supporting the evaluation in each category. Place appropriate mark in the corresponding box for each category's score and merit recommendation.

**1. ATTENDANCE**   Does the employee abuse sick leave privileges

COMMENTS: OFCR. MENOCAL USED ONE SICK DAY WHICH WAS EXCUSED BY A DR's NOTE.   ✓

Number of unexcused sick days during appraisal period: 0

| | 2 or less | 3 to 5 | 6 to 9 | 10 to 12 | 13 or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

**2. QUALITY OF WORK**   The employee's ability to document accurate information

COMMENTS: OFCR. MENOCAL HAD NO MISSING OR REJECTED REPORTS.   ✓

Number of rejected reports during the rating period: 0

| | none | 1 to 2 | 3 to 5 | 6 to 8 | nine or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

Reports considered are: offense incident reports, supplement reports, arrest forms, accident reports, citations, worksheets and field interview cards.

**3. COURT ATTENDANCE**   The employee's ability to attend court and court related functions

COMMENTS: OFCR. MENOCAL HAD NO UNEXCUSED ABSENCES FROM COURT. OFCR. MENOCAL HAD TWO EXCUSED ABSENCES, 1/4/08 + 2/5/08.   ✓

Absence from court or court-related function status: EXCUSED
Number of absences from court or court-related functions: TWO

| | none | excused one or more | unexcused one | unexcused two | unexcused three or more |
|---|---|---|---|---|---|
| RATING: | E | (AA) | A | BA | U |

REV: 10/98   **Distribution :**   **Original** - Personnel Management (Records)   **Photocopies** - Departmental File and Employee

**4. WORK PRODUCTIVITY**          The employee's ability to complete all assigned calls and tasks in a timely manner

COMMENTS: DURING THIS 6 MONTHS, OFCR. MENOCAL HAS MADE 18 ARRESTS AND WRITTEN 65 REPORTS.

✓

Number of written reports: 65
Number of arrests: 18

| | over 300<br>over 55 | 300 to 250<br>55 to 46 | 249 to 150<br>45 to 35 | 149 to 100<br>34 to 25 | less than 100<br>less than 25 |
|---|---|---|---|---|---|
| RATING: | E | AA | A | BA | U |

All other non-uniformed sworn employees will be evaluated on their individual case assignment as determined by their supervisor.*
Supervisory personnel will be evaluated on management's assessment of their work productivity.*
The employee will be evaluated on the highest accomplishment; written reports or arrests.*
Reports considered are: offense incident reports, supplement reports and accident reports.*

* (or other relevant criteria based on assignment)

**4A. WORK PRODUCTIVITY**          The employee's ability to prepare for his/her case for court or other relevant presentations

COMMENTS:

N A

Case report and preparation, pertinent lead follow-up completion:

| | 100% to 97% | 96% to 86% | 85% to 76% | 75% to 66% | 65% or less |
|---|---|---|---|---|---|
| RATING: | E | AA | A | BA | U |

All other non-uniformed sworn employees will be evaluated on their individual case assignment as determined by their supervisor.
Supervisory personnel will be evaluated on management's assessment of their work productivity.
The employee will be evaluated on the highest accomplishment; written reports or arrests.
Reports considered are: offense incident reports, supplement reports and accident reports.

**5. APPEARANCE**          The employee's ability to report for work in conformance with dress code

COMMENTS: OFCR. MENOCAL REPORTS TO WORK IN CONFORMANCE TO THE DRESS CODE.

✓

Number of occasions employee's appearance brought to attention: 0

| | none | one or two | three | four or five | five or more |
|---|---|---|---|---|---|
| RATING: | E | AA | A | BA | U |

Dress code compliance factors considered are: well maintained attire and equipment, uniform pressed, shoes well shined, name tape or tag attached.

**6. EQUIPMENT**          The employee's ability to report for work with all the necessary and required equipment

COMMENTS: OFCR. MENOCAL REPORTS TO WORK WITH ALL THE NECESSARY AND REQUIRED EQUIPMENT.

✓

Number of occasions employee's equipment brought to attention: 0

| | none | one or two | three | four or five | five or more |
|---|---|---|---|---|---|
| RATING: | E | AA | A | BA | U |

Necessary and required equipment includes issued items such as a badge, gas card, ID card and leather gear; as well as items which are not issued such as weapon, handcuff, timepiece, etc.

REV:10/98   Distribution :   Original - Personnel Management (Records)   Photocopies - Departmental File and Employee

**7. DISCIPLINE**          The employee's ability to perform job without citizen or department complaints

COMMENTS:

OFCR. MENOCAL HAS NO CITIZEN OR DEPARTMENTAL COMPLAINTS.

✓

Status of complaint: ∅
Number of acquired complaints: ∅

| | none | unsustained one or two | unsustained three | sustained one | sustained two or more |
|---|---|---|---|---|---|
| RATING: | **E** | **AA** | **A** | **BA** | **U** |

**8. DEPARTMENT COMMENDATIONS**     The employee's ability to perform in a manner recognized by the department as beyond expectations

COMMENTS:

OFCR MONOCAL HAS NO DEPARTMENTAL COMMENDATIONS

✓

Number of department commendations: ∅

| | four or more | one to three | none | N/A | N/A |
|---|---|---|---|---|---|
| RATING: | **E** | **AA** | **A** | **BA** | **U** |

**9. CITIZEN COMMENDATIONS**     The employee's ability to perform in a manner recognized by citizens as beyond expectations

COMMENTS:

OFCR. MENOCAL HAS NO CITIZENS COMMENDATIONS.

✓

Number of citizen commendations:

| | four or more | one to three | none | N/A | N/A |
|---|---|---|---|---|---|
| RATING: | **E** | **AA** | **A** | **BA** | **U** |

**10. SAFETY**     The employee's ability to perform job expectations in compliance with safety regulations

COMMENTS:

OFCR MENOCAL NO ON-DUTY INJURIES OR ACCIDENTS.

✓

Number of avoidable on-duty injuries: ∅
Time period missed from work due to injury: ∅

| | none none | one or more none | one or more < 2 weeks | one or more 2 to 3 weeks | one or more >3 weeks |
|---|---|---|---|---|---|
| RATING: | **E** | **AA** | **A** | **BA** | **U** |

**10A. ACCIDENT INVOLVEMENT**     The employee's ability to drive a city vehicle in a safe and responsible manner

COMMENTS:

NO VEHICLE ACCIDENTS.

✓

Employee involvement in accident with City of Hialeah vehicle: ∅
Number of at-fault accidents with City of Hialeah vehicle: ∅

| | no none | yes none | yes (0) negligent | yes (1) negligent | yes (2+)negligent |
|---|---|---|---|---|---|
| RATING: | **E** | **AA** | **A** | **BA** | **U** |

**11. RADIO ATTENTIVENESS**     The employee's ability to answer radio calls in a consistent and timely manner

COMMENTS:

OFCR. MENOCAL IS ALWAY ALERT AND ANSWER HIS RADIO IN A CONSISTENT & TIMELY MANNER.

✓

Number of times inexcusably failed to answer radio calls: ∅

| | none | one or two | three | four | five or more |
|---|---|---|---|---|---|
| RATING: | **E** | **AA** | **A** | **BA** | **U** |

REV:10/98     **Distribution :  Original** - Personnel Management (Records)   **Photocopies** - Departmental File and Employee

**APPRAISER'S OVERALL RATING**

COMMENTS: OFCR. MENOCAL IS A PROACTIVE OFFICER WITH A POSITIVE ATTITUDE TOWARDS POLICE WORK, HE IS CONFIDENT AND SECURE AND IS A TRUE ASSET TO THE DEPT.

| | 5.00 – 4.50 | 4.49 – 4.00 | 3.99 – 3.00 | 2.99 – 2.00 | 1.99 – 1.00 |
|---|---|---|---|---|---|
| Average Factor Score: 4.41  RATING: | E | AA | A | BA | U |

This appraisal report represents my observations and knowledge of the employee's performance and review of applicable information.

Signature: _____ 808   Title: SGT   Date: 2/15/08

**DEVELOPMENTAL PLAN**   Any categories rated below average or unsatisfactory must have an action plan with review/target date

Key Performance Goals / Objectives          Target Date

NONE

**ENDORSER**   ☑ Concur   ☐ Do not Concur

COMMENTS: I concur And recommend that Ofc Menocal continue with his Probationary Period.

As endorser, I have reviewed this appraisal.

Name: L. Artime   Signature: _____   Title: Lt   Date: 2/19/08

**DIVISION COMMANDER**   ☑ Concur   ☐ Do not Concur

COMMENTS: I HAVE REVIEWED & CONCUR WITH THIS EVALUATION.

Name: HECTOR DIAZ   Signature: _____ E803   Title: LT/XO   Date: 02/21/08

**CHIEF OF POLICE**   ☑ Concur   ☐ Do not Concur

COMMENTS: This officer has great potential and is a valued member of this Police Department.

Merit Increase Recommendation ( if eligible ):   ☐ Grant   ☐ Deny   Defer until:

Name: M. Overton   Signature: _____   Title: Chief   Date: 02/28/08

*All appraisals shall be forwarded to the Mayor's office for review.*

**EMPLOYEE**   ☐ No Comment

COMMENTS:

This performance appraisal has been discussed with me and I understand that by signing this form I am not agreeing with the evaluation, but only acknowledging that I have received a copy and that I had an opportunity to discuss it with the appraiser and/or endorser.

Signature: _____ 1003   Title: Patrol   Date: 2-15-08

REV: 10/98   Distribution : Original - Personnel Management (Records)   Photocopies - Departmental File and Employee

OP-107   DELAROSA

# CITY OF HIALEAH POLICE DEPARTMENT

SWORN EMPLOYEE
## EMPLOYEE PERFORMANCE APPRAISAL FORM

SEP 9 2008   SEP 16 2008   RECEIVED

| Last Name | MENOCAL JR., | First Name | JESUS | MI | | SSN | XXX-XX-7540 |
|---|---|---|---|---|---|---|---|

Class/Status  Prob. Police Officer    Dept/Div  Uniform Patrol    Appraisal Period :  08/06/07  to  08/06/08

Reason for Appraisal :   Merit Step _____   Annual _____   Re-Evaluate _____   Other _____

Probationary :   3 month _____   6 month  SEP 16 2008   End of Prob  SEP 15 2008  x

List the total <u>days</u> the employee has missed during the current appraisal period :

Sick :  30 hrs.   Tardy: _____   Abs No Pay : _____   0 hrs.   Pattern Dev : _____   Other : _____

List awards, commendations, disciplinary actions, etc. during appraisal period :   N/A

(If any, please attach documentation.)

As supervisor(s), can you appraise the employee's performance ?   YES   If not, contact your department or division head.

Appraising Supervisor Name(s) :   SGT. WILLIE LEONARD #1046   Date :  08/31/08

---

*Give specific factual examples and observations describing performance patterns supporting the evaluation in each category.*
*Place appropriate mark in the corresponding box for each category's score and merit recommendation.*

### 1. ATTENDANCE
Does the employee abuse sick leave privileges

COMMENTS:   OFC MENOCAL TOOK (30) HOURS OF SICK TIME, EACH PROVIDED WITH A DOCTOR'S NOTE

Number of unexcused sick days during appraisal period:  O

| | 2 or less | 3 to 5 | 6 to 9 | 10 to 12 | 13 or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

### 2. QUALITY OF WORK
The employee's ability to document accurate information

COMMENTS:   OFC MENOCAL HAD (O) REJECTED REPORTS DURING THIS RATING PERIOD.

Number of rejected reports during the rating period:  O

| | none | 1 to 2 | 3 to 5 | 6 to 8 | nine or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

Reports considered are: offense incident reports, supplement reports, arrest forms, accident reports, citations, worksheets and field interview cards.

### 3. COURT ATTENDANCE
The employee's ability to attend court and court related functions

COMMENTS:   OFC MENOCAL HAD (O) ABSENCES FROM COURT OR COURT-RELATED FUNCTIONS.

Absence from court or court-related function status:
Number of absences from court or court-related functions:

| | none | excused one or more | unexcused one | unexcused two | unexcused three or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

REV: 10/98   **Distribution :**   Original - Personnel Management (Records)   Photocopies - Departmental File and Employee

**4. WORK PRODUCTIVITY**   The employee's ability to complete all assigned calls and tasks in a timely manner

COMMENTS: REPORTS: 156
ARRESTS: 56

Number of written reports: *156*
Number of arrests: *56*

| | over 300<br>over 55 | 300 to 250<br>55 to 46 | 249 to 150<br>45 to 35 | 149 to 100<br>34 to 25 | less than 100<br>less than 25 |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

All other non-uniformed sworn employees will be evaluated on their individual case assignment as determined by their supervisor.*
Supervisory personnel will be evaluated on management's assessment of their work productivity.*
The employee will be evaluated on the highest accomplishment; written reports or arrests.*
Reports considered are: offense incident reports, supplement reports and accident reports.*

* (or other relevant criteria based on assignment)

**4A. WORK PRODUCTIVITY**   The employee's ability to prepare for his/her case for court or other relevant presentations

COMMENTS:

N/A

Case report and preparation, pertinent lead follow-up completion:

| | 100% to 97% | 96% to 86% | 85% to 76% | 75% to 66% | 65% or less |
|---|---|---|---|---|---|
| RATING: | E | AA | A | BA | U |

All other non-uniformed sworn employees will be evaluated on their individual case assignment as determined by their supervisor.
Supervisory personnel will be evaluated on management's assessment of their work productivity.
The employee will be evaluated on the highest accomplishment; written reports or arrests.
Reports considered are: offense incident reports, supplement reports and accident reports.

**5. APPEARANCE**   The employee's ability to report for work in conformance with dress code

COMMENTS: OFC MENOCAL TO WORK LOOKING NEAT, CLEAN, AND PROFESSIONAL.

Number of occasions employee's appearance brought to attention: O

| | none | one or two | three | four or five | five or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

Dress code compliance factors considered are: well maintained attire and equipment, uniform pressed, shoes well shined, name tape or tag attached.

**6. EQUIPMENT**   The employee's ability to report for work with all the necessary and required equipment

COMMENTS: OFC MENOCAL COMES TO WORK WITH ALL NECESSARY AND REQUIRED EQUIPMENT.

Number of occasions employee's equipment brought to attention: O

| | none | one or two | three | four or five | five or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

Necessary and required equipment includes issued items such as a badge, gas card, ID card and leather gear; as well as items which are not issued
such as weapon, handcuff, timepiece, etc.

REV:10/98   **Distribution :**   **Original** - Personnel Management (Records)   Photocopies - Departmental File and Employee

**7. DISCIPLINE**      The employee's ability to perform job without citizen or department complaints

COMMENTS: OFC MENOCAL HAD (0) COMPLAINTS DURING THIS RATING PERIOD.

Status of complaint: O
Number of acquired complaints: O

| | none | unsustained one or two | unsustained three | sustained one | sustained two or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

**8. DEPARTMENT COMMENDATIONS**      The employee's ability to perform in a manner recognized by the department as beyond expectations

COMMENTS: OFC MENOCAL HAD (0) DEPARTMENTAL COMMENDATIONS DURING THIS RATING PERIOD.

Number of department commendations: O

| | four or more | one to three | none | N/A | N/A |
|---|---|---|---|---|---|
| RATING: | E | AA | (A) | BA | U |

**9. CITIZEN COMMENDATIONS**      The employee's ability to perform in a manner recognized by citizens as beyond expectations

COMMENTS: OFC MENOCAL HAD (0) CITIZEN COMMENDATIONS DURING THIS RATING PERIOD.

Number of citizen commendations: O

| | four or more | one to three | none | N/A | N/A |
|---|---|---|---|---|---|
| RATING: | E | AA | (A) | BA | U |

**10. SAFETY**      The employee's ability to perform job expectations in compliance with safety regulations

COMMENTS: OFC MENOCAL PERFORMS HIS JOB TO DEPARTMENTAL EXPECTATIONS IN COMPLIANCE WITH SAFETY REGULATIONS

Number of avoidable on-duty injuries: O
Time period missed from work due to injury: O

| | none none | one or more none | one or more < 2 weeks | one or more 2 to 3 weeks | one or more >3 weeks |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

**10A. ACCIDENT INVOLVEMENT**      The employee's ability to drive a city vehicle in a safe and responsible manner

COMMENTS: OFC MENOCAL WAS INVOLVED IN (0) AT-FAULT ACCIDENTS DURING THIS RATING PERIOD.

Employee involvement in accident with City of Hialeah vehicle: O
Number of at-fault accidents with City of Hialeah vehicle: O

| | no none | yes none | yes (0) negligent | yes (1) negligent | yes (2+)negligent |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

**11. RADIO ATTENTIVENESS**      The employee's ability to answer radio calls in a consistent and timely manner

COMMENTS: OFC MENOCAL LISTENS TO HIS RADIO AND RESPONDS IN A TIMELY MANNER.

Number of times inexcusably failed to answer radio calls: O

| | none | one or two | three | four | five or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

REV:10/98      **Distribution :   Original** - Personnel Management (Records)    **Photocopies** - Departmental File and Employee

**APPRAISER'S OVERALL RATING**

COMMENTS: OFC MENOCAL IS A GOOD OFFICER, HE PERFORMS HIS JOB WELL AND HAS GOOD SELF-INITIATION SKILL. I HAD NO PROBLEM WITH HIM DURING THIS RATING PERIOD

| Average Factor Score: 4.67 | RATING: | 5.00 - 4.50 | 4.49 - 4.00 | 3.99 - 3.00 | 2.99 - 2.00 | 1.99 - 1.00 |
|---|---|---|---|---|---|---|
| | | E | AA | A | BA | U |

This appraisal report represents my observations and knowledge of the employee's performance and review of applicable information.

Signature: _Lemoule II #1046_    Title: SERGEANT    Date: 08/31/08

**DEVELOPMENTAL PLAN**    Any categories rated below average or unsatisfactory must have an action plan with review/target date

Key Performance Goals / Objectives                    Target Date

**ENDORSER**              ☒ Concur        ☐ Do not Concur

COMMENTS: OFFICER MENOCAL IS DEVELOPING INTO AN OUTSTANDING OFFICER AND I RECOMMEND HE BE GRANTED CIVIL SERVICE STATUS.

As endorser, I have reviewed this appraisal.

Name: M. DELAROSA    Signature: _#0822_    Title: CDR    Date: 09/02/08

**DIVISION COMMANDER**        ☒ Concur        ☐ Do not Concur

COMMENTS: Absolutely meets civil service criteria    J.S.

Concur. A.P. 9-14-08

Name: James Somohano    Signature: _____    Title: MAYOR    Date: 9/3/?

**CHIEF OF POLICE**        ☒ Concur        ☐ Do not Concur

COMMENTS: Jesus is a valued member of this police Dept Please Grant his Civil Service Status.

Merit Increase Recommendation ( if eligible ):    ☒ Grant    ☐ Deny    ☐ Defer until:

Name: M. OVERTON    Signature: _____    Title: Chief    Date: 09/10/08

*All appraisals shall be forwarded to the Mayor's office for review.*

**EMPLOYEE**              ☐ No Comment

COMMENTS:

This performance appraisal has been discussed with me and I understand that by signing this form I am not agreeing with the evaluation, but only acknowledging that I have received a copy and that I had an opportunity to discuss it with the appraiser and/or endorser.

Signature: _____    Title: P.P.O    Date: 9/12/2008

REV: 10/98    Distribution : Original - Personnel Management (Records)    Photocopies - Departmental File and Employee

RECEIVED

# CITY OF HIALEAH POLICE DEPARTMENT

AUG 2 0 2010

**SWORN EMPLOYEE**
## EMPLOYEE PERFORMANCE APPRAISAL FORM

HIALEAH POLICE DEPARTMENT
ADMINISTRATIVE DIVISION

| | | | | | |
|---|---|---|---|---|---|
| Last Name | Menocal Jr | First Name | Jesus | MI | SSN XXX-XX-7540 |
| Class/Status | POLICE OFFICER | Dept/Div | UNIFORM PATROL | Appraisal Period : | 08/06/09  to  08/06/10 |

Reason for Appraisal :  Merit Step  XX  Annual _____  Re-Evaluate _____  Other _____

Probationary :  3 month _____  6 month _____  9 month _____  End of Prob  AUG 2 0 2010

List the total **days** the employee has missed during the current appraisal period :

Sick : 34 HRS  Tardy: _____  Abs No Pay : 0 HRS  Pattern Dev: _____  Other : _____

List awards, commendations, disciplinary actions, etc. during appraisal period :   SIX COMMENDATIONS

(If any, please attach documentation.)

As supervisor(s), can you appraise the employee's performance ?   YES   If not, contact your department or division head.

Appraising Supervisor Name(s) :   LT. R. NAZARIO   Date :   08/19/10

*Give specific factual examples and observations describing performance patterns supporting the evaluation in each category. Place appropriate mark in the corresponding box for each category's score and merit recommendation.*

## 1. ATTENDANCE   Does the employee abuse sick leave privileges

COMMENTS:   One unexcused sick day.

Number of unexcused sick days during appraisal period:

| | 2 or less | 3 to 5 | 6 to 9 | 10 to 12 | 13 or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

## 2. QUALITY OF WORK   The employee's ability to document accurate information

COMMENTS:   No rejected reports.

Number of rejected reports during the rating period:

| | none | 1 to 2 | 3 to 5 | 6 to 8 | nine or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

Reports considered are: offense incident reports, supplement reports, arrest forms, accident reports, citations, worksheets and field interview cards.

## 3. COURT ATTENDANCE   The employee's ability to attend court and court related functions

COMMENTS:   On 06/14/10 Officer Menocal had a conflicting training function and missed court as a result. Menocal received counseling for not notifying Court Liaison of the conflict. Since then, Officer Menocal has taken steps to assure his attendance in court, thus making this an isolated incident.

Absence from court or court-related function status:

| | none | excused one or more | unexcused one | unexcused two | unexcused three or more |
|---|---|---|---|---|---|
| Number of absences from court or court-related functions: RATING: | E | AA | (A) | BA | U |

REV: 10/98   **Distribution :**   Original - Personnel Management (Records)   Photocopies - Departmental File and Employee

**4. WORK PRODUCTIVITY**          The employee's ability to complete all assigned calls and tasks in a timely manner

COMMENTS: Menocal had 154 Arrests and 162 Reports. Menocal had several quality arrests and does not hesitate to assist Patrol in handling report calls. Menocal can be counted on to be out there everyday pushing the envelope.

Number of written reports:
Number of arrests:

| | over 300 / over 55 | 300 to 250 / 55 to 46 | 249 to 150 / 45 to 35 | 149 to 100 / 34 to 25 | less than 100 / less than 25 |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

All other non-uniformed sworn employees will be evaluated on their individual case assignment as determined by their supervisor.*

Supervisory personnel will be evaluated on management's assessment of their work productivity.*

The employee will be evaluated on the highest accomplishment; written reports or arrests.*

Reports considered are: offense incident reports, supplement reports and accident reports.*

* (or other relevant criteria based on assignment)

**4A. WORK PRODUCTIVITY**          The employee's ability to prepare for his/her case for court or other relevant presentations

COMMENTS:

Case report and preparation, pertinent lead follow-up completion:

| | 100% to 97% | 96% to 86% | 85% to 76% | 75% to 66% | 65% or less |
|---|---|---|---|---|---|
| RATING: | E | AA | A | BA | U |

All other non-uniformed sworn employees will be evaluated on their individual case assignment as determined by their supervisor.

Supervisory personnel will be evaluated on management's assessment of their work productivity.

The employee will be evaluated on the highest accomplishment; written reports or arrests.

Reports considered are: offense incident reports, supplement reports and accident reports.

**5. APPEARANCE**          The employee's ability to report for work in conformance with dress code

COMMENTS: Reports to work within departmental dress code.

Number of occasions employee's appearance brought to attention:

| | none | one or two | three | four or five | five or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

Dress code compliance factors considered are: well maintained attire and equipment, uniform pressed, shoes well shined, name tape or tag attached.

**6. EQUIPMENT**          The employee's ability to report for work with all the necessary and required equipment

COMMENTS: Reports to work with all necessary equipment.

Number of occasions employee's equipment brought to attention:

| | none | one or two | three | four or five | five or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

Necessary and required equipment includes issued items such as a badge, gas card, ID card and leather gear; as well as items which are not issued such as weapon, handcuff, timepiece, etc.

## 7. DISCIPLINE
The employee's ability to perform job without citizen or department complaints

COMMENTS: No complaints

Status of complaint:
Number of acquired complaints:

| | none | unsustained one or two | unsustained three | sustained one | sustained two or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

## 8. DEPARTMENT COMMENDATIONS
The employee's ability to perform in a manner recognized by the department as beyond expectations

COMMENTS: Four departmental commendations Aug/09,  Feb/10, Jan/10 and Nov/09

Number of department commendations:

| | four or more | one to three | none | N/A | N/A |
|---|---|---|---|---|---|
| RATING: | E | (AA) | A | BA | U |

## 9. CITIZEN COMMENDATIONS
The employee's ability to perform in a manner recognized by citizens as beyond expectations

COMMENTS: Two citizen commendations Oct/Nov/09

Number of citizen commendations:

| | four or more | one to three | none | N/A | N/A |
|---|---|---|---|---|---|
| RATING: | E | (AA) | A | BA | U |

## 10. SAFETY
The employee's ability to perform job expectations in compliance with safety regulations

COMMENTS: No avoidable on-duty injuries

Number of avoidable on-duty injuries:
Time period missed from work due to injury:

| | none none | one or more none | one or more < 2 weeks | one or more 2 to 3 weeks | one or more >3 weeks |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

## 10A. ACCIDENT INVOLVEMENT
The employee's ability to drive a city vehicle in a safe and responsible manner

COMMENTS: No at-fault accidents

Employee involvement in accident with City of Hialeah vehicle:
Number of at-fault accidents with City of Hialeah vehicle:

| | no none | yes none | yes (0) negligent | yes (1) negligent | yes (2+)negligent |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

## 11. RADIO ATTENTIVENESS
The employee's ability to answer radio calls in a consistent and timely manner

COMMENTS: Attends the radio in a timely manner.

Number of times inexcusably failed to answer radio calls:

| | none | one or two | three | four | five or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

REV:10/98    **Distribution :   Original** - Personnel Management (Records)    **Photocopies** - Departmental File and Employee

**APPRAISER'S OVERALL RATING**

COMMENTS: Officer Menocal continues to excel in both his SWAT and CST roles. He's respectful and can be depended on in setting the tone with a good attitude towards his fellow officers and supervisors. Officer Menocal has more than earned his merit step.

| | 5.00 - 4.50 | 4.49 - 4.00 | 3.99 - 3.00 | 2.99 - 2.00 | 1.99 - 1.00 |
|---|---|---|---|---|---|
| Average Factor Score: 4.66   RATING: | (E) | AA | A | BA | U |

This appraisal report represents my observations and knowledge of the employee's performance and review of applicable information.

Signature : _____   Title : Lieutenant   Date : 08/19/10

**DEVELOPMENTAL PLAN**   Any categories rated below average or unsatisfactory must have an action plan with review/target date

Key Performance Goals / Objectives                                    Target Date

_____        _____
_____        _____
_____        _____

**ENDORSER**                          ☐ Concur           ☐ Do not Concur
COMMENTS:

As endorser, I have reviewed this appraisal.

Name : _____   Signature : _____   Title : _____   Date : _____

**DIVISION COMMANDER**                 ☐ Concur           ☐ Do not Concur
COMMENTS:   Concur

For
Name : White   Signature : _____   Title : LT   Date : 8/19/10

**CHIEF OF POLICE**                    X Concur           ☐ Do not Concur
COMMENTS:   Jesus is an exceptional young officer he has endless potential Officer Menocal Jr. is a valued member of this police Dept. Grant him his merit increase.

Merit Increase Recommendation ( if eligible ):   (Grant)   Deny   Defer until :

Name : M. Overton   Signature : _____   Title : Chief   Date : 08/20/10

*All appraisals shall be forwarded to the Mayor's office for review.*

**EMPLOYEE**                                               ☐ No Comment
COMMENTS:

This performance appraisal has been discussed with me and I understand that by signing this form I am not agreeing with the evaluation, but only acknowledging that I have received a copy and that I had an opportunity to discuss it with the appraiser and/or endorser.

Signature: _____ #1683   Title: Officer   Date : 08/19/10

| REV: 10/98 | Distribution / Original - Personnel Management (Records)   Photocopies - Departmental File and Employee |

# CITY OF HIALEAH POLICE DEPARTMENT

## SWORN EMPLOYEE
## EMPLOYEE PERFORMANCE APPRAISAL FORM

| Last Name | MENOCAL, | First Name | JESUS | MI | | SSN | XXX-XX-7540 |

| Class/Status | Police Officer | Dept/Div | Patrol | Appraisal Period : | 08/06/10 | to | 08/06/11 |

Reason for Appraisal :   Merit Step   X   Annual     Re-Evaluate     Other

Probationary :   3 month     6 month     9 month     End of Prob

List the total days the employee has missed during the current appraisal period :

Sick : 10 hrs   Tardy:   Absent:   Pattern Dev:   Other :

List awards, commendations, disciplinary actions, etc. during appraisal period :   1 CITIZEN COMMENDATION/2 DEPARTMENTAL COMMENDATIONS

(If any, please attach documentation.)

As supervisor(s), can you appraise the employee's performance? Yes   If not, contact your department or division head.

Appraising Supervisor Name(s) :   Sgt L. Garcia #1013   Date :   11/09/11

Give specific factual examples and observations describing performance patterns supporting the evaluation in each category.
Place appropriate mark in the corresponding box for each category's score and merit recommendation.

### 1. ATTENDANCE          Does the employee abuse sick leave privileges

COMMENTS: Officer Menocal had 10 hours unexcused sick time during this rating period

| Number of unexcused sick days during appraisal period: | 2 or less | 3 to 5 | 6 to 9 | 10 to 12 | 13 or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

### 2. QUALITY OF WORK          The employee's ability to document accurate information

COMMENTS: Officer Menocal did not have any rejected reports during this rating period

| Number of rejected reports during the rating period: | none | 1 to 2 | 3 to 5 | 6 to 8 | nine or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

Reports considered are, offense incident reports, supplement reports, arrest forms, accident reports, citations, worksheets and field interview cards.

### 3. COURT ATTENDANCE          The employee's ability to attend court and court related functions

COMMENTS: Officer Menocal did not have any absence from court during this rating period

| Absence from court or court-related function status: | | excused | unexcused | unexcused | unexcused |
|---|---|---|---|---|---|
| Number of absences from court or court-related functions: | none | one or more | one | two | three or more |
| RATING: | (E) | AA | A | BA | U |

REV: 10/98   Distribution :   Original - Personnel Management (Records)   Photocopies - Departmental File and Employee

**4. WORK PRODUCTIVITY**          The employee's ability to complete all assigned calls and tasks in a timely manner

COMMENTS: Officer Menocal had 85 arrests and 94 written reports during this rating period.

| | over 300 | 300 to 250 | 249 to 150 | 149 to 100 | less than 100 |
|---|---|---|---|---|---|
| Number of written reports: | | | | | |
| Number of arrests: | over 55 | 55 to 46 | 45 to 35 | 34 to 25 | less than 25 |
| RATING: | (E) | AA | A | BA | U |

All other non-uniformed sworn employees will be evaluated on their individual case assignment as determined by their supervisor.*
Supervisory personnel will be evaluated on management's assessment of their work productivity.*
The employee will be evaluated on the highest accomplishment; written reports or arrests.*
Reports considered are: offense incident reports, supplement reports and accident reports.*

* (or other relevant criteria based on assignment)

**4A. WORK PRODUCTIVITY**          The employee's ability to prepare for his/her case for court or other relevant presentations

COMMENTS: N/A

| | 100% to 97% | 96% to 86% | 85% to 76% | 75% to 66% | 65% or less |
|---|---|---|---|---|---|
| Case report and preparation, pertinent lead follow-up completion: | | | | | |
| RATING: | E | AA | A | BA | U |

All other non-uniformed sworn employees will be evaluated on their individual case assignment as determined by their supervisor.
Supervisory personnel will be evaluated on management's assessment of their work productivity.
The employee will be evaluated on the highest accomplishment; written reports or arrests.
Reports considered are: offense incident reports, supplement reports and accident reports.

**5. APPEARANCE**          The employee's ability to report for work in conformance with dress code

COMMENTS: Officer Menocal always reports to work neat and with a professional appearance.

| | none | one or two | three | four or five | five or more |
|---|---|---|---|---|---|
| Number of occasions employee's appearance brought to attention: | | | | | |
| RATING: | (E) | AA | A | BA | U |

Dress code compliance factors considered are: well maintained attire and equipment, uniform pressed, shoes well shined, name tape or tag attached.

**6. EQUIPMENT**          The employee's ability to report for work with all the necessary and required equipment

COMMENTS: Officer Menocal always reports to work with all necessary and required equipment

| | none | one or two | three | four or five | five or more |
|---|---|---|---|---|---|
| Number of occasions employee's equipment brought to attention: | | | | | |
| RATING: | (E) | AA | A | BA | U |

Necessary and required equipment includes issued items such as a badge, gas card, ID card and leather gear, as well as items which are not issued such as weapon, handcuff, timepiece, etc.

**7. DISCIPLINE**     The employee's ability to perform job without citizen or department complaints

COMMENTS: Officer Menocal did not have any Departmental or citizen complaints during this rating period.

Status of complaint:

| Number of acquired complaints: | none | unsustained one or two | unsustained three | sustained one | sustained two or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

**8. DEPARTMENT COMMENDATIONS**     The employee's ability to perform in a manner recognized by the department as beyond expectations

COMMENTS: Officer Menocal had two commendations during this rating period. As listed in the first page, one commendation was for outstanding work for the unit (02/23/11,). One for a burglary arrest (11/29/10).

| Number of department commendations: | four or more | one to three | none | N/A | N/A |
|---|---|---|---|---|---|
| RATING: | E | (AA) | A | BA | U |

**9. CITIZEN COMMENDATIONS**     The employee's ability to perform in a manner recognized by citizens as beyond expectations

COMMENTS: Officer Menocal had one citizen commendations during this rating period for "Law Day Event" (07/10/11)

| Number of citizen commendations: | four or more | one to three | none | N/A | N/A |
|---|---|---|---|---|---|
| RATING: | E | (AA) | A | BA | U |

**10. SAFETY**     The employee's ability to perform job expectations in compliance with safety regulations

COMMENTS: Officer Menocal did not have any avoidable on-duty injuries during this rating period.

| Number of avoidable on-duty injuries: | none | one or more | one or more | one or more | one or more |
|---|---|---|---|---|---|
| Time period missed from work due to injury: | none | none | < 2 weeks | 2 to 3 weeks | >3 weeks |
| RATING: | (E) | AA | A | BA | U |

**10A. ACCIDENT INVOLVEMENT**     The employee's ability to drive a city vehicle in a safe and responsible manner

COMMENTS: Officer Menocal had one accident but was not at fault during this rating period.

| Employee involvement in accident with City of Hialeah vehicle: | no | yes | yes | yes | yes |
|---|---|---|---|---|---|
| Number of at-fault accidents with City of Hialeah vehicle: | none | none | (0) negligent | (1) negligent | (2+)negligent |
| RATING: | E | (AA) | A | BA | U |

**11. RADIO ATTENTIVENESS**     The employee's ability to answer radio calls in a consistent and timely manner

COMMENTS: Officer Menocal is always attentive to his radio

| Number of times inexcusably failed to answer radio calls: | none | one or two | three | four | five or more |
|---|---|---|---|---|---|
| RATING: | (E) | AA | A | BA | U |

**APPRAISER'S OVERALL RATING**

COMMENTS: Officer Menocal is a member of the CST Unit and SWAT Team. He is an excellent Police Officer who is highly motivated and extremely proactive. Officer Menocal is one of our youngest officers but shows maturity and professionalism every day of work. Officer Menocal is a true asset to the Police Department.

| | | | 5.00 - 4.50 | 4.49 - 4.00 | 3.99 - 3.00 | 2.99 - 2.00 | 1.99 - 1.00 |
|---|---|---|---|---|---|---|---|
| Average Factor Score: | 4.75 | RATING: | E | AA | A | BA | U |

This appraisal report represents my observations and knowledge of the employee's performance and review of applicable information.

Signature: _____   Title: Sergeant   Date: 11/3/11

**DEVELOPMENTAL PLAN**    Any categories rated below average or unsatisfactory must have an action plan with review/target date

Key Performance Goals / Objectives _____   Target Date _____

N/A

**ENDORSER**    ☑ Concur    ☐ Do not Concur

COMMENTS: I concur with Sergeant Luis Garcia Officer Menocal is a very good Officer. I concur and recommend that He receive his merit step

As endorser, I have reviewed this appraisal.

Name: Norberto Alvarez   Signature: _____ #0801   Title: Lieutenant   Date: 11/29/11

**DIVISION COMMANDER**    ☑ Concur    ☐ Do not Concur

COMMENTS: Ofc. Menocal's performance meets department standards. I concur with his supervisors assessments.

Name: Raleigh Mowers, Jr.   Signature: _____   Title: Major   Date: 12/1/11

**CHIEF OF POLICE**    ☑ Concur    ☐ Do not Concur

COMMENTS: Jesus is an excellent officer and SWAT operator he is an asset to the profession. Grant him his merit step.

Merit Increase Recommendation ( if eligible ):    ☑ Grant    ☐ Deny    ☐ Defer until: _____

Name: M. OVERTON   Signature: _____ #088 Title: Chief   Date: 12-06-11

*All appraisals shall be forwarded to the Mayor's office for review.*

**EMPLOYEE**    ☐ No Comment

COMMENTS:

This performance appraisal has been discussed with me and I understand that by signing this form I am not agreeing with the evaluation, but only acknowledging that I have received a copy and that I had an opportunity to discuss it with the appraiser and/or endorser.

Signature: _____   Title: OFC.   Date: 11-22-11

REV: 10/98    Distribution: Original - Personnel Management (Records)    Photocopies - Departmental File and Employee