# UNITED STATES OF AMERICA
# V.
# JESUS MANUEL MENOCAL, JR.

## CASE NO.: 19-CR-20822-KMW

## "EXHIBIT C"

- Menocal International Training Fundraiser for officer Matthew Larsh Instagram Post dated April 24, 2022

https://www.instagram.com/p/CcvGQvkOZzN/?igshid=YTM0ZjI4ZDI=

