IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-20822-CR-WILLIAMS

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| vs. | § |
| JESUS MANUEL MENOCAL, JR., | § |
| Defendants. | § |

## NOTICE OF FILING SUBSTITUTE LETTER

COMES NOW, the Defendant, Jesus Menocal, Jr., by and through his undersigned counsel, and submits this substitute letter authored by Carlos Avila. Undersigned counsel was made aware through the author of the attached letter that Agents from the FBI had directed him to retract his letter of support for the defendant, because it had been submitted in error on City of West Miami letterhead. Attached please find a replacement letter, absent the City of West Miami letterhead and seal. Counsel hereby retracts the previously filed letter and replaces it with the letter (attached hereto as "Exhibit A").

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**



RATZAN & FACCIDOMO LLC
2850 Tigertail Avenue,
Suite 400, Miami, FL 33133
Tel. 305.374.5730
Fax. 305.374.6755
www.rflawgroup.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was eFiled with the Clerk of Courts by using the CM/ECF system which will send notice of eFiling to all counselors of records and interested parties this 10th day of May 2022.

>Respectfully submitted,
RATZAN & FACCIDOMO, LLC
ATTORNEYS AT LAW
SUITE 400
2850 Tigertail Avenue
Miami, Florida 33133
305 374-5730
305 374-6577
mycki@rflawgroup.com
jude@rflawgroup.com

By: /s/ *Mycki Ratzan*
MYCKI RATZAN, ESQ.
Florida Bar No. 915238

By: /s/ *Jude M. Faccidomo*
JUDE M. FACCIDOMO, ESQ.
Florida Bar No. 0012554



# EXHIBIT "A"



May 10, 2022

The Honorable Kathleen Williams
United States District Court Judge
Of the Southern District of Florida

Honorable Judge Kathleen Williams:

This letter certifies and replaces letter dated March 10th, 2022 sent in error. My name is Carlos Avila, I have been a law enforcement officer for the past forty-one years. I have known the Menocal family for forty years, to include his father, his two uncles and his grandparents. I also know Jesus Manuel Menocal Jr. since he was a child.

This family is made up of law enforcement officers and I remember Jesse Jr. as a child, always wanted to be like his father and his uncles, a police officer. He is a very caring, respectful, and has always shown concern for others. As a law enforcement officer, he was also very well respected and enjoyed an excellent reputation as a police officer.

Jesse Jr., is also a father of two beautiful minor children, one seven years old and the other four years old. I have personally spoken to Jesse Jr., and can honestly state that he is remorseful and embarrassed as a result of his actions. Jesse Jr., as a husband and father, is devastated with the prospect of being away from his two minor children and his wife. Jesse Jr., has always been a hard-working family man who provides for his family.

Jesse Jr. has lost his reputation, his career, along with his dignity. In my humble opinion Jesse Jr., who dedicated his life to protecting and serving this community honorably, should receive the lightest sentence possible. Jesse Jr., has already endured and suffered the loss of his career and the possibility of not being there for his children is already in itself a sentence being served.

Sincerely,

Carlos Avila
786-285-8451