UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20822-WILLIAMS

UNITED STATES OF AMERICA

vs.

JESUS MANUEL MENOCAL JR.,

   **Defendant.**
_____/

## ORDER ON RESTITUTION

THIS CAUSE is before the Court upon restitution in this matter. A restitution hearing was held on October 21, 2022. The Court having heard argument of counsel and having reviewed the briefing and documents submitted, it is **ORDERED AND ADJUDGED** that restitution will not be awarded in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of July 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Records
U.S. Probation Office