UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
CASE NO.: 1:19-CR-20822

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS MANUEL MENOCAL, JR.

    Defendant.

_____/

## MOTION TO MODIFY THE TERMS AND CONDITIONS OF PROBATION

**COMES NOW**, Defendant, Jesus Manuel Menocal Jr. (herein after, "Menocal") by and through the undersigned counsel, for purposes of this Motion, and files this Motion to Modify the conditions of Probation that were imposed on or about May, 12, 2022 by this Honorable Court, in reference to three (3) misdemeanor counts of a violation of 18 U.S.C. §242 and in furtherance thereof would state the following:

1. On May 12th, 2022, the Defendant was sentenced to twelve (12) months consecutively on three (3) separate counts of a violation of 18 U.S.C. §242, thus receiving a total sentence of thirty-six (36) months incarceration with the Bureau of Prisons, followed by an additional twelve (12) months of supervision.

2. Due to good behavior and credits in prison, the Defendant has been released to a halfway house and is due to start his probation on April 12th, 2024.

3. At present, the Defendant's family owns a very well-known and very well-respected business called Menocal International Training (hereafter, "Menocal Training"). Menocal Training engages in the training and instruction of officers, agents (both State and

Federal) civilians and contractors (ex-military) in the use and tactics of firearms. Additionally, they provide information and training on emergency medical situations and executive protection service. They have been recognized as a premier training facility in the United States and many Federal and State agents utilize their training methods with great success.

4. Menocal Training is extremely busy given its reputation and often results in applicants being placed on extensive waitlists before being granted admittance into the program. Though good for business, the drawback to such a high volume of potential trainees is the lack of sufficient staff members and trainers to provide teach the provided courses.

5. As a family owned and operated business, Menocal Training family needs additional support staff with specialized firearm training to assist with the influx of new trainees. Therefore, the Defendant due to his familial ties and own specialized training presents as an ideal candidate to join Menocal Training as a full-time member of the training and support staff.

6. The Defendant has the desire to become a productive member of society and rebuild the trust and reputation he once had as a police officer. Additionally, a core term of his probation sentence is obtaining and maintaining gainful employment.

7. The Defendant is married with two (2) minor children and is the main source of financial support for his family. Now that he has been released from prison, the Defendant hopes to be in a position to no longer rely on the grace and generosity of friends and family and instead earn a decent living by seeking employment with Menocal Training.

8. However, the main issue is that working for Menocal Training would require the Defendant to be around and in the presence of firearms, as well as be able to personally handle and utilize firearms for the various classes and training scenarios offered by Menocal Training. Now, the Defendant has maintained his right to possess firearms, as he was only convicted of

misdemeanor offenses, but a primary condition of probation is to not possess firearms for the duration of supervision.

9. Therefore, the purpose of the Motion is to determine whether this Honorable Court would consider modifying the Defendant Menocal's probation to allow him to possess a firearm for work purposes only.

10. Should this Honorable Court grant this motion, the undersigned would narrowly tailor the Order to reflect all conditions and/or restrictions the Court deems appropriate. Only permitting possession of the firearm during times when the Defendant is on premises at the training facility, as an example. Additionally, the Defendant will not store firearms at his residence and will make himself available to any other conditions the Court sees fit.

11. Pursuant to Local Rule 7.1, AUSA Edward N. Stamm was contacted for his position on the matter, but at the time of filing no response has been received.

**WHEREFORE**, undersigned respectfully requests that this Court enter an order granting the Motion to Modify Conditions.

Respectfully submitted,

       **COHEN & MCMULLEN, P.A.**
       *Counsel for Defendant*
       1132 SE 3rd Avenue
       Fort Lauderdale, Florida 33316
       Telephone: (954) 523-7774
       Facsimile: (954) 523-2656
       Email: service@floridajusticefirm.com

       By:   /S/ Bradford M. Cohen, Esq.
            BRADFORD M. COHEN, ESQ.
            Florida Bar Number: 118176

## SERVICE LIST

**United States of America v. Jesus Manuel Menocal**
**United States District Court for the Southern District of Florida**
**Case No.:  1:19-CR-20822**

Edward N. Stamm, Assistant United States Attorney
United States Attorney's Office, Southern District of Florida
99 NE 4th Street
Miami, Florida 33132-2131
Email: Edward.Stamm@usdoj.gov